Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.

12 CV 8443

.

Deposition of: Chadwick Prodromos, M.D.

Taken on: January 04, 2018

**JENSEN LITIGATION SOLUTIONS**
180 North LaSalle Street
Suite 2800
Chicago, IL 60601
312.236.6936
877.653.6736
www.jensenlitigation.com



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

1    IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

2         DISTRICT OF ILLINOIS, EASTERN DIVISION

3

     ALNORAINDUS BURTON,              )
4                                     )
                    Plaintiff,        )
5                                     )
        -vs-                          )  No. 12 CV 08443
6                                     )
     DR. PARTHA GHOSH and             )
7    WEXFORD HEALTH SOURCES,          )
     INC.,                            )
8                                     )
                    Defendants.       )
9

10

11         The deposition of CHADWICK PRODROMOS, M.D.,

12   called for examination, taken pursuant to the Federal

13   Rules of Civil Procedure of the United States District

14   Courts pertaining to the taking of depositions, taken

15   before KAREN ORENSTEIN, CSR No. 84-4693, a Certified

16   Shorthand Reporter of the State of Illinois, and a

17   Registered Professional Reporter, at

18   1714 Milwaukee Avenue, Glenview, Illinois, on

19   January 4, 2018, commencing at 4:26 p.m.

20

21

22

23

24



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Pages 2..5

Page 2

```
 1   PRESENT:
 2
 3       KIRKLAND & ELLIS
         MR. WILLIAM O'HARA
         MR. HOWARD M. KAPLAN
 4       300 North LaSalle Street
         Suite 2400,
 5       Chicago, Illinois 60654
         Phone: (312) 861-2000
 6       E-mail: william.ohara@kirkland.com
                 howard.kaplan@kirkland.com
 7
              On behalf of the Plaintiff;
 8
         CASSIDAY SCHADE
 9       MR. JOSEPH J. LOMBARDO
         20 North Wacker Drive
10       Suite 1000
         Chicago, Illinois 60606
11       Phone: (312) 641-3100
         E-mail: jlombardo@cassiday.com
12
              On behalf of the Defendants.
13
14
     ALSO PRESENT: Mr. James Porter (videographer).
15
16
17
18
19
20
21
22
23
24   REPORTED BY: KAREN ORENSTEIN, CSR, RPR,
         CSR Certificate No. 84-4693
```

Page 3

```
 1                I N D E X
 2   WITNESS NAME                      EXAMINATION
 3   CHADWICK PRODROMOS, M.D.          PAGE
 4     By Mr. O'Hara                   4, 157
 5     By Mr. Lombardo                 150
 6
 7              E X H I B I T S
 8   DEPOSITION EXHIBIT           MARKED FOR ID
 9     No. 1                            6
10     No. 2                           30
11     No. 3                           67
12     No. 4                          113
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1       THE VIDEOGRAPHER: We are now on the record for the
 2   video deposition of Dr. Chadwick Prodromos. Today's
 3   date is January 4, 2018, and the time is 4:26 p.m.
 4       I am a legal video specialist with Jensen
 5   Litigation Solutions.
 6           Will Counsel please identify themselves and
 7   whom they represent.
 8       MR. O'HARA: This is William O'Hara from Kirkland &
 9   Ellis. We represent the plaintiff, Alnoraindus Burton.
10       MR. KAPLAN: Howard Kaplan also for the plaintiff.
11       MR. LOMBARDO: Joe Lombardo on behalf of the
12   defendants.
13       THE VIDEOGRAPHER: The court reporter today is here
14   on behalf of Jensen Litigation Solutions.
15           Please swear in the witness.
16           (WHEREUPON, the witness
17           was duly sworn.)
18           CHADWICK PRODROMOS, M.D.,
19   called as a witness herein, having been first duly
20   sworn, was examined and testified as follows:
21               EXAMINATION
22   BY MR. O'HARA:
23       Q.  Dr. Prodromos, thanks for taking the time to
24   meet with us today. I know you are very busy. As I
```

Page 5

```
 1   said, my name is William O'Hara. I'm with the law firm
 2   of Kirkland & Ellis. This is my colleague, Howard
 3   Kaplan. We represent the plaintiff, Mr. Burton, in the
 4   Burton v. Ghosh matter. As you know, this deposition is
 5   being videotaped and the court reporter is creating a
 6   written record.
 7           You have been deposed before; is that correct?
 8       A.  Yes.
 9       Q.  About how many times?
10       A.  Oh, in 32 years of practice, maybe under 200.
11   Couple hundred, maybe.
12       Q.  So you are familiar with the procedures?
13       A.  Yeah.
14       Q.  I will go through the ground rules as a
15   refresher. Please answer all my questions verbally and
16   not with physical movements like a nod or shrug. Even
17   though there is a video, we want all your answers
18   reflected on the written transcript as well.
19           Please do wait until I've completed my
20   question before answering. And if you do need to have a
21   question repeated, please let me know and the court
22   reporter can read it back to you.
23           Please also let me know if you don't
24   understand a question or if you need me to rephrase it.
```

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Page 6

1  If you go ahead and answer a question, I'm going to
2  assume that you understood it.  And please let me know
3  if you need a break at any point except I'd ask that you
4  not do so while a question is pending.
5          Could you please state your full name for the
6  record.
7      A.   Chadwick C. Prodromos.
8      MR. O'HARA:  Can I get the first exhibit there?
9  BY MR. O'HARA:
10     Q.   So I'm holding what is titled Defendants'
11 Rule 26(a)(2) disclosure.  It is the disclosures that
12 your law firm sent over ahead of this deposition.  We
13 added Bates stamps to it that are marked BUR1
14 through 17.  I'm marking this as Plaintiff's Exhibit 1.
15              (WHEREUPON, a certain document was
16               marked Plaintiff's Deposition
17               Exhibit No. 1, for identification,
18               as of 01/04/2018.)
19 BY MR. O'HARA:
20     Q.   Do you recognize this document, Dr. Prodromos?
21     A.   Yes.
22     Q.   Great.
23          So it consists of a cover letter with
24 disclosures and then a part A, which is your report, and

Page 7

1  a part B, which is your CV; is that correct?
2      A.   Yes.
3      Q.   Great.  Thank you.
4          Can we turn to part B, your CV?
5      A.   Yes.
6      Q.   Did you draft this CV yourself?
7      A.   Pretty much.
8      Q.   When did you last update this document?
9      A.   Well, let me see.  It was partially updated to
10 get the second edition of my ACL textbook this year.  I
11 think there were a few papers since '15, presentations
12 that probably aren't in here, but...
13     Q.   Okay.  We'll get at that.
14          Is all the information that's in the CV
15 accurate to your knowledge?
16     A.   Yes.
17     Q.   Is this a complete representation of your
18 educational and professional background?
19     A.   Yes.
20     Q.   That was my next question.  Is there any
21 information you didn't include?
22     A.   No.
23     Q.   Is there any new information about your
24 education, experience, or publications since you drafted

Page 8

1  this document?
2      A.   As I said, there may be a couple of
3  presentations here and there, but this is most
4  everything.
5      Q.   Could you explain what the subject of those
6  presentations might have been about?
7      A.   Well, I did one in Lyon, France, where I was
8  the moderator for the European Sports Medicine Society,
9  International Sports Medicine Society on cartilage
10 damage in people with ACL reconstructions.  So that was
11 2016.  And it looks like -- oh, no, that's in there,
12 '15.  So, yeah, that one.  I don't think there have been
13 any major ones since then that I can think of.
14     Q.   Okay.  We may ask afterwards if you remember
15 and come up with any, to send us those.
16          We'll briefly just walk through your education
17 if that's all right.
18     A.   Sure.
19     Q.   You did your undergrad study at Princeton; is
20 that correct?
21     A.   Yes.
22     Q.   What was your major there?
23     A.   My major was biology and I have a certificate
24 in science and human affairs, but biology.

Page 9

1      Q.   And when did you graduate from Princeton?
2      A.   '75.
3      Q.   And what was the degree you earned there, a
4  B.S.?
5      A.   Everybody there gets a bachelor's of arts
6  unless you are an engineer, so A.B.
7      Q.   That's right.
8      A.   Art baccalaureate.
9      Q.   And did you go immediately to undergraduate
10 school from Princeton?
11     A.   I did.
12     Q.   And where did you go to graduate school?
13     A.   At Johns Hopkins Medical School.
14     Q.   What was your area of focus there?
15     A.   There isn't one.  You just get an M.D.  It's
16 the same for everybody.
17     Q.   So you graduated with an M.D.?
18     A.   Yes.
19     Q.   And what year did you graduate from Johns
20 Hopkins?
21     A.   '79.
22     Q.   And what did you do after graduating from
23 Johns Hopkins?
24     A.   I did an internship at the University of

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Page 10

1  Chicago.  It's kind of a rotating surgical internship
2  for a year.
3      Q.   Were there any gaps in your education?
4      A.   No.
5      Q.   And you are also board-certified in orthopedic
6  surgery; is that right?
7      A.   Yes.
8      Q.   What does that mean, briefly?
9      A.   Board certification means that you pass
10 examinations of one sort or another that attests to your
11 having a level of knowledge, I guess, knowledge and
12 competence, maybe, in a given field.
13     Q.   And when did you receive your board
14 certification?
15     A.   Initially in '87.  You are required to wait
16 two years before you take it.  So I took it at the first
17 available time in '87.  It's been every ten years since
18 then.  Just did it again in 2016.  You can do it a year
19 earlier to get it out of the way.
20     Q.   What are the requirements?
21     A.   Well, initially you have to complete a
22 residency.  And I'm trying to remember.  You have to
23 submit cases.  You have an oral exam.  I think, a
24 written exam.  So the initial one is kind of a big

Page 11

1  production.  And then after that, it basically --
2  there's different ways you can do it, but basically you
3  take an exam, so...
4      Q.   I am curious, with a JD, you pass the bar and
5  then you are done with testing for the most part.
6      A.   Yeah.  You guys are smarter than we are.
7      Q.   Are there any other professional certificates,
8  licenses, or credentials that you have earned?
9      A.   I am board-certified in regenerative medicine.
10     Q.   And could you briefly explain what
11 regenerative medicine is?
12     A.   Well, it deals with, in my case, platelet-rich
13 plasma, stem cell treatment.  So it's an area that's
14 kind of grown up recently with trying to alter --
15 beneficially alter your healing responses, your immune
16 system, that kind of thing.
17     Q.   No type of regenerative medicine was at issue
18 in Mr. Burton's case?
19     A.   Correct.
20     Q.   Thank you.
21          Let's walk again briefly through your work
22 experience.  After you finished up, I believe, your
23 residency, was it, where did you go from there?
24     A.   So after my residency at Rush, I did a

Page 12

1  fellowship for a year at the Harvard Medical School and
2  Massachusetts General Hospital in orthopedic surgery in
3  sports medicine.
4      Q.   And after Mass General?
5      A.   Then I came back here and have been in private
6  practice ever since.
7      Q.   Terrific.
8          When did you begin working here at Illinois
9  Sports Medicine?
10     A.   Like shortly after I finished.  So I finished
11 in -- My first day in practice was August of '85.  And
12 so I was a private practitioner and then I incorporated
13 to Illinois Sports Medicine, I think, like, a year
14 later.  I don't remember exactly, but right around
15 there.
16     Q.   Do you have a particular position or title
17 here besides founder, I guess?
18     A.   I'm president of the corporation.
19     Q.   And could you briefly explain your job
20 responsibilities as president and as a practitioner?
21     A.   Well, I'm just an orthopedic surgeon.  Sub-S
22 corporation, so I just practice orthopedic surgery.
23     Q.   Have you ever held any teaching position in
24 your role as a physician?

Page 13

1      A.   Yeah.  I was assistant professor for 25 years
2  at Rush, I was an instructor briefly at Northwestern
3  when I first started, as well and assistant professor
4  for 25 years at Rush.  I retired from that two or
5  three years ago just -- actually, I still do research
6  down there, but just because you kind of have to be in
7  practice down there, and I migrated out to the suburbs.
8  And what else?  I think I was an instructor or a fellow.
9  I don't remember exactly.  And that's pretty much it.
10     Q.   We just did that drive, so I understand.
11          What subjects were you instructing at Rush?
12     A.   So a couple of things.  Basically as an
13 orthopedic surgeon, you work with residents.  So
14 residents operate with you and you teach them how to do
15 to the cases that you do.  I do research.  So I do
16 computerized gait analysis research.  They have a gait
17 laboratory down there.  I'm still doing that down there.
18 So the academic side of it is like teaching residents
19 and then doing research.  So that's mostly it.
20     Q.   I guess, any particular field of medicine?
21 Was it orthopedic surgery that you were instructing?
22     A.   Yeah.  So I would do, for example, an ACL
23 reconstruction and I have a resident and that's how they
24 learn.  So they help with the case and you teach them



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Pages 14..17

Page 14

1 things.
2   Q.   Would this include arthroscopic knee surgery?
3   A.   Yes.  That's mostly what I do.  When I started
4 out in practice, I did arthroscopic surgery and my
5 fellowship was heavily involved in that; but when I
6 first started in practice, we didn't -- ACL
7 reconstructions were not arthroscopic.  Actually, I kind
8 of helped develop arthroscopic techniques for it.  But
9 yeah.
10   Q.   Okay.  So could we turn back to your CV?  I
11 believe beginning on -- the Bates stamp is Burton BUR14.
12 You have a bibliography at the end?
13   A.   Uh-huh.
14   Q.   Is this a complete list of your publications?
15   A.   Yes.
16   Q.   Doctor, is it fair to say that your primary
17 focus in publication has been on ACL surgery?
18   A.   In publications, yeah.
19   Q.   Have you ever published any articles
20 addressing meniscectomy in particular?
21   A.   Well, I published a paper on meniscal
22 allograft transplantation.  So that's a procedure that's
23 done -- I think it's in here -- that if a person has a
24 total menisectomy and they have pain, then you can

Page 15

1 transfer a cadaver graft in.  So I published a paper on
2 that.  And I -- Yeah.
3   Q.   Okay.  Mr. Burton didn't undergo an allograft,
4 correct?
5   A.   No.
6   Q.   Okay.  Great.
7        Did you ever publish any papers on the
8 debridement of cartilage?
9   A.   No.  No.
10   Q.   And, actually, am I pronouncing that
11 correctly?  Is it debridement or debridement?
12   A.   We usually say debridement, but debridement is
13 okay.
14   Q.   I want to make sure I'm getting it right.
15        Have you ever published any papers on
16 chondroplasty?
17   A.   No.  I had a poster presentation at the
18 International Cartilage Repair Society on autologous
19 chondrocyte implantation, which is like cartilage
20 transplant.  So chondroplasty is part of it, but it
21 wasn't the focus of it.
22   Q.   Okay.  And have you ever published anything on
23 the treatment of postsurgical pain?
24   A.   Well, that kind of depends how you define

Page 16

1 "publish."  So the second edition, I'm the editor of the
2 Comprehensive Textbook on the ACL for Orthopedic
3 Surgeons, the second edition of that, which is released
4 three months ago, four months ago.  And so I edited -- I
5 wrote 15 -- There's 143 chapters; I wrote like 15 of
6 them then that people -- so we have a section in there
7 on pain, and so I edited -- So I solicited them and
8 edited those chapters but was not the author of them.
9   Q.   Understood.  Congratulations on the recent
10 publication.  I know a lot goes into that.
11   A.   Thank you.
12   Q.   Great.  Thanks.
13        So now I would like to turn to your prior work
14 as an expert in medical cases.  You have served as an
15 expert in prior cases; is that right?
16   A.   Yes.
17   Q.   And your disclosures listed one case in the
18 past four years; is that correct?
19   A.   Can I ask you a question to answer your
20 question?
21   Q.   Please.  Yes.
22   A.   So I -- Here and there people send me things
23 to review.  So does being an expert mean looking at a
24 case for somebody, or does it mean being deposed or

Page 17

1 testifying?  How would you define that?
2   Q.   Typically I would say you have been retained
3 and that you would prepare a report on behalf of the
4 client.  You wouldn't necessarily have to testify.  It
5 often does involve a deposition.
6   A.   So I don't do a lot of this, and I don't
7 really keep track of it.  I can think of -- outside of
8 this one, there's one that I've been retained for right
9 now that I'm reviewing and there was one that I did a
10 couple of years ago where a guy asked me some questions
11 and I send him some reports and then he just stopped
12 asking me questions.  But I think he paid me for the
13 report, you know.  So those two, this one.  That's all I
14 remember offhand.  It's possible it's happened one other
15 time.
16   Q.   Are the people who reach out to you to ask you
17 to look at other documents lawyers typically?
18   A.   Yes.
19   Q.   Okay.  We might follow up after the deposition
20 on that work.
21        So you are working on this case?
22   A.   Yes.
23   Q.   You said you have been retained in another
24 case currently?

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Page 18

1      A.    Correct.  Yes.
2      Q.    To the extent you can state -- I know certain
3    things are confidential -- is it a medical malpractice
4    case?
5      A.    No.  It's a personal injury case.
6      Q.    What part of the body is involved?
7      A.    It's either the knee or the hip.  I'm sorry.
8      Q.    Okay.  And you said there was one other case
9    you worked on in the past several years; is that right?
10     A.    Yeah.
11     Q.    Was that the Cuadrados case?
12     A.    I don't think so.  If you say so, maybe, but
13   it doesn't range bell.  Cuadrados?
14     MR. LOMBARDO:  Cuadrado.
15     MR. O'HARA:  Cuadrado.  Excuse me.
16   BY THE WITNESS:
17     A.    I hate to say this, it doesn't ring a bell.
18   Maybe that was the name of the person.
19     Q.    It would have been a Cook County, Illinois
20   Workers' Compensation matter.  Luis Cuadrado vs.
21   Paschen?
22     A.    Maybe.  You know, I was asked -- So an IME
23   where you do an impairment rating, that doesn't count,
24   right?

Page 19

1      Q.    Could you say that again?  I'm sorry, Doctor.
2      A.    Somebody asked me to do an impairment rating.
3    I think it was workers' comp.
4      Q.    What goes into an impairment rating?
5      A.    There is a book of rules, the different
6    categories of them.  So Illinois has one; other states
7    have one.  And then if someone is impaired from an
8    injury, say, then you look at what the diagnostic is
9    when you look at other mitigating or exacerbating
10   factors and you apply a number, a percent impairment for
11   that body part and for their whole body.  It's called an
12   impairment rating.
13     Q.    And this goes to a workers' compensation panel
14   presumably?
15     A.    Yes.
16     Q.    Are you paid for that work?
17     A.    Yes.
18     Q.    Okay.  So I have a list of cases in which you
19   have been involved possibly as an expert or possibly
20   doing an impairment rating or perhaps as a treating
21   physician.  I'm going to go through them.  If you could
22   provide details, that would be helpful.  If you don't
23   remember, you can tell me you don't remember because I
24   have to admit, they go back some ways.  I think the one

Page 20

1    we had just mentioned was Cuadrado.
2            Do you recall Kenyon vs. The City of Evanston?
3      A.    No.
4      Q.    Do you recall, perhaps, Tsakalakis vs. The
5    Commissioner of Social Security?  T-s-a-k-a-l-a-k-i-s.
6      A.    T-s what?
7      Q.    T-s-a-k-a-l-a-k-i-s.
8      A.    Not really.
9      Q.    Todd vs. Martinez?
10     A.    No.
11     Q.    Levy vs. The Minnesota Life Insurance Company?
12     A.    No.
13     Q.    Mohamad vs. The Hilton Hotels Corporation?
14     A.    No.
15     Q.    Goodman vs. The Morton Grove Police Pension
16   Board?
17     A.    No.
18            And to be clear, the depositions that I do,
19   and I probably do one every other month, are as a
20   treater in personal injury cases, you know.
21     Q.    And many of these might indeed be that.
22     A.    So I'm sorry to not remember, but I treat a
23   lot of patients and I don't necessarily remember who I
24   do a deposition on.

Page 21

1      Q.    Don't apologize.
2            So I apologize.  A few more just in case you
3    do recall being deposed or providing a report.
4            Bruszniewski vs. The Atlantic American Fire
5    Protection Co.?
6      A.    No.
7      Q.    Poierier vs. Hernandez?
8      A.    No.
9      Q.    Smith vs. Community College District 508?
10     A.    No.
11     Q.    Kolovos vs. The Cook County Sheriff?
12     A.    No.
13     Q.    Wals vs. Badowski?
14     A.    No.
15     Q.    Karroll vs. Kleiber?
16     A.    No.
17     Q.    Gilkey vs. The Brookside Condominium
18   Association?
19     A.    No.
20     Q.    Los Iwona vs. Tlueka?
21     A.    No.
22     Q.    Sorkin v. Sun?
23     A.    No.
24     Q.    Leger vs. The Tribune Co.?

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                    Pages 22..25

Page 22

1   A.   No.
2   Q.   Hammerl vs. US Postal Service?
3   A.   No.
4   Q.   DV v. US Postal Service?
5   A.   DV?
6   Q.   The plaintiff's name is listed as DV.  So they
7   must have been kept anonymous for some reason by the
8   Court.
9   A.   No.
10  Q.   Montalbano vs. The University of Illinois
11  Hospital?
12  A.   Montalbano, I at least remember the patient.
13  And, actually, I still see her, but...
14       Yeah, so I don't know.  I might have gotten
15  deposed as a treater for her, I guess.
16  Q.   Okay.  Marziarz v. Alicia Cleaning Service?
17  A.   No.
18  Q.   Pettigrew v. US Postal Service?
19  A.   No.
20  Q.   Basis v. Marriott?
21  A.   Basis?
22  Q.   Yes.
23  A.   No.
24  Q.   Thank you for bearing with me.

Page 23

1        Generally speaking, let's say for cases that
2   you have been deposed as an expert, typically have you
3   been on the plaintiff's or defendant's side?
4   A.   Well, the one currently is defense.  And I
5   think the one where I was asked my opinion over a period
6   of time and then it kind of went away, I think that was
7   defense.  And those are the -- So as an expert, you
8   said, right?  Because as a treater --
9   Q.   Yes.
10  A.   -- I think it's on behalf of my patient, you
11  know.
12       And as I sit here, I had one a long time ago.
13  I remember that was, I think, plaintiff, actually.  So
14  as I sit here, I think I can remember three.  I think
15  two were defense and one was plaintiff.
16  Q.   Okay.  And then you do testimony as a treating
17  physician?
18  A.   Yes.
19  Q.   And you also sometimes provide -- I forget the
20  term.
21  A.   Impairment ratings.
22  Q.   Impairment ratings.  That's right.
23  A.   I was trained to do it, and I just don't get
24  asked to do it very often.  I was recently, I remember.

Page 24

1   So I can think of maybe a couple I've done.  So there
2   are doctors, I think, that do a lot of work for defense
3   and they, like, market themselves.  But, so...
4   Q.   So when you do impairment ratings, is that
5   typically for a plaintiff or on the defense side?
6   A.   Well, the last one I did was plaintiff because
7   it was a patient and I think the attorney asked me to do
8   it.  So I think it would be plaintiff, right?  Because
9   these would pretty much derive out of patients I take
10  care of.  And I don't think an insurance company has
11  ever solicited me.  Because that would be defense,
12  right?
13  Q.   Right.
14  A.   So I don't think I've done any for defense.
15  Q.   Okay.  Great.
16       Other than in this case, have you ever served
17  as an expert for the defendant Dr. Ghosh?
18  A.   No.
19  Q.   Have you ever served as an expert for Wexford?
20  A.   No.
21  Q.   Have you ever served as an expert for the
22  plaintiff, Mr. Burton?
23  A.   No.
24  Q.   Prior to this case, have you ever worked for

Page 25

1   Cassiday Schade?
2   A.   Yes.  The other one that I mentioned now is
3   from them.
4   Q.   The current one?
5   A.   Yes.
6   Q.   Any previous cases with Cassiday?
7   A.   I don't think so.  They may have asked me
8   about somebody like a few months ago, but maybe one
9   more, maybe not.  I don't think so though.
10  Q.   And could you tell me who the lawyer is or are
11  that you are working on with that case?
12  A.   I may get this confused.  So there's a
13  Mr. Panatera in this case.
14  Q.   Yes.  Correct.
15  A.   So there's an attorney whose name I think is
16  Stiepfold (Phonetic).  I don't know.  Maybe he is not
17  with Cassiday.  I don't know.
18  Q.   Sure.  He might be.
19  A.   I kind of remember the name Stiepfold.
20  Q.   Gorsky?
21  A.   Gorsky?
22  Q.   Yeah, Steve Gorsky.
23  A.   No.  It's like S-t-i-e-p-f-o-l-d, something
24  like that.  That's the only lawyer's name that pops into



JENSEN
Litigation Solutions

Page 26

1   my head.  So I think that's out there.  I think that's
2   another one.
3       Q.   So how often would you say you served as an
4   expert where you are actually retained and produce a
5   report, by a lawyer?
6       A.   So they pay me something to do something like
7   a report?
8       Q.   Sure.  That's a great way of putting it.
9       A.   I think -- I mean, not often.  I had one case
10  I remember very well like 15 years ago, although I'm not
11  even sure if I produced a report.  I remember talking
12  about it.  So there's a couple or three, you know,
13  recently.  Not many.  Maybe another one.  Not many.
14      Q.   So ballpark, in the last ten years, would you
15  say greater or less than five?
16      A.   Maybe right around five.
17      Q.   Okay.
18      A.   Less then ten, I think, you know.
19      Q.   Okay.  Could you estimate what percentage of
20  your income you get from serving as an expert?
21      A.   Yeah.  I was thinking about that.  This year,
22  I think it will be 1 percent.
23      Q.   Okay.
24      A.   Which I think by virtue of this and the other

Page 27

1   case will be the most it's ever been.
2       Q.   All right.  Thank you.
3       A.   Sure.
4       Q.   I would like to talk about your work, I guess,
5   in this matter in particular.  How did you first learn
6   about this case?
7       A.   I was called by the attorney.
8       Q.   Was it Joe Panatera who first reached out to
9   you?
10      A.   I have talked to him more lately.  It might
11  have been him.
12      Q.   It was a lawyer from Cassiday?
13      A.   It was from Cassiday.
14      Q.   And when were you first contacted?
15      A.   Oh, gosh.  I don't know that I exactly
16  remember.  Maybe six months.
17      Q.   Six months ago?
18      A.   Yeah.  I don't really remember, but it wasn't
19  two years and it wasn't last week, so...
20      Q.   Have you been formally retained to work as an
21  expert on this matter?
22      A.   So forgive me.  I'm not sure that I know what
23  "formally retained" means.  Did I sign some kind of a
24  contract with them?

Page 28

1       Q.   Yes.
2       A.   To tell you the truth, I don't know that
3   either.  I might have.  They might have given me
4   something to sign.  I don't know.
5       Q.   At what point -- But there's an agreement in
6   place between you and the firm to provide services in
7   this case, correct?
8       A.   Well, what I can tell you for sure is that
9   somebody communicated with me and said there was this
10  case and, I think, told me a little bit about it and
11  asked if I was interested in reviewing it and I said
12  yes.  And they asked me what I charge and I told them
13  what I charge.  And I think I sent them a bill, you
14  know.  So that much has happened.  Beyond that, as far
15  as the formal paperwork accoutrements, I really don't
16  remember.
17      Q.   Okay.  So to your knowledge, you haven't
18  executed a formal retainer agreement?
19      A.   I may have.  I honestly don't really pay a lot
20  of attention.  I sign a lot of stuff, you know.  I may
21  have.
22      Q.   Okay.
23      A.   They seem like honorable people, so I probably
24  have like a few legal agreements, you know.

Page 29

1       Q.   And what was your assignment in this matter?
2       A.   My assignment?
3       Q.   What were you asked to do?
4       A.   I was asked to review the case and give
5   opinions of relevant parts of it, I think.
6       Q.   Gotcha.
7            And you have received compensation in
8   connection with your work in this case so far?
9       A.   Yes.
10      Q.   And do you know how much you been paid to
11  date?
12      A.   Yeah.  I got a check today for $4,000.  It's
13  $1,000 an hour for what might be a four-hour deposition.
14      MR. O'HARA:  Howard, can you hand me the next
15  binder?
16      MR. KAPLAN:  Number 3?
17      MR. O'HARA:  Yes.  I'm holding a document entitled
18  response to Deposition Rider to Dr. Prodromos and I'm
19  going to mark it as Plaintiff's Exhibit 2.
20           (WHEREUPON, a certain document was
21            marked Plaintiff's Deposition
22            Exhibit No. 2, for identification,
23            as of 01/04/2018.)
24



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                    Pages 30..33

Page 30

1    BY MR. O'HARA:
2        Q.    Do you recognize this document, Doctor?
3        MR. O'HARA:  And for the record, this has been
4    given the Bates stamps of Burton 19 through 33.
5    BY THE WITNESS:
6        A.    Do I recognize it?  I mean, it's a document
7    relating to this case.  Do I remember the pieces of
8    paper and what's on it?  Not really.
9        Q.    Okay.  So to clarify, I guess there's a couple
10   parts of this document.  The first is Response to
11   Plaintiff's Exhibit Rider of Dr. Prodromos, which was
12   signed by Joseph Panatera, opposing counsel in this
13   case.  And then there's a series of what looks like fax
14   messages and e-mails between Joe Panatera and yourself.
15   Is that correct?
16       A.    I guess.
17       Q.    And in this case you charged $2,000 for a
18   chart review and phone time; is that correct?
19       A.    Yes.
20       Q.    And what did that entail, that work?
21       A.    You know, reviewing.  So I was given records,
22   so I reviewed the records for the case and then we spoke
23   on the phone.
24       Q.    And you are charging $4,000 for your time

Page 31

1    today?
2        A.    Yes.  It's $1,000 an hour for live time and we
3    had to book the four, so yeah.
4        Q.    Sure.  So you charge on an hourly basis for
5    your services as an expert?
6        A.    Yes.
7        Q.    And how much do you charge per hour?
8        A.    So for face time, as it were, $1,000; and for
9    paperwork, $500 an hour.
10       Q.    Sure.  And are you reimbursed for expenses or
11   costs?
12       A.    I don't know.  If there were some, maybe I
13   would ask.  I don't think there are any expenses.  I
14   don't think so.  No, no expenses or costs.
15       Q.    Is your compensation in this matter in any way
16   dependent on the outcome of this case?
17       A.    No.
18       Q.    And do you send your bills directly to the
19   Cassiday firm?
20       A.    As opposed to what?
21       Q.    Any other method, I suppose.
22       A.    So I have a woman in the office and we do
23   these things.  I tell her what I did, and then she talks
24   to them and gets paid.  So from the firm, yes.

Page 32

1        Q.    Did you have any support staff working with
2    you for your expert work on this matter?
3        A.    Not really.  The only support I had was the
4    same woman.  She like gives me things, you know.  I
5    mean, she will give me records or discs or paper.  But,
6    no, I did not have anybody review what was in the
7    records.
8        Q.    So she performed clerical tasks, you could
9    say?
10       A.    Yes.
11       Q.    Okay.  But you were the only person doing
12   substantive review --
13       A.    Correct.
14       Q.    -- of the records?
15       A.    Correct.
16       Q.    Okay.  How did you receive the documents that
17   you reviewed in this case?
18       A.    Some of them I got, maybe all of them, via
19   e-mail for files.  When I was reviewing it, you know --
20   so basically that.  There might have been -- I don't
21   think any paper was sent.  I think that's all there was.
22       Q.    So if you look at Exhibit 2, there's a series
23   of e-mails from Mr. Panatera to yourself.  I believe he
24   sent five attaching a series of documents.  Does that

Page 33

1    conform with your recollection?
2        A.    I really don't recall.  I was looking at it
3    and I have a digital file and a digital file has a
4    variety of, you know, records from various places or
5    various people.  I don't know if it was five.  I think
6    the total number of files was probably more than five.
7    In fact, I'm sure it was more than five.
8        Q.    I think there might have been multiple files
9    and several e-mails.
10       A.    Yeah.  There are redundant e-mails too, and I
11   asked her to aggregate all the stuff again so I could
12   make sure I wasn't missing anything.  So I think these
13   things were sent redundantly on my behalf because I
14   wanted to make sure I didn't lose anything.
15       Q.    And you believe the universe of documents you
16   received were sent through those e-mails?
17       A.    You said the universe of documents?  The
18   totality of them?
19       Q.    The totality of them.
20       A.    Well, for sure they were sent through e-mail.
21   Whether there was like a disc sent as well, that's
22   possible.
23       Q.    Okay.  Have you received e-mails -- Excuse me.
24           Have you received any documents for your

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Page 34

1  review from anyone outside the Cassiday firm?
2      A.   No.
3      Q.   Could we go back to Exhibit 1, your expert
4  report?  If you would turn to Bates stamp BUR5, we have
5  a listing of materials reviewed.
6      A.   Okay.
7      Q.   These are plaintiff's complaint at law; the
8  defendant, Dr. Ghosh's answer to the complaint;
9  Wexford's answer to the complaint; the plaintiff's
10 deposition transcript; Dr. Ghosh's transcript;
11 plaintiff's medical records from the University of
12 Illinois at Chicago; plaintiff's medical records from
13 the Illinois Department of Corrections; plaintiff's
14 grievances from IDOC; the expert report of Vincent
15 Cannestra, M.D.; and Dr. Cannestra's deposition
16 testimony.
17     A.   Okay.
18     Q.   Is it true that you reviewed those materials?
19     A.   Yes.
20     Q.   And did you review any materials outside of
21 those listed in this list?
22     A.   Well, I reviewed -- There were Stateville
23 records and there were U of I records and there were
24 Pontiac records.  So I don't know -- None of these say

Page 35

1  Pontiac.  It's Pontiac, but it's not labeled Pontiac; is
2  that right?
3      Q.   Pontiac and Stateville records both would have
4  come under the Illinois Department of Corrections.
5      A.   Okay.  Did I review anything else?  Not that I
6  recall offhand.
7      Q.   To your knowledge, is this a complete list of
8  materials that you reviewed in this matter?
9      A.   Yes.  Don't completely hold me to it, but I
10 think so.
11     Q.   I think we do have to hold you to, at some
12 point, what materials you reviewed as far as you know.
13     A.   Well, you know, they're on my computer, on my
14 little discs.  I don't have this handy, so this looks
15 pretty much like it.  But absent that list, I could not
16 guarantee it.  So I don't want to give you just an
17 offhand answer.
18     Q.   Maybe we could take a break at some point
19 later and you could briefly -- Do you have the computer
20 with you?
21     A.   No.  I would have to go home and get it.  It's
22 at home.
23     MR. LOMBARDO:  This is everything we provided,
24 Dr. Prodromos.  Is there anything that we didn't provide

Page 36

1  you that you got on your own?
2      THE WITNESS:  No.  That being the case, then I
3  guess it's probably everything.
4      MR. O'HARA:  Thank you.
5      MR. LOMBARDO:  Sorry to interject.
6      MR. O'HARA:  No, not at all.  I appreciate it.
7  It's helpful.
8  BY MR. O'HARA:
9      Q.   Are there any documents that you reviewed in
10 your work in this case, that you reviewed but decided
11 not to rely on?
12     A.   There were some that were less relevant than
13 others, but what you just said would seem to me to be
14 that I reviewed it and thought that it was specious,
15 something, I don't know.  So nothing like that.
16     Q.   That's fair.
17          Did you bring any documents with you to the
18 deposition?
19     A.   Yes.  I brought some notes that I took.
20     Q.   Do you have those with you?
21     A.   Yes.  It's a one-page thing.
22     MR. LOMBARDO:  We can make a copy of that for you
23 guys if you want.
24     MR. O'HARA:  If we could do that during a break,

Page 37

1  that would be great.
2      MR. LOMBARDO:  It looks like an abstract of some
3  relevant dates.
4      MR. O'HARA:  Thank you.  That's very helpful.
5  BY MR. O'HARA:
6      Q.   Were there any documents you would have liked
7  to have reviewed that Counsel did not provide you?
8      A.   No.
9      Q.   Let's turn back to Exhibit 2 if you don't
10 mind.  On the second page there was a request D.  We had
11 requested copies of citations of any and all textbooks,
12 reference works, periodicals, and any other published
13 documents upon which the witness relies in support of
14 your opinions.  In response, your counsel directed us to
15 your CV and, quote, all documents and presentations
16 referenced in the CV.  Is that correct?
17     A.   Yeah, I guess so.
18     Q.   As we discussed earlier, in Exhibit 1 on your
19 CV, the bibliography lists a number of publications.
20 Did you rely on each article and presentation listed or
21 on some in particular or all of them simply generally?
22     A.   So the best way I can answer that is that I
23 pretty much rely on the sum and substance of, you know,
24 all the literature with which I'm conversant.  So to



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                    Pages 38..41

Page 38

1  answer you specifically, no, there's none one document
2  that I relied on if that's the crux of your question.
3      Q.   That is.  Thank you.
4           As far as today's deposition is concerned, did
5  you do anything in preparation?
6      A.   I did, yeah.  I just reviewed things again.
7      Q.   Sure.  Could you describe any preparation you
8  undertook?
9      A.   Can I describe what I did?
10     Q.   Yes.
11     A.   I had taken notes and reviewed everything for
12 the first time we were supposed to do this when -- I
13 apologize -- I got sick.  And so I just got my notes out
14 again and looked at that, looked at the Stateville one
15 in particular one more time.
16     Q.   Did you meet with Counsel in preparing for
17 this deposition?
18     A.   Well, I met with Counsel prior to the
19 deposition on-site today for a little bit.
20     Q.   Okay.  Did you have any phone calls prior to
21 the deposition today?
22     A.   Myself, no.  The office did to schedule it.
23 But no.
24     Q.   So you met with Counsel in person for the

Page 39

1  first time today prior to the deposition?
2      A.   Yeah.  I think the last call I had was
3  Mr. Panatera, I think.  Yeah.  So yeah.  Yes.
4      Q.   And when was your last call with Mr. Panatera?
5      A.   You know it was a while ago.  I don't remember
6  exactly.  A couple of months, maybe.
7      Q.   Okay.  How long did your phone conversations
8  with Counsel from Cassidy last in total?
9      A.   So unlike you guys, I don't even really keep
10 track.  I think the last one might have been a half-hour
11 or something.
12     Q.   How long did your meeting today last?
13     A.   Like 25 minutes.
14     Q.   Was anyone else present during your meeting
15 today?
16     A.   No.
17     Q.   And was anyone else present on your previous
18 phone calls --
19     A.   No.
20     Q.   -- with the attorneys?
21     A.   No.
22     Q.   Did you review any documents with Counsel
23 during these meetings?
24     A.   No.  Well, these notes, I showed him these

Page 40

1  notes.
2      Q.   You reviewed those notes?
3      A.   Yes.  I just told him I was going to have
4  this.  I just said I have these notes that I am bringing
5  with me.
6      Q.   But you didn't review any case documents?
7      A.   No.
8      Q.   Okay.  Have you had communications with any
9  other experts in this case?
10     A.   No.
11     Q.   Okay.  Terrific.
12          And one more follow-up before we get into the
13 substance of the report.  In your work as an expert, so
14 not necessarily as a physician but as an expert, have
15 you ever taken part in any cases where any party was
16 incarcerated?
17     A.   Besides this one, right?
18     Q.   Besides this one.
19     A.   I don't think so.
20     Q.   And do any of the patients you treat as a
21 physician, currently or in the past, have they been in
22 prison or jail?
23     A.   I mean, I have had a couple, a few over the
24 years.  I don't think -- I definitely don't have anybody

Page 41

1  now.  I mean, like were they in jail when I was taking
2  care of them?
3      Q.   Or they might be brought here on an outpatient
4  visit from jail?
5      A.   So like jail prisoners that I took care of.
6  There may have been one or two a long time ago but not
7  many and not for a while.
8      Q.   Not recently?
9      A.   No.
10     Q.   Okay.  Thank you.
11          So let's turn to your report itself.  I think,
12 beginning on page BUR7.  So on page BUR7 you list your
13 opinions in this case.  And you say, The following
14 opinions are given with a reasonable degree of medical
15 certainty and are based upon my knowledge, experience,
16 training, and education.  Could you please read your
17 opinions in this case?
18     A.   Dr. Ghosh and the medical staff at Stateville
19 complied with the standard of care regarding the
20 treatment provided to Mr. Burton at that facility
21 subsequent to the procedure performed at UIC on
22 October 19, 2010.
23     Q.   Could you read each of them, Doctor?
24     A.   Number 2, the arthroscopic knee surgery that

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Page 42

1  Mr. Burton underwent on October 19, 2010, is a minimally
2  invasive procedure and cannot be attributed to causing
3  Mr. Burton's significant pain.
4       Number 3, Tylenol 3 with codeine is an
5  appropriate substitute for Norco in treating Mr. Burton
6  for any acute pain he may have been experiencing
7  immediately following the October 19, 2010 arthroscopic
8  knee surgery.
9       Number 4, Dr. Ghosh complied with the standard
10  of care when he substituted ibuprofen for Tylenol 3 with
11  codeine after the acute state of Mr. Burton's
12  postoperative treatment.
13       THE REPORTER:  I'm going to have to ask you to slow
14  down.
15       THE WITNESS:  I'm sorry.
16  BY THE WITNESS:
17       A.   So number 4, Dr. Ghosh complied with the
18  standard of care when he substituted ibuprofen for
19  Tylenol 3 with codeine after the acute stage of
20  Mr. Burton's postoperative treatment because it is an
21  effective and much less dangerous medication for
22  treating any pain Mr. Burton may have been experiencing.
23       Number 5, Dr. Ghosh complied with the standard
24  of care by providing Mr. Burton with an immobilizing

Page 43

1  knee brace, crutches, a low bunk permit, and physical
2  therapy.  In addition, I see -- I'm sorry -- to
3  anti-inflammatory medication, subsequent to his
4  October 19, 2010 arthroscopic knee surgery.
5       Number 6, any complaints of problems after the
6  first week after surgery are unrelated to Mr. Burton's
7  postoperative acute pain and it would not be clinically
8  appropriate to treat any such medicines with dangerous
9  opioid medication.
10       Q.   Just in the end there, I believe it would not
11  be clinically appropriate to treat any such symptoms
12  with dangerous opioid medication.
13       A.   Yes.  I'm sorry.
14       Q.   Not at all.
15       Are theses opinions you developed in this
16  case?
17       A.   Yes.
18       Q.   And is this the complete list of your opinions
19  in this matter?
20       A.   Were there other opinions?  Is that what
21  you're asking?
22       Q.   Correct.
23       A.   Well, I mean, I might have other opinions on
24  other things if I were asked other things.

Page 44

1       Q.   In your report.
2       A.   Did I include anything else in the report?  I
3  don't think so.
4       Q.   So that represents the complete list of your
5  opinions that you developed for your report?
6       A.   I think, yes.
7       Q.   Okay.  And I think that's the last time we are
8  going to be reading long stretches.
9       And you claim that the bases for your opinions
10  are, quote, my education and experience as well as my
11  review of the above-referenced records, end quote; is
12  that correct?
13       MR. LOMBARDO:  Object to form.  I think that
14  mischaracterizes what he said.
15       But go ahead.
16  BY THE WITNESS:
17       A.   Well, there was -- I also said training.  So
18  it says, Are based on my education, training,
19  experience, and knowledge.  I think what I just read is
20  more accurate.  I think what you read is something a
21  little different.
22       Q.   Sure.  I can read that.  So the bases of your
23  opinions are your education, experience, training, and
24  knowledge; is that correct?

Page 45

1       A.   Yes.
2       Q.   And are these the bases for each of the six
3  opinions?
4       A.   Yes.
5       Q.   Okay.  So let's turn to opinion number 1.
6  Dr. Ghosh and the medical staff at Stateville complied
7  with the medical standard of care.  What documents did
8  you consider in reaching that opinion?
9       A.   Firstly, the Stateville records from when he
10  came back -- I guess it was called the infirmary, I'm
11  not sure, but there were nurse's notes and such for the
12  day of and the first few days after his return.
13       Secondly, the report of surgery by the
14  operating surgeon, and I looked at a number of the
15  documents, but pretty much those.
16       Q.   You would say the Stateville records and the
17  surgery report are the two primary bases for that
18  opinion?
19       A.   Yes.
20       Q.   What particular facts did you rely in reaching
21  that opinion?
22       A.   Well, I can quote or paraphrase from the
23  medical record.  The things that were particularly
24  persuasive to me.  So firstly there's the procedure

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                     Pages 46..49

Page 46

1   itself.  He had an arthroscopic knee surgery.
2   Arthroscopy is inherently a minimally invasive
3   procedure, just two little punctures in the skin as you
4   know.  However -- and I'm an arthroscopic surgeon;
5   almost all my surgery now is arthroscopic -- within the
6   broad rubric of arthroscopic surgery, there are more and
7   less invasive ones.
8          So in his case, for example, he had a lateral
9   meniscectomy, a partial meniscectomy.  So meniscectomies --
10  and I just did one a couple hours ago -- can involve
11  biting pieces of the meniscus and they can involve
12  cranking on the knee and opening it up.  And it's not a
13  big deal no matter what, but some are more invasive than
14  others.
15         In his case all he had was shaving of the
16  central border.  So that's -- it's kind of a stretch to
17  call it a meniscectomy.  I mean, it is, but it's -- you
18  do very little.  You just stick a little shaver in
19  there.  The meniscus itself has no nerve endings.  You
20  don't have to torque the knee to open it up.  So as
21  meniscectomies go, it was extremely minor.  He had a
22  loose body removed, which is just kind of a thing
23  floating around in the knee.  You are not cutting
24  anything; you are not cranking on the knee; you just

Page 47

1   stick a little grabber in there to remove it.
2          He had a chondroplasty of his medial femoral
3   condyle.  So that is the same thing; it's kind of
4   shaving little fronds, if you will, of what's called
5   articular cartilage.  So, again, that articular
6   cartilage has no nerve endings.  There are other more
7   invasive things like the thing I just did, the
8   microfracture.  I poked little holes in the bones.  Bone
9   does have nerve endings; cartilage doesn't.
10         So, basically, in looking at arthroscopy, his
11  was -- there was very, very little done and nothing
12  really that would cause any pain except for the fact
13  that there is certainly pain involved just from sticking
14  the scope in your knee.  It's like getting stabbed with
15  a little spear.
16         So the first thing was to see exactly what did
17  the doctor do when he was in there.  And it was not
18  much, number one.
19         Number two, at the Stateville -- first of all,
20  the patient stated his pain -- this was the day of
21  surgery.  The first note that I saw from the nurse was 5
22  on a scale of 1 to 10, which, for a postoperative
23  patient, is not particularly severe.  He was then given
24  at 3:55 -- he was iced, which is actually my primary

Page 48

1   mode of pain relief for patients.  We use ice primarily.
2   We use medications of any kind secondarily.  Though he
3   was iced, so I thought that was good.  And he was given
4   Tylenol with codeine.
5          So you are asking me what I relied on or what
6   was persuasive for this first opinion.  Got it.  Okay.
7   So the ice certainly complies with the standard of care.
8   Tylenol 3.  So I gather this is the point of contention
9   in this case and I don't want to digress too much, but
10  the issue came up -- perhaps I can say that
11  Dr. Cannestra stated at some point, I think, that he
12  didn't think that was an appropriate thing for
13  post-arthroscopy and one thing and another.  But,
14  actually, it used to be used fairly often.  It isn't
15  used as much anymore, but for no particular reason.
16  Tylenol 3 has 30 milligrams of codeine per tablet.
17  Codeine -- an equianalgesic dose of hydrocodone, which
18  is probably more frequently used, is 6 to 1.  So a
19  classic Vicodin is a 5-milligram hydrocodone tablet,
20  which is often used for this.  That is the same
21  analgesic, equianalgesic opioid effect as a single
22  Tylenol 3.  And two Tylenol 3, which is what he ordered,
23  is the same as 10 of hydrocodone, which is kind of a lot
24  for a simple scope.

Page 49

1          My point being -- you know, the question was:
2   Because he switched to Tylenol 3 from the hydrocodone,
3   was he being undermedicated.  And, in fact, he wasn't.
4   In fact, it's an equianalgesic dose, maybe more than he
5   would have needed.  So that was relevant to me.
6          And then at 5:00 p.m. it mentioned that
7   again -- it didn't specify, but that note in particular
8   said two Tylenol 3 tablets were given.  So that's strong
9   stuff.  And when I first started in practice, people
10  used Tylenol 3 and Tylenol 4 a lot.  Why don't they now?
11  No particular reason.  I think it's just fashion.  So
12  what matters is equianalgesic dose and it's fine and has
13  less, actually, abuse potential for hydrocodone, anyway.
14         So then at 3:00 a.m., the nurse notes -- First
15  of all, she notes that her pain meds were given.  So the
16  question is these were ordered; were they, in fact,
17  given.  But from the nurse's notes, it appears they were
18  and that the patient, quote, slept good, closed quote,
19  indicating he was comfortable.
20         So the standard of care being was he
21  adequately treated by Dr. Ghosh who -- in whose care he
22  was at that time, and these things all indicate that he
23  was.  At 11:30 a.m. it is noted, quote, The knee is
24  slightly swollen, closed quote, the idea being slightly.


JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                                    Pages 50..53

Page 50

1  So the point being slightly, not severely swollen.  And
2  then about the wound, quote, it says, No discharge or
3  bleeding, covered the wounds with Betadine, closed
4  quote.
5       So, you know, the wounds looked good.  The
6  nurse was attentive.  I know there's an issue
7  elsewhere -- it may not relate to this at all -- about
8  whether the patient was neglected; his dressing was
9  never changed; the stiches weren't taken out.  But here
10 the dressing was clearly changed because the nurse
11 examined it and covered it with Betadine, and you can't
12 do that unless you change the dressing.  So he was --
13 and this is the next morning.  And that's typically what
14 one will do, is change it the next day, although you can
15 leave dressings on much longer.
16      And then there's a note, I think, from that
17 same time that says as far as the Motrin that was given.
18 It says, quote, Motrin 400, one to two tablets Q eight
19 hours PRN times 30 days, closed quote.  So ibuprofen is
20 a pretty good analgesic.  And, again, we talk about
21 equianalgesic doses of medicine.  So 2200 -- so two 400s
22 Q eight, every eight hours, would be -- so two tablets
23 three times a day, that's 2400 milligrams a day.  The
24 equianalgesic dose for 10 milligrams of hydrocodone,

Page 51

1  which would be two typical Vicodins is 2220.  So the
2  point being that the stuff you buy over the counter for
3  Motrin is 200 milligrams, so it's much weaker.  This is
4  prescription strength.  So he was prescribed the
5  equivalent of 10 milligrams of -- so he was prescribed
6  an ibuprofen dose that was equianalgesic of
7  10 milligrams of hydrocodone, which should be more than
8  enough for what he had for this next day.
9       Also persuasive to me, on the same day there
10 was a quote from the nurse, quote, No complaints of pain
11 or discomfort at this time, closed quote.  So those --
12 and I would add that I know that -- you know, I
13 understand there's a discrepancy; different people felt
14 different things about the care that he got, the
15 plaintiff and the defendant and such.  But Dr. Ghosh is
16 to be absolutely commended because it is the easiest
17 thing in the world to give people lots of narcotics, and
18 very bad things happen.  And so this doctor actually --
19 he could have just as easily -- at least I think he
20 could have -- just have taken -- the doctor at the
21 hospital prescribed -- I don't have this written down
22 here -- but I think 50 milligrams -- 50 tablets of
23 hydrocodone.
24      So, you know, you can prescribe more if you

Page 52

1  are monitoring the situation.  So I think it's kind of a
2  lot for this, but it's not wrong for that surgeon to
3  have done that.  But it's incumbent -- but that surgeon
4  is out of the picture now.  Dr. Ghosh is taking care of
5  him.  And it's the mark of a good doctor, which he is,
6  that he evaluated the patient, that he gave him
7  appropriate medicines for what his problem was.
8       So I think he exceeded the standard of care
9  because I don't think a lot of doctors would have done
10 that.  And I see people that are overmedicated all the
11 time.  So and then, also, to get him on the ibuprofen
12 and off the narcotics also.
13      And it also should be pointed out that, as
14 you, I'm sure, are aware, Mr. Burton was listed as being
15 bipolar and he had psychoactive drugs.  I don't know how
16 many of those he was taking at the time.  I know there
17 were issues with compliance with taking them; but
18 narcotics, unlike nonsteroidal anti-inflammatories like
19 Motrin, are psychoactive.  So it's particularly
20 beneficial -- and I try to do this myself -- to not have
21 people taking multiple psychoactive drugs.  So I thought
22 getting him off of even the Tylenol 3 because it was a
23 pretty significant dose of narcotic -- to getting him on
24 a perfectly adequate dose of a nonsteroidal, I thought

Page 53

1  was also a very good thing.
2       So those are the main points.
3   Q.   Thanks, Doctor.
4       Let's turn back to BUR5 in your report which
5  begins Discussion.  In that first paragraph you say, I'm
6  of the opinion that Dr. Ghosh and the medical staff at
7  Stateville Correctional Center complied --
8   A.   I'm sorry.  Under Discussion?
9   Q.   Right.  In that first paragraph you say, I am
10 of the opinion -- I skipped the first part of that
11 sentence, I apologize, based on my education --
12  A.   I got it.
13  Q.   I'm of the opinion that Dr. Ghosh and the
14 medical staff at Stateville Correctional Center complied
15 with the standard of care regarding the treatment
16 provided to Plaintiff, Alnoraindus Burton, at that
17 facility subsequent to the procedure performed at UIC.
18 That's one of your opinions, correct?
19  A.   Yes.
20  Q.   Do you believe the standard of care is
21 different for prisoners than from other patients?
22  A.   No.
23  Q.   And your opinion above says that Dr. Ghosh and
24 the medical staff at Stateville complied with the

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                      Pages 54..57

Page 54

1   standard of care.
2       A.   Yes.
3       Q.   You don't identify which other medical staff
4   in particular; is that correct?
5       A.   I don't identify, no.
6       Q.   So is it your opinion that all Wexford staff
7   that treated Mr. Burton at Stateville following his
8   surgery complied with the standard of care?
9       MR. LOMBARDO:  Object to form.
10  BY THE WITNESS:
11      A.   Well, I mean, I wouldn't want to be
12  responsible for every action that every healthcare
13  professional provided, but regarding the relevant --
14  particularly the relevant -- and by the way, I reviewed
15  these records way the heck out for a long period of
16  time.  But, yeah, I mean, I thought his care was good
17  overall.
18      Q.   So, I guess, maybe the way I could rephrase
19  that is:  Who is encompassed within what you described
20  as the medical staff at Stateville?
21      A.   Pretty much the nurses is what I was thinking
22  of, the nurses at the time that I was just quoting from
23  that were delivering the meds.
24      Q.   So then if we move on, I believe the next

Page 55

1   sentence, you say specifically, The medication that
2   Dr. Ghosh and the Stateville medical staff provided to
3   Plaintiff after his surgery was a safe and effective way
4   to control any minor postoperative pain that resulted
5   from this minimally invasive arthroscopic procedure.
6   That's another one of your opinions, correct?
7       A.   Right.
8       Q.   In this opinion you don't opine that it was an
9   effective way to control moderate or severe
10  postoperative pain, do you?
11      A.   Those are not the words that I used, although
12  he wasn't in severe pain by his own admission.
13      Q.   So let me just ask that again.  It's not your
14  opinion that the treatment Dr. Ghosh and the Stateville
15  medical staff provided was safe and effective to control
16  moderate or severe pain?
17      A.   To tell you the truth, what I probably should
18  have said here -- It all depends upon how you want to
19  phrase it.  Certainly moderate, severe -- you see, it
20  depends how you want to define -- The best way to say
21  this is that it was appropriate to control the pain that
22  the patient had.  Probably I should have left the
23  modifier off entirely.
24      Q.   But it's your opinion that Mr. Burton was

Page 56

1   undergoing minor pain?
2       A.   Well, I don't know.  Again, it's a question of
3   definition.  What I write in my notes actually is I will
4   write appropriate postoperative pain.  So I would say
5   that he had -- you know, see, it all depends.  Is it
6   minor pain in the context of surgical procedures?  It is
7   because it's a minor procedure.  You know, is it -- so I
8   think it was appropriate pain, I think, in the total
9   spectrum of things.  You know, comparing this to major
10  procedures, it was minor pain.  I guess -- I don't know.
11  Probably the right thing to say would have been
12  "appropriate pain."  It was appropriate to control the
13  pain that he had after this minor procedure.
14      Q.   Okay.  But as far as the opinions you listed
15  in your report, your opinion didn't state that the care
16  was appropriate for moderate or severe pain; is that
17  correct?
18      A.   Well, if you are asking the words that I
19  wrote, I did not use the words moderate or severe, but I
20  didn't use them because he wasn't in them.  So, yeah,
21  obviously that's correct.  I didn't use those words, so
22  you don't need me to reaffirm that.  But had he had that
23  kind of pain -- actually, had he had that kind of pain
24  prior to this, which there's no evidence that he did,

Page 57

1   then it would have been effective for that because it
2   controlled his pain pretty well.  Do you know what I
3   mean?
4       Q.   Right.  But you did use the word "minor" in
5   the opinion, so I'm just trying to clarify.  Your
6   opinion is limited to the fact that it was a safe and
7   effective way to control minor postoperative pain, not
8   moderate or severe postoperative pain?
9       MR. LOMBARDO:  Objection.  Form.
10  BY THE WITNESS:
11      A.   I don't think what you are saying is true.
12  And if you are indeed asking me to clarify -- that's
13  what you just said -- I attempted to clarify the meaning
14  of the word in that context.  So had he not had any pain
15  medicine, maybe he would have had moderate or severe
16  pain, but he didn't.  So if you are looking for a
17  clarification, that's the clarification.
18          So I think it kind of sounds like you are
19  saying if he had moderate or severe pain, this would
20  have been grossly inadequate.  And you really can't say
21  that because he didn't have it.  In fact, all you can
22  really do, which Dr. Ghosh did, is what a good doctor
23  would do, which he recorded too is you titrate the
24  patient's pain to the medication they are getting.  You


JENSEN
Litigation Solutions

Page 58

1 don't want them to have severe pain because then you
2 would have been undermedicating them, and that never
3 happened.
4      And it might have been if he had -- if he had
5 severe pain before, which there's no evidence that he
6 did, it might have been okay for that. That's the
7 equivalent of ten hydrocodone. That's a lot. The two
8 T3s is more than I would have given him initially. He
9 could have had severe pain and that could have been
10 enough to control it, but there's no way to know. What
11 he manifested with was minor; that's why I said minor.
12      Does that clarify.
13      Q. Yeah. But in your report you don't offer
14 opinions as to what would have been appropriate for
15 moderate or severe pain; is that correct?
16      MR. LOMBARDO: Objection. Form.
17 BY THE WITNESS:
18      A. Yeah. I mean, right. I could have elaborated
19 more in those what would have been hypotheticals to my
20 way of thinking and did not.
21      Q. Okay. You touched on this a little bit
22 earlier, but could you explain what makes an
23 arthroscopic procedure minimally invasive?
24      A. Sure. First of all, it is invasive because

Page 59

1 you are sticking something into somebody. But there are
2 two punctures used and those punctures are typically a
3 quarter of an inch big. They are placed through skin,
4 not put through tissue that tends to produce pain like
5 muscle or bone, that kind of thing. And then so the
6 fact there's no real incision is part of it. That's
7 what makes arthroscopic surgery minimally invasive as a
8 broad category. Beyond that, as I described earlier, it
9 kind of depends what you do with the scope once you are
10 in there. And as I elaborated on in some detail before,
11 there was very, very little done with the scope when he
12 was in there. And in particular he didn't cut,
13 traumatize, affect, act on any tissue that even has
14 nerve endings except for the fact that moving the scope
15 in the knee, you bump up into the synovial a little bit.
16 So it's a minimally invasive procedure to begin with and
17 his was way toward the most minimally invasive spectrum
18 of arthroscopic procedures.
19      Q. So just to make sure I'm understanding -- I
20 think I do -- all scopes, basically, are minimally
21 invasive by the fact that it's arthroscopic, but there's
22 a range of invasiveness further within that minimal
23 range that different procedures can have?
24      A. Correct.

Page 60

1      Q. What would you describe as a significantly
2 invasive arthroscopic procedure within that range?
3      A. You mean what would I call one that would be
4 likely to produce more pain?
5      Q. Well, you described it as a minimally invasive
6 arthroscopic procedure, and so I'm -- and you said
7 there's a range within it for what is more or less
8 invasive. So I guess I'm wondering --
9      A. It's not really that -- I'm sorry. I
10 interrupted you.
11      Q. I guess I'm wondering what an example of a
12 more invasive would be.
13      A. So there's two -- maybe this is a semantics
14 thing. But it's a minimally invasive, basically,
15 procedure because you are not making an incision; you
16 are not cutting through muscle to get in there. It
17 isn't so much the invasiveness when you are in. I was
18 trying to explain that it's the pain-inducing things
19 that you do when you are in there.
20      So it's minimally invasive no matter what.
21 But within this minimally invasive procedure, you could
22 do things that make it a more painful or more likely to
23 be pain-inducing minimally invasive procedure. And
24 there isn't an exact correlation, by the way. I mean,

Page 61

1 people have a spectrum of pain for similar procedures
2 for reasons unknown. However, I think the essence of
3 what you are asking is what could have made it more
4 painful, to what I referred to earlier. For example, a
5 microfracture, which is something at least I see fairly
6 often. It's a weird name, but you poke little holes in
7 the bone, drill holes in the bone that allow stem cells
8 to grow new cartilage. So then you are drilling in the
9 bone; that tends to hurt more. If you have a peripheral
10 meniscal tear -- so the central part of the meniscus
11 where his was shaved is very easy to access
12 arthroscopically. You put a little shaver in and the
13 shaver goes up against that edge and you don't have to
14 torque the knee.
15      One of the things that can make a procedure
16 painful is if you have to get closer to the periphery of
17 a joint in order to get the instrument there without
18 damaging the articular cartilage, you have to open up
19 the joint. That involves stretching the ligament. It's
20 not that big a deal, but it tends to hurt more because
21 you are torquing the knee. For what he did, there's
22 really no torquing of the knee involved. If you do a
23 synovectomy where you are cleaning out a lot of
24 synovium -- synovium is reasonably heavily innervated

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                      Pages 62..65

Page 62

1   and that tends to hurt more.
2           So he could have had done a microfracture,
3   could have done a synovectomy, could have done something
4   that involved torquing the knees more.  Sometimes people
5   even trim a little -- I don't -- but the medial
6   collateral ligament to open the knee more is your -- you
7   know, ACL reconstruction is arthroscopic, but it's --
8   you do all kinds of stuff.  You do -- we cut bone in the
9   notch; we shave the ligament ends.  Ligaments are
10  heavily innervated.  That wasn't done there.
11          So what else?  There's a thing called a
12  lateral retinacular release which is done
13  arthroscopically and you cut the retinaculum to free up
14  the patella.  So the same little punctures, but you're
15  cutting the heavily innervated tissue.  That tends to
16  hurt more.
17          Those are most of the things that could be
18  done to make it -- that would be a more pain-inducing,
19  all else equal, minimally invasive procedure that was
20  not done in this case.
21      Q.  Thank you.  That's really helpful.
22          So the invasiveness of various arthroscopic
23  procedures can vary?
24      A.  I don't mean to play semantics.

Page 63

1       Q.  I don't either.
2       A.  I probably wouldn't say the invasiveness; I
3   would say the painfulness.
4       Q.  The painfulness, okay.
5       A.  Or the aggressiveness, maybe.  I don't know.
6   The invasiveness just refers to the fact that you are
7   just sticking the scope in and not cutting the knee
8   open.
9       Q.  You know, maybe it would be helpful if you
10  could describe the basics of an arthroscopic surgery,
11  what the scope is, and, you know, how that occurs.
12      A.  The scope is, generally for a knee, a
13  4-millimeter in diameter operating telescope attached to
14  a fiberoptic light source.  And the scope is positioned
15  within a sheath.  So generally speaking -- and it was in
16  this case -- two small punctures are made in the front
17  of the knee adjacent to the tendon in the front of the
18  knee so you don't puncture the tendon.  And the scope is
19  inserted into the knee; the scope is attached to a
20  device, generally, that pumps water through the scope
21  that inflates the knee with fluid.  And then the
22  fiberoptic light source is -- the system is fluid-based
23  to produce a picture in this fluid medium.  Then through
24  the other puncture, instruments are put in.  And they

Page 64

1   can be interchanged.
2           So the instrument typically would be a shaver,
3   which was used in this case to shave down the meniscus,
4   a little grabbing instrument, which was used in his case
5   presumably -- he doesn't say exactly, but that's how you
6   do it -- to remove the little loose body; it's a little
7   hard piece in there.  So the shaver is commonly used.  A
8   grabber may be used.  There are little biting
9   instruments.
10          But what I was doing for the menisectomy I did
11  today, which was more of a menisectomy where you bite
12  pieces of the meniscus which weren't used in his case,
13  there can be chondral picks which are used for a
14  microfracture, or pins which are used to drill holes in
15  bone can be used.  There's a cutting instrument that --
16  it's a bipolar, unipolar cutting device that can be used
17  to cut tissue, for example, for the lateral release that
18  I mentioned before or if you are cutting adhesions.  So
19  those are the tools that are mostly used.
20      Q.  So there are two punctures and you could say
21  one is essentially for a camera more or less for
22  visuals, and the second is the tool that's actually
23  being used to operate upon the knee?
24      A.  That's correct.  But they tend to be

Page 65

1   interchangable.  So you put the camera in the one; you
2   put the instruments in the other sometimes.  As I just
3   did recently, you put the camera in the other and put
4   the instruments in the one to get a better look.  But
5   that's correct.
6       Q.  Sure.  I guess at any given time one is doing
7   one role?
8       A.  Right.  And sometimes you will make an extra
9   one too if you need to see something better.
10      Q.  Okay.  Mr. Burton had two punctures; is that
11  correct?
12      A.  Yes.
13      Q.  Okay.  In your report -- I'm trying to find
14  exactly where this is.  Right in the second paragraph
15  there under Discussion, Mr. Burton had a minor
16  arthroscopy, no incision, knee procedure performed by
17  Samuel Chmell, M.D.  Would you define minor arthroscopic
18  procedure as -- you used "minimally invasive" earlier.
19  Let me rephrase that.
20          How would you define minor arthroscopic
21  procedure?
22      A.  So "minor" is to some degree redundant with
23  arthroscopic.  In his case it also applies because what
24  was done in the knee was minor as well.



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                       Pages 66..69

Page 66

1    Q.   Okay.  And you say in this point that there
2  was no incision involved.  But we have just discussed
3  that there were two punctures you used on each side of
4  the knee to allow instruments into the knee.
5    A.   Right.
6    Q.   So when you say there's no incision involved,
7  what do you mean?
8    A.   Oh, I mean -- I don't know -- maybe it's us
9  being euphemistic.  That's what we kind of tend to say
10 in this business.  We say it's no incision because you
11 are puncturing and you're not using a knife to cut
12 longitudinally.  But you could -- technically it's
13 accurate to call those tiny incisions.
14    MR. O'HARA:  And could you hand me the next
15 exhibit.
16             (WHEREUPON, the document was tendered
17              to Counsel.)
18 BY MR. O'HARA:
19    Q.   Showing you what I am marking as Exhibit 3,
20 UIC1 through 69.  And these are medical records provided
21 by the University of Illinois at Chicago Medical Center.
22
23
24

Page 67

1             (WHEREUPON, a certain document was
2              marked Plaintiff's Deposition
3              Exhibit No. 3, for identification,
4              as of 01/04/2018.)
5  BY MR. O'HARA:
6    Q.   Doctor, do these records look familiar?
7    A.   Well, let's see.
8    Q.   I have a stapled copy if that would be more
9  convenient for you.
10    A.   No, this is fine.
11    Q.   Okay.
12    A.   Yeah.  I mean, they are parts of the medical
13 record.  I don't know that I remember every page, but...
14             Does that answer your question?
15    Q.   Yes.  If you turn to page Bates-stamped UIC15,
16 which, in the middle bottom, is page 7 of 62.
17    A.   Yes.
18    Q.   This is the operative report?
19    A.   Right.
20    Q.   Attending was Samuel Chmell.  And could you --
21 Do you see where it says title of procedures performed?
22    A.   Yes.
23    Q.   Could you read off those four procedures,
24 please?

Page 68

1    A.   Sure.  Number 1, right knee arthroscopy.
2  Number 2, partial lateral meniscectomy.  Number 3,
3  chondroplasty.  Number 4, removal of loose bodies.
4    Q.   Could you read the pre- and postoperative
5  diagnoses as well?
6    A.   Preoperative diagnosis, right knee lateral
7  meniscal tear.  Postoperative diagnosis, right knee
8  partial lateral meniscal tear -- number 1, sorry.
9  Number 2, chondral defect 6 millimeters by
10 10 millimeters of the medial femoral condyle as well as
11 some small loose bodies.
12    Q.   And if you turn to the next page, I would
13 describe it, I suppose, as a narrative of the procedure
14 that was performed; is that fair?
15    A.   Yes.
16    Q.   And so in your report, you say that the
17 procedure involved a minor debridement, comma, shaving,
18 comma, of his cartilage; is that correct?
19             I'm sorry to make you flip between papers.
20    A.   Yes.
21    Q.   The procedure also involved two entrances to
22 the knee; is that right?
23    A.   Yes.
24    Q.   And the performance of a diagnostic scope?

Page 69

1    A.   Yes.
2    Q.   Could you describe what that is?
3    A.   Sure.  One puts the scope into the knee and
4  then looks at the various compartments of the knee to
5  assess the pathology.
6    Q.   And the knee was also entered with a probe?
7    A.   Probably.
8    Q.   Would the probe -- is that part of, I guess,
9  the, quote, camera side or the tool side?
10    A.   Tool side.
11    Q.   And what is the probe used for?
12    A.   The probe is used to pull on things.  It's a
13 slender piece of metal that at the end has a bent tip,
14 maybe 3, 4 millimeters long.  So one puts it, for
15 example, on a meniscus to pull and see if there's a
16 tear, that kind of thing.
17    Q.   And so the knee was entered with a shaver too?
18    A.   Yes, I think.  Yes.
19    Q.   And the lateral compartment was -- is it
20 debrided or debrided?
21    A.   Usually debrided, but either is okay.
22    Q.   And the lateral compartment was debrided?
23    A.   Yes.
24    Q.   What's the lateral compartment?


JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Pages 70..73

Page 70

1    A.   So the lateral compartment is the left side of
2  the left knee, right side of the right knee.  The outer
3  part of the knee.
4    Q.   So when you say the part, is it cartilage?  Is
5  it bone?  Is it a ligament that's actually -- what would
6  have been shaving up against?
7    A.   So you are not asking about the compartment;
8  you are asking what he was shaving?
9    Q.   Well, it says the lateral compartment was
10  debrided, I believe, in the report, the surgeon's
11  report.
12    A.   Yeah.  That's maybe not the -- with all due
13  respect to the doctor -- maybe not the most specific
14  terminology because you don't -- again, I don't mean to
15  split hairs, but one doesn't actually debride a
16  compartment; one debrides tissue.  So what he did,
17  putting all this together, is he debrided the lateral
18  meniscus.  Maybe that's what he meant to say or maybe
19  they didn't hear it right with the dictation.  So he
20  debrided the lateral meniscus with the shaver.  And
21  that's what I was referring to.  The debridement of the
22  meniscus is a less invasive menisectomy than the usual
23  situation where you are actually biting the pieces off.
24  And you only do that if it's just hardly torn at all.

Page 71

1  So he debrided the meniscus with the shaver.  He also
2  debrided elsewhere, but I don't want to get ahead of
3  you.  I think that's what he was trying to say.
4    Q.   Okay.  Understood.
5         I believe it also said he debrided the
6  ligamentum mucosum?
7    A.   Yes.  That's -- it's not actually a ligament.
8  It's called that because people -- you can be fooled.
9  It looks like a ligament, but it's not.  It's synovium.
10  Synovium is the lining tissue of the knee.  And when you
11  go into the knee, sometimes it just kind of gets in the
12  way.  So it's just some spongy, filmy, fatty tissue that
13  you debride, not therapeutically, but so that you can
14  see.
15    Q.   Okay.  And then it says chondroplasty
16  performed on medial compartment to remove free cartilage
17  flap.  Could you describe that process?
18    A.   Yeah.  So, again, he could have been a little
19  more specific as to terminology.  But what he did and
20  what he meant was that on the medial femoral condyle,
21  which is the end of the femur on the inner part, the
22  articular cartilage that coats the bone had some damage.
23  So there tends to be edges that are kind of loose,
24  little fronds of tissue.  So we shave those.

Page 72

1    Q.   So he was shaving cartilage on the end of the
2  femur?
3    A.   Right.
4    Q.   Okay.
5    A.   Two different kinds of cartilage.  It gets
6  confusing.  That's articular cartilage on the medial
7  femoral condyle and then it was meniscal cartilage in
8  the lateral part.
9    Q.   Is there a significance between the two
10  differences from a surgical standpoint?
11    A.   Well, yeah.  I mean, they do different things.
12  The one is a coating.  The articular cartilage is what
13  coats the bone like Teflon on a frying pan.  So you are
14  saying from the surgical point of view.  The other,
15  meniscus, is a wedge-shaped shock absorber.  In this
16  case there really wasn't because he shaved them both.
17         In general, you know, I would say well over
18  90 percent of the menisectomies that one does also
19  involve biting instruments because there's flaps of
20  tissue.  So surgically -- I think that's your
21  question -- generally one is using biting instruments as
22  well as the shaver on the meniscus where there's usually
23  only a shaver on articular cartilage.
24    Q.   Is there a difference in the pain that can be

Page 73

1  produced by working on those types of cartilage or would
2  it be no pain whatsoever for both?
3    A.   So the shaving of the cartilage itself on the
4  articular cartilage is 100 percent pain-free.  Not to
5  say the scope is 100 percent pain-free; but shaving that
6  cartilage, there are no nerve endings.  If you drill the
7  bone underneath, there are nerve endings, but none in
8  the articular cartilage.  The meniscus -- the meniscus
9  has no nerving endings either through most of its
10  distance.  Far in its periphery, it -- and no blood
11  vessels either, by the way.  There are some blood
12  vessels, some nerve endings.  So if you are shaving
13  it -- by definition, it's a central part which is a very
14  thin border.  So that part, number one, has no nerve
15  ending.  So there's no pain from doing that.  And,
16  number two, as I kind of alluded to earlier, sometimes
17  you have to kind of torque the knee to get into the
18  peripheral part.  So you can maybe get some pain from
19  that.  But you don't have to do that with what he did.
20  So those two things should have been -- just those parts
21  of the procedure should have been completely painless.
22    Q.   During the scope, perhaps one like this, is it
23  possible for the instruments in the knee to come into
24  contact with the parts of meniscus that have nerve



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                        Pages 74..77

Page 74

1  endings?
2      A.   So there are no nerve endings on the surface
3  of it as best we know.  So if you brush against it, it
4  wouldn't be a problem.  And there aren't even many nerve
5  endings where there are nerve endings.  But for what he
6  did, no.  He was just at the central border of it.  You
7  have to get all the way to the periphery for that to
8  happen.
9      Q.   Okay.  Loose bodies finally were then removed?
10     A.   Right.
11     Q.   As part of the surgery?  Can you describe that
12 process?
13     A.   Sure.  They look like little white marbles
14 floating in the knee.  And one takes a little grabbing
15 instrument and just kind of grabs it and then you just
16 pull it out.  So there's no cutting.  They just float
17 and you just grab it and you pull it out the little
18 portal.
19     Q.   And what are they typically?  What are they
20 made of?
21     A.   Well, they are typically -- So, you know, he
22 had that cartilage defect on the medial femoral condyle,
23 articular cartilage.  So what can happen and probably
24 did in this case is that a piece of cartilage will kind

Page 75

1  of flake off and it can be dissolved and usually is.
2  But in some people, rather than dissolving, for whatever
3  reason, it becomes kind of hardened and it's like a
4  little marble and they just kind of float in the knee.
5  So they are made initially of cartilage.  They can
6  calcify a little sometimes -- you can see them on
7  x-rays -- sometimes not.  So they are typically made of
8  cartilage and inside they can have like a little scar
9  tissue, you know.  So that's what they are.
10     Q.   And what typically would cause one to have
11 loose bodies floating in the knee?
12     A.   Well, typically the articular cartilage will
13 flake off.  And why does that happen?  It can be a
14 wear-and-tear thing with arthritis.  He had some
15 arthritis in his knee.  And so the question that we
16 wonder is why doesn't the stuff just dissolve.  You
17 know, why in some people does it form a little hard
18 marble and in other people it dissolves.  And nobody
19 really knows.
20     Q.   Interesting.
21          The report then goes on to say that the
22 clipper was removed from the knee.  Do you know what
23 they would be referring to with the clipper?
24     A.   Can you tell me where that is?  I'm under

Page 76

1  description of procedure.  Is it on that page?
2      Q.   It should be on the description of procedure
3  page, yes.  Actually, it's on the next page, page 17.
4  It says, Loose bodies were noted in the lateral gutter
5  which were also removed and then the arthroscopic
6  clipper was removed.
7      A.   Let's see.  Which were also removed.  So I've
8  got to tell you, there's no device that I know of that's
9  called a clipper.  I have to tell you, we dictate these
10 things and the transcriptionist can't always hear.  So
11 clipper -- I mean, there's a shaver, but typically --
12 which were also removed.  So then the arthroscopic --
13 No, actually, that wouldn't have been the shaver.  The
14 arthroscopic clipper -- it must -- I mean, so would have
15 taken place there is you take the grabber, you pull out
16 the loose body, and then the only thing left is the
17 scope and you take out the scope.  So what that had to
18 be was the arthroscopic instrument.  It had to be the
19 scope.  There's nothing else there.  There's no clipper.
20     Q.   Okay.  I will trust your judgment on that.
21          And then, finally, the wound was sealed with
22 sutures; is that correct?
23     A.   Yes.
24     Q.   Okay.  Turning back to your report, in the

Page 77

1  middle of that same second paragraph there under
2  Discussion, you say that the only pain, if any, produced
3  from the procedure is from the arthroscope, a
4  4-millimeter operating telescope being introduced into
5  the knee, and the knee being inflated with fluid for
6  visualization; is that correct?
7      A.   Yes.
8      Q.   So the introduction of the arthroscope itself
9  can cause pain.
10     A.   Yes.
11     Q.   And the introduction of fluid can cause pain
12 as well?
13     A.   Well, the truth is nobody knows.  But, you
14 know, maybe so.  Maybe inflating the knee, although it's
15 not inflated for very long.
16     Q.   And it's your opinion that those were the only
17 causes of pain Mr. Burton could have experienced from
18 these procedures?
19     A.   Yes.
20     Q.   So none of the other operations we discussed
21 could have caused pain?
22     MR. LOMBARDO:  Object to form.
23 BY THE WITNESS:
24     A.   None of the other parts of the operation that



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                    Pages 78..81

Page 78

1   we discussed -- like shaving cartilage cannot cause
2   pain, articular cartilage.  Shaving the central border
3   of a meniscus cannot cause pain.  Removing a loose body
4   can cause pain if you get a really big one and you have
5   to enlarge the puncture to get it out -- but there's no
6   evidence that that happened -- cannot cause pain.  And
7   then the diagnostic arthroscopy, I mean, I guess if you
8   are really rough, but the proper technique for this is
9   to not have the scope bouncing around in the knee.  And
10  I'm sure he's a good surgeon.  So right.  I mean, you
11  know, like I say, shaving the ligamentum mucosa, that's
12  innervated maybe a little.
13      Q.    So the shaving of the ligamentum mucosa could
14  have been an additional source of pain?
15      A.    Yeah, maybe a little.
16      Q.    Okay.  Can an arthroscopic procedure cause
17  increased pain in patients with arthritis?
18      A.    Relative to those without arthritis?
19      Q.    Correct.
20      A.    Well, all else equal, the same procedure but
21  one is arthritic and one isn't, there's no evidence that
22  that an arthritic knee would experience more pain than a
23  nonarthritic knee.
24      Q.    What about the manipulation of the knee during

Page 79

1   surgery?
2       A.    Yeah.  I mean, it is hard to know there for
3   sure either.  But on theoretical grounds, if you are
4   cranking on the knee for a long time, you would think
5   that might cause pain.  I don't know for sure that it
6   does, but in theory it could.  But, again, this was not
7   a knee where you needed to do that.  You know, and even
8   when you do it, you really can't do it too aggressively.
9   So I don't think in his case -- you know, the scope was
10  put in; he took out the loose body; he shaved this; he
11  shaved that.
12          See, most of the procedure, the knee just
13  hangs down and you stick the scope in.  We have an
14  assistant -- at least I do -- and for some of these
15  cases the assistant does almost nothing, you know.  So I
16  have an assistant.  And if I do need to open the knee to
17  get to the periphery -- and sometimes you don't need to,
18  but, you know, this would have just been one where you
19  stick the scope in and you move it around a little and
20  you take the stuff and you shave a little bit, so...
21      Q.    Is it possible that Dr. Chmell or other people
22  in the room like their assistants did manipulate the
23  knee during the surgery?
24      MR. LOMBARDO:  Objection.  Form.  Calls for

Page 80

1   speculation.
2   BY THE WITNESS:
3       A.    The way you would manipulate it is --
4   depending -- there's different setups, but there's a
5   bolster -- there's stabilization of the thigh in one
6   fashion or another.  And then you kind of stretch the
7   inner part of the knee to move it out this way to get
8   way to the periphery (Indicating).  So it's kind of hard
9   to do that.  And when you do it, you have to stick the
10  scope into a very tight space and there's some risk that
11  you can damage cartilage.  My point being, you don't
12  just do this for no reason.  You do it if you really
13  have to do it.
14          So no.  I mean, there's no way in heck --
15  unless he had a resident that he was just trying to show
16  something gratuitously, you know.  But, no, not for
17  this.
18      Q.    Okay.  You go on to state to continue in your
19  report that to the extent there's any pain associated
20  with this procedure, it is minor; is that correct?
21      A.    Yes.
22      Q.    And when you say that, do you mean pain during
23  surgery or after surgery would be minor?
24      A.    Well, the only pain you would feel would be

Page 81

1   after because you are asleep.  But I don't know.  Who
2   knows what you feel when you are unconscious, right?
3          But is that what you mean?
4       Q.    Well, I guess my question is:  It would be
5   painful during the procedure if one was not under
6   general anesthesia, correct?
7       MR. LOMBARDO:  Object to form.
8   BY THE WITNESS:
9       A.    That's like a metaphysical question.  Is it
10  painful if you can't feel pain, right?  Yeah, if you
11  didn't have the anesthetic, it would hurt.
12      Q.    Right.  Why are patients put under general
13  anesthesia?
14      A.    It would certainly be painful if you weren't
15  asleep.
16      Q.    Okay.  Isn't it true that some patients are
17  only given local anesthesia in arthroscopic procedures?
18      A.    No.  There's two ways you can do it.  You
19  can -- most people are given general because it's quick
20  and easy and it's not a very deep general.  You could do
21  it with regional anesthetic, which would be a spinal or
22  an epidural or a combination of both.  It is
23  theoretically possible to do it under local, but nobody
24  does and you wouldn't because -- so the reason you would

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                    Pages 82..85

Page 82

1   use one form of anesthesia would be matter of risk. And
2   if a patient was at high risk for general, you would do
3   a spinal or epidural. But you would not do it because
4   it's ineffective. Secondly, local anesthetics, the
5   -caine anesthetics, lidocaine, Marcaine, are incredibly
6   chondrotoxic. So they kill cartilage cells and they
7   don't recover. So if you put enough stuff in there, you
8   could probably get by doing it, but you would horribly
9   damage cartilage. So nobody does it.
10      Q.   Okay. In this case Mr. Burton was put under
11  general anesthesia?
12      A.   I believe so.
13      Q.   What are the risk factors that would make
14  someone a bad candidate for general anesthesia?
15      A.   You know, those are fluid and those are things
16  I will leave to the anesthesiologist. These days --
17  particularly for this because, you know, the risk is to
18  some degree proportional to how much medicine you give
19  people. Because this isn't a very painful procedure,
20  they don't have to give people that much stuff. Usually
21  you almost never use a breathing tube, an endotracheal
22  tube. You use a mask or what's called am LMA. I
23  suppose somebody who was a very -- I don't know, you
24  know, a very bad cardiovascular situation. But, again,

Page 83

1   those are things that I would leave to the
2   anesthesiologist pretty much. I suppose just having a
3   very bad heart, but even then -- so it's a medical
4   determination probably based on the terrible
5   cardiovascular status, but that's -- the ones I do under
6   spinal -- because I don't do many under spinal -- it's
7   usually because an occasional patient doesn't like the
8   idea of going to sleep. So I say, Okay, you can have a
9   spinal. Usually people like the idea of sticking a
10  needle in their back even less.
11      Q.   Right. I think I'd rather have the general,
12  frankly.
13           Following the surgery, Mr. Burton received
14  Fentanyl three times in the recovery room, correct? I
15  believe this is on UIC52.
16      A.   UIC52. Okay. So, wow, you've got good eyes.
17  I guess it looks like Fentanyl, I suppose, three times.
18  It's hard for me to read, but I will take your word for
19  it.
20      Q.   I will represent to you that that's three
21  doses of Fentanyl.
22      A.   Okay.
23      Q.   Fentanyl is considered a strong painkiller; is
24  that correct?

Page 84

1   A.   Yes.
2       Q.   It's stronger than morphine?
3       A.   I don't know. You mean equianalgesic doses?
4       Q.   Yes.
5       A.   I don't know. I would have to look at a
6   chart, maybe.
7       Q.   Is Fentanyl ever prescribed for minor pain?
8       A.   Well, it's not prescribed period. Right?
9   It's used in -- So there are Fentanyl patches, but
10  Fentanyl is not something you prescribe to an
11  outpatient.
12      Q.   What's a -- Intravenous Fentanyl being dosed,
13  what kind of pain is that typically given for?
14      A.   So the only time that Fentanyl is commonly
15  used, period, there are people that use Fentanyl pain
16  patches, which absorb through the skin, and it's used in
17  surgery commonly. And it's abused, as you probably
18  know, or maybe you don't read the papers.
19      Q.   I've heard. It's horrible.
20      A.   But it's not something that -- except for the
21  patches -- and I don't know. Maybe there are people in
22  pain clinics that are giving that stuff out, but it's --
23  the only time I have exposure to it is perioperatively.
24      Q.   What do you mean by perioperatively?

Page 85

1   A.   Like when putting somebody to sleep, waking
2   them up, that kind of thing. Maybe in recovery.
3       Q.   Gotcha.
4            So when it's used correctly in these
5   situations, what type of pain is Fentanyl given for?
6       A.   So, first of all, people will use narcotics
7   during a case. And you can kind of overmedicate people
8   because you have their airway controlled -- do you know
9   what I mean? -- in a way that you wouldn't otherwise.
10  So if you are asking would they have given Fentanyl if a
11  patient was only having minor pain at the time of
12  surgery, I don't know. Narcotics are used -- and I'm
13  not an anesthesiologist, so I don't want to get over my
14  head here. But, you know, narcotics are used to kind of
15  make people calm and relaxed and not kind of feel
16  anything in a way that you wouldn't use if you were
17  after surgery where you have to worry about side
18  effects. Does that make sense?
19      Q.   So you believe it was used during surgery or
20  after?
21      A.   Well, I don't know. When was it? So you can
22  read this, right? I really can't. It's usually -- it's
23  not -- it might be used in the recovery room, I guess.
24      Q.   That is my understanding, that this was in the



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                    Pages 86..89

Page 86

1    recovery room.
2        A.    So why would they be giving Fentanyl if he
3    wasn't in a lot of pain? Maybe he was in a lot of pain
4    and they gave him that. I don't know. Maybe. But, you
5    know, sometimes -- So people wake up from surgery, you
6    have to realize too, sometimes kind of -- and I don't
7    know what happened with him, but kind of obstreperously,
8    as it were, you know. So I don't know. He might have
9    been a little unruly. He might have said that he was in
10   a lot of pain, something like that. You know, so it was
11   probably their perception. And they tend to use big
12   guns more in that setting than you would if a patient
13   were more awake and lucid.
14       Q.    Is it fair to say that Fentanyl is used to
15   relieve severe pain after surgery?
16       A.    Does the pain have to be severe to use
17   Fentanyl, I guess, is your question. Is that your
18   question?
19       Q.    That wasn't quite it. That is a question and
20   you can answer that.
21       A.    So could it be used to relieve severe pain
22   after surgery? It could. Does the pain have to be
23   severe to use it? I don't know. Maybe, but I don't
24   know. If you use a small enough dose of any of this

Page 87

1    stuff, not necessarily. And people tend to use drugs
2    they are familiar with too. So Fentanyl is something
3    the anesthesiologists use a lot. I don't know how big a
4    dose this was. You know, if you use a small enough dose
5    of anything, it doesn't have to be for severe pain. So
6    I don't know.
7              25 milligrams, it says?
8        Q.    I believe that's my deciphering too.
9              Would you say it's fair to say it's commonly
10   used to treat pain?
11       A.    It's commonly used -- So, again, I don't pay a
12   lot of attention to what they do. They kind of do their
13   thing, and I do the surgery. But Fentanyl is one of the
14   drugs that's used to -- for an induction. I'm not sure.
15   But it's used a lot perioperatively in the process of
16   putting people to sleep, while they are asleep, I guess,
17   shortly after they wake up. So there's a part of the
18   case where the anesthesiologist is in charge of all
19   their pain. And that's in the operating room, in the
20   preop area, in the recovery room. So when they are
21   doing their thing, I mean, they use it.
22             As I said, I don't pay a whole lot of
23   attention. I pick them up when they get out of the
24   recovery room and I never use it there.

Page 88

1        Q.    Okay. You mentioned you specialized in
2    arthroscopic knee surgery for over 30 years and you
3    performed thousands of arthroscopic knee procedures.
4    What are the procedures you most regularly perform?
5        A.    So the things I most commonly do, most of my
6    surgical practice is arthroscopic knee and shoulder
7    surgery. And of those -- So it's about half and half.
8    So in the knee, meniscectomy is probably the commonest
9    one. Meniscectomy, microfracture, ACL reconstruction,
10   meniscal repair. Probably those more than anything
11   else.
12       Q.    Thank you.
13             Moving on in your report, just toward the end
14   of this page here, you say, The pain produced for this
15   kind of surgery ranges from negligible with some
16   patients not taking any pain medication at all after
17   surgery --
18       A.    I'm sorry. Is this on 5?
19       Q.    BUR5.
20       MR. LOMBARDO: The last sentence.
21   BY THE WITNESS:
22       A.    Got it.
23             The pain produced --
24       Q.    Ranges from negligible with some patients not

Page 89

1    taking any medication at all after surgery to moderate
2    with some patients taking moderate strength medicines
3    for a period of days.
4              So some patients do, in fact, have greater
5    than minor pain following arthroscopic knee surgery?
6        A.    Yes.
7        Q.    And when you say moderate strength pain
8    medicines, what do you mean? What are you describing
9    there?
10       A.    Well, I kind of phrased that strangely.
11   Generally -- so I give most people hydrocodone, but I
12   watch how much they take and I urge them -- and some
13   people don't take it at all, and I tell them -- so I
14   give it to them. But if you take hydrocodone and you
15   are not in pain, that's when people die -- oxycodone
16   too -- because it's a respiratory suppressant. So I
17   give everybody hydrocodone. Some people, just Tramadol.
18   I have some people who don't take anything. Some
19   people, Tylenol. So I would say moderate -- it's kind
20   of funny working -- it isn't so much what the medicine
21   is as how much of it you take.
22       Q.    What's -- I don't want to use the word
23   "standard," but I suppose I will and we finagle. What's
24   a standard prescription you would give of hydrocodone as



Page 90

1  far as dosage and size and how often it's taken?
2      MR. LOMBARDO:  Object to form.  Calls for
3  speculation, incomplete hypothetical.
4          Go ahead.
5  BY THE WITNESS:
6      A.  So depending on the patient, and, you know,
7  some patients, I maybe wouldn't.  But most of my
8  patients, I give them what's called Norco 10, but it's a
9  scored tablet.  So you can take half, so it's a 5.  So
10 patients are specifically instructed to take -- to not
11 take anything until they are in pain and then to try a 5
12 and see what happens.  And if it makes them loopy, not
13 take any more.  If it's alright, then they can take
14 it more and then -- you know, if I do like an ACL
15 reconstruction, which is a bigger procedure, those
16 people will typically need the 10s.
17         So I tell people -- So it's a combination of
18 hydrocodone and acetaminophen.  And I go to great
19 lengths to tell people, You can just take Tylenol and
20 you can kind of use those too.  Some people, I give
21 Tramadol too, for example, which is a weak -- they
22 didn't used to think it's an opioid, but it is now.
23 It's been reclassified, but it's a weak opioid.
24         Does that answer your question?  I give most

Page 91

1  people hydrocodone, but I tell them to take half a
2  tablet and not to take it very often unless they need
3  to.
4      Q.  How many tablets would come in one of these
5  prescriptions?
6      A.  30.
7      Q.  And how often if they are experiencing pain
8  are they supposed to take it?
9      A.  So the maximum they can take, like for an ACL
10 reconstruction --
11     Q.  Sure.
12     A.  And I just did an ACL -- she just left here --
13 who took one per day.  But the maximum that you can take
14 is one every three to four hours.  And the thing is,
15 though, like I said, you have to titrate the dose to how
16 they are feeling.  So if they are dying, you know, they
17 should take more.  I don't want to be torturing people.
18 But if you are calm and you take this, it's a
19 respiratory suppressant and it's very dangerous.
20     Q.  So with 30 pills, I guess, and the maximum you
21 would be taking is, you know, every, let's say, three to
22 four hours, that would represent several days' worth of
23 hydrocodone; is that correct?
24     A.  So for arthroscopic procedures like this, most

Page 92

1  of my patients never finish the prescription.
2      Q.  Sure.  Just as far as what's prescribed.
3      A.  So at most how much would it be?
4      Q.  Yeah.
5      A.  A few days.
6      Q.  Okay.
7      A.  And, again, that's in the case where I am in
8  touch with my patients.  And so I think Dr. Chmell
9  giving him that many would have been just fine.  It is
10 fine, but if he was there to monitor the patient
11 himself.
12     Q.  I understand.
13         You may have actually said this earlier.  Do
14 you typically give local anesthetic at the end of a knee
15 arthroscopy?
16     A.  I don't.  I give a little at the beginning.  I
17 put a little local in the portals where I put the scope.
18 And, actually, it's a little epinephrine.  So it doesn't
19 bleed.  But I don't give local for the reasons that I
20 said, actually.
21     Q.  Are you aware of other doctors who do so as a
22 practice?
23     A.  So here's the thing, it depends what kind of
24 case you are talking about.  So for knee replacements,

Page 93

1  there are all kinds of protocols -- and I don't do knee
2  replacements -- there are all kinds of protocols where
3  you can do that stuff.  As I mentioned, there are pain
4  pumps that exist where people will give local.  So not
5  to throw stones, but there's a horrible complication of
6  arthroscopic surgery called -- well, the cartilage goes
7  away; all the cartilage dissolves after the procedure.
8  And this was correlated -- so every once in a while,
9  you -- it's never happened to me, thank God -- you do 30
10 knee scopes, 30 shoulder scopes, and then one person
11 comes in -- a healthy young person comes in and their
12 shoulder is gone, totally gone, needs a shoulder
13 replacement, 20 years old, whatever, and this was
14 correlated to local anesthetics from pain pumps.  So I
15 would never use one.  I would never use one in a joint
16 like this.  I think they still exist.  And you can use
17 morphine, which is probably okay, I guess.  I mean,
18 don't know anybody, though, who uses pain pump for a
19 knee scope.
20         I mean -- and I will tell you, so we -- so the
21 bigger knee -- the most knee scopes that deal with the
22 menisci are the articular cartilage.  The big step-off
23 tends to be ligament surgery, like ACL.  And, again, we
24 had a whole section -- we have like four chapters on



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                    Pages 94..97

Page 94

1    that and we reviewed all the literature.  And what
2    people will do is use nerve blocks, but I don't know
3    anybody who uses a pain -- I'm not saying it's wrong,
4    but I don't know anybody who uses a pain pump.  There
5    are -- so people use pain pumps around a nerve.  So they
6    are commonly used there.  So if you do a nerve block --
7    which I don't, but some people do -- you inject the
8    nerve and it numbs it for like eight hours.  So you can
9    put a pump in to have a continuous infusion of
10   anesthetic to the nerve.  Those are used by some people.
11   But a pain pump with a nonprosthetic procedure, where
12   you are not -- if you put lidocaine into a metal knee,
13   it doesn't matter.  But if you put it in articular
14   cartilage, it can matter.  So people using a pain pump
15   to pump like a local anesthetic into a knee after an
16   arthroscopic meniscectomy, I would have to say to you I
17   don't think that's done very much.
18        Q.   Okay.  Are there other forms, besides the pain
19   pump, of local anesthetic that might be given after a
20   surgery?
21        A.   There are people -- and I sort of do this too,
22   like if you -- there are people that would inject the
23   incision in the skin with local.
24        Q.   Sure.

Page 95

1         A.   There isn't much of an incision here; there's
2    just two little punctures -- not a whole lot to numb up,
3    you know -- and other people who would put a lot of,
4    like, Marcaine into the knee after the procedure, maybe.
5    I don't know.
6              But, see, the other thing with that, by the
7    way, and one of the reasons I don't do it and don't do
8    nerve blocks, is there is a well-documented rebound
9    effect.  So even with nerve blocks, when you numb nerves
10   when they come back, they come back stronger.  So there
11   have been so-called VAS studies.  The VAS is a
12   (unintelligible) vein.  And the day of surgery, people
13   will have less if you gussy them up with stuff to make
14   it hurt less afterward, but the next day they have more
15   pain.  So that's been true of nerve blocks and pain
16   pumps in general.
17             So other local -- there are people, I think,
18   for total knees who are putting -- injecting things
19   around various nerves, like nerve blocks afterward, I
20   guess.  But, I mean, jeez, nobody would do that for like
21   a little knee scope for a meniscus.
22        Q.   Gotcha.
23             What was the smaller thing you maybe described
24   putting injection into the site of the incision?  Or did

Page 96

1    I mishear you?
2         A.   You mean like the punctures?
3         Q.   Yes.
4         A.   Yeah.  So you can put a little local right
5    where you puncture the skin.  I do, in fact.  And I
6    actually don't do it for the analgesia.  And some cases
7    I don't do it at all because people are allergic or
8    whatever.  And the only reason I do, actually, is
9    because it's a little epinephrine.  So when you puncture
10   the skin, it can bleed a little bit.  And the local, the
11   Marcaine that I use, that's just like 3 CCs total has
12   some epinephrine in it.  So when I put it in, it just
13   doesn't bleed as much when I put in the scope.  It's
14   really not a big deal.  So that's a little in the skin.
15   That, by the way, wears off in a couple of hours.
16        Q.   Okay.  There's no indication in the record
17   that Mr. Burton received any type of local anesthetic;
18   is that correct?
19        A.   Let's see.  He might have said.  I didn't
20   check that.  Is this the unstapled one the operative
21   note?
22        Q.   UIC16, I believe, is the operative note.
23        A.   No, it doesn't say.  And I guess I should look
24   at the end too.  Let's see.  Yeah.

Page 97

1         Q.   Moving on in your report, BUR6, the first full
2    paragraph, that sentence there says, Mr. Burton was
3    prescribed Norco, hydrocodone, by his surgeon after
4    surgery as a precaution in case he had more pain than
5    usual; is that correct?
6         A.   Yes.
7         Q.   So you described you regularly prescribe
8    hydrocodone to patients following knee arthroscopies?
9         A.   Yes.
10        Q.   So some patients can experience pain that does
11   require treatment with hydrocodone?
12        A.   Or the equivalent, but yes.
13        Q.   Would you say that hydrocodone is prescribed
14   for more than minor pain, for greater than minor pain?
15        A.   Well, you could say that.  It's a matter of
16   context, though, right?  So it's more than minor pain.
17   You get -- walk around the house stubbing your toe.
18   But, yeah, sure, you could say that.
19        Q.   Okay.  Where in the medical records does
20   Dr. Chmell state that he prescribed Norco as a
21   precaution?
22        A.   It's inherently a precaution.  I don't -- No
23   surgeon would say I prescribed this as a precaution in
24   case the patient had more pain than usual.  You would


JENSEN
Litigation Solutions

Page 98

1  never do it.  I don't do it.  But it's inherently
2  part -- He is a good doctor.  I'm sure he talked to the
3  family.  And what you would tell the family is, you
4  would say -- every surgeon would do this.  You would
5  say, I don't think it's a very painful procedure; he may
6  have very little pain; he might not need pain medicine;
7  he may get by with just ice or Tylenol.  If, however, he
8  has severe pain beyond what ice or Tylenol will take
9  care of or seems to be in a lot of pain or moderate pain
10 or whatever, if he seems to be in more pain, then you
11 should give him that.
12       So it's inherently -- I mean, you know,
13 because it's a PRN drug.  You have to understand that's
14 what PRN means, right?  PRN means as needed.  So if you
15 don't need it, you don't take it.  If it weren't PRN, it
16 would be different, like if somebody were on a
17 respirator or something, right?  Then you are just
18 saying, I'm going to give this to you no matter what.
19 You don't do that very often.  You certainly would never
20 do it here.
21   Q.   So your description of the prescription as a
22 precaution is based off your experience and knowledge of
23 the practice?
24   A.   It's what every orthopedic surgeon alive who's

Page 99

1  competent does.  It's what every doctor does.  It's what
2  any health practitioner does.  Anytime you are giving
3  anybody pain medicine, they are essentially, to use your
4  wording, precautionary, in case you have it.  To do
5  otherwise is to -- that's how you get complications.  Do
6  you know what I mean?  You would never say just take it.
7  You would say take it only if.
8    Q.   So it's prescribed because there's a
9  possibility that the patient would experience
10 significant pain?
11   A.   Yes.
12   Q.   Okay.
13   A.   And the other thing, by the way, that enters
14 into this these days is that -- sort of the law of
15 unintended consequences -- we can no longer phone in
16 hydrocodone.  So you almost have to overprescribe a
17 little because if the patient has severe pain in the
18 middle of the night beyond what you would expect or pain
19 more than appropriate, you really have no recourse.  You
20 know what I mean?  So you almost -- you almost have to
21 give them the strongest thing that they could possibly
22 need and just make sure you talk to them.  And then if
23 you have a patient who's had substance issues, then I
24 just don't do it.  And there are people where I won't do

Page 100

1  it and I will say it might hurt a little more than
2  usual, but better that than to OD.
3    Q.   Would you say you prescribe hydrocodone as a
4  precaution in most of your knee arthroscopy patients?
5    A.   Yes, for sure.
6    MR. O'HARA:  I think the DVD is going to end in a
7  few minutes, so we will go shortly and then take a quick
8  break.
9        About how long does it take to change?
10   THE VIDEOGRAPHER:  Two minutes.
11   MR. O'HARA:  Maybe we'll take a five-minute break.
12 Is that okay?
13   THE WITNESS:  Yeah.
14   THE VIDEOGRAPHER:  Off the record at 6:21 p.m.
15        (WHEREUPON, a brief break
16        was had.)
17   THE VIDEOGRAPHER:  This begins disc number 2.  Back
18 on the record at 6:31 p.m.
19   MR. LOMBARDO:  Before we start, we tendered the
20 notes that Dr. Prodromos was using during his
21 deposition.  It's our position that generally notes of
22 this nature would be subject to privilege; however,
23 because he is utilizing those notes during the
24 deposition, we have tendered them.

Page 101

1        Go ahead, Counsel.
2  BY MR. O'HARA:
3    Q.   Doctor, I just want to remind you that you are
4  still under oath.
5    A.   Yes.
6    Q.   Terrific.
7        Norco comes in 5- and 10-milligram dosages; is
8  that correct?
9    A.   Yes.
10   Q.   Are there any other dosages it comes in?
11   A.   There may be.  I'm not sure.  Those are the
12 two that I'm familiar with.
13   Q.   And Mr. Burton was prescribed 50 doses of
14 10-milligram Norco; is that right?
15   A.   I think so.
16   Q.   It was prescribed at Q6H?
17   A.   I'm not sure.  Maybe.
18   Q.   Why don't you look at your records I believe
19 it's -- you can use UIC65.
20   A.   That sounds reasonable, so I'll take your word
21 for it.
22   Q.   What does Q6H mean?
23   A.   Every 6 hours.
24   Q.   So 50 tabs at Q6H, if he were to take all of



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Pages 102..105

Page 102

1    them, that would be enough painkillers for over 12 days;
2    is that correct?
3        A.    For this?
4        Q.    If he took them every six hours.
5        A.    Yes.  So it was one Q6, right?  So that's four
6    into 50.  So yeah, yes, yes, yes, yes, yes.
7        Q.    I think it's about 12.
8              You state that the actual type and dosage of
9    pain medicine is to be administered is always evaluated as
10   a function of the amount of pain the patient has
11   experienced after surgery and is adjusted downward if
12   pain is not severe; is that correct?
13       A.    Yes.
14       Q.    But it's true that Mr. Burton was experiencing
15   pain of 8 out of 10 following surgery, correct?
16       A.    I read 5 out of 10.
17       Q.    If you go to the recovery room.  Particularly
18   in the recovery room.
19       A.    Oh, maybe in the recovery room, maybe in
20   recovery.
21       Q.    Okay.  And you state that in Mr. Burton's
22   case, the pain was found to be minor on the night of
23   surgery in documented medical records.
24       A.    Counsel, forgive me, I just want to make sure

Page 103

1    I'm following you.
2        Q.    Not at all.  I apologize.
3        A.    Is this Exhibit 1?
4        Q.    This is Exhibit 1.  This is your report.
5        A.    And this is page 6?
6        Q.    I believe so.
7        MR. LOMBARDO:  First full paragraph on the page.
8    BY THE WITNESS:
9        A.    Got it.
10             So indeed Mr. Burton's case.  Right, I think
11   that's where you are.
12       Q.    You said his pain was found to be minor on the
13   night of the surgery in documented medical records.
14   Which medical records do you base this opinion on?
15       A.    The Stateville medical records, the nurse's
16   note.
17       Q.    For a particular date?
18       A.    It was 10/19/2010, 3:50 p.m., signed by an
19   R.N., states pain is a 5 on a scale of 1 to 10.
20       Q.    And so you described a pain of 5 out of 10 as
21   minor?
22       A.    Yes.
23       Q.    Okay.
24       A.    Minor to moderate, I guess.

Page 104

1        Q.    3:55 p.m., that's about the time or not long
2    after he was brought back from surgery; is that correct?
3        A.    Yes.
4        Q.    So at the time he had been dosed with several
5    narcotic painkillers at the surgery site; is that
6    correct?
7        A.    I don't know.  What time were they given?
8        Q.    Strike that.
9              Following his surgery, he was given several
10   doses of Fentanyl and one of hydrocodone; is that
11   correct?
12       A.    Yeah.  That was 12-something, wasn't it?  I
13   don't remember.
14       Q.    We can check.
15       A.    I know you pointed out that page before.
16       Q.    Now I forget what number it was.
17       MR. LOMBARDO:  It was UIC52.
18       MR. O'HARA:  Thank you, Joe.
19   BY THE WITNESS:
20       A.    So they look like 12s to me, 12-something,
21   12:40, 12:50.
22       MR. LOMBARDO:  It looks like 12:15, 12:25, 12:45,
23   and 12:55 to me.
24

Page 105

1    BY MR. O'HARA:
2        Q.    So would you say maybe his last dose was three
3    hours before he arrived back at Pontiac or three hours
4    before the medical note was written at Stateville?
5        MR. LOMBARDO:  Objection.  Form as to vague.
6    BY THE WITNESS:
7        A.    So let's see.  The one is 3:50 and the other
8    is 12:50.  So, yeah, it sounds right.
9        Q.    So at the time he rated his pain at 5 out of
10   10, he had been dosed three hours ago with narcotics; is
11   that correct?
12       A.    Yes.
13       Q.    Okay.  You state that Tylenol 3 with codeine
14   is an appropriate method of managing patients with
15   moderate pain; is that right?
16       A.    So forgive me.  I just don't like the minor,
17   moderate, severe thing because it depends so much on
18   context.  I guess that's probably a true statement; but
19   all of these things, it's -- you try what you think is
20   appropriate and see what happens kind of thing, but yes.
21       Q.    Okay.  In your opinion, is Tylenol 3 -- and,
22   again -- we are going to get into the minor-moderate,
23   thing -- but since we have to use the terms in the
24   report, I guess, is where we are -- is Tylenol 3

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                    Pages 106..109

Page 106

1  appropriate for treating patients with only minor pain?
2     A.   Tylenol 3 -- so two Tylenol 3, which is the
3  equivalent of 10 of hydrocodone, is appropriate for pain
4  moderate, severe, minor too if they are lucid, I guess,
5  you know.
6     Q.   Okay.
7     A.   You just -- I'm sorry.  I'm trying to be
8  responsive to what you are saying, but you just can't --
9  it's just not how medicine is practiced.  There's no
10  standard.  You know, there's no objective standard for
11  pain.  You can say the blood loss is X; but there's no
12  objective standard to say what's minor, moderate,
13  severe.  But, yeah, I think what you said is okay.
14     Q.   Right.  But doctors certainly choose their
15  dosage and what medicine they're prescribing based on a
16  sense of a range of the strength of pain, correct?
17     A.   Say that again.
18     Q.   The strength of pain, whether you describe it
19  as minor, moderate, or severe, is certainly relevant to
20  how doctors prescribe pain medication?
21     A.   A little bit, but mostly we prescribe it based
22  on the procedure too.  So like an ACL reconstruction,
23  you would generally get more pain there than you would
24  after a scope.  So you would say after this, you would

Page 107

1  likely give this versus that.  But you run into big
2  trouble.  That's why it's a bad idea to do it if you're
3  a physician if you start calling things minor, moderate,
4  severe.  So one way, it's impossible to communicate with
5  each other.  Do you know what I mean?  I don't mean to
6  be overly fastidious about this; but you just kind of
7  know after a heart transplant, you know, they need this,
8  right?  After getting their nails clipped, they might
9  need this.  What you yourself I think are pointing out
10  here, what's minor, moderate, severe, it's a function of
11  context; it's a function of were you medicated.  But you
12  just kind of try to give the appropriate drug for the
13  appropriate procedure.
14     Q.   And would you say it's fair that you try to be
15  responsive to the patient's need for the pain
16  medication?
17     A.   Yes.
18     Q.   And you described earlier, you prescribed
19  hydrocodone, but you offer them the option of not using
20  it?
21     A.   Absolutely.  I tell them don't take the stuff
22  unless ice has not helped and you are in significant
23  pain.  And even then take half and see what happens.
24  And I tell them a lot more than that too.  And I tell

Page 108

1  them -- And I tell them -- I reference Michael Jackson
2  and Elvis Presley.  And I say that if you're -- I say if
3  you're -- if you are a little drowsy and you take this
4  stuff, you can have respiratory suppression and die.
5  And I tell all my patients this.  Okay?  I say -- So you
6  make sure when you are giving this to them -- and that's
7  why the 1 out of 10 stuff is a little tricky too,
8  because this is a subjective thing that a patient says
9  and you've got to put that in the context of what the
10  patient looked like.  If a patient is slurring their
11  words and you say are you in pain, ah, yeah, it's really
12  bad, give them stuff.  You know what I mean?  So they
13  have to be lucid -- I'm sorry.  I don't mean to be going
14  on endlessly, but it's just a complex thing.
15     Q.   Understood.
16         And your patients have the option to take the
17  hydrocodone or use other methods including NSAIDs or ice
18  or nothing?
19     A.   Yeah, depends on the procedure.  So NSAIDs for
20  a lot of what I do isn't appropriate for what I do if
21  you are repairing something, then NSAIDs can interfere
22  with healing.  So If I'm doing an ACL or rotator cuff, I
23  don't give them NSAIDs because they can interfere with
24  healing.  But for this, yeah, it would be okay.

Page 109

1     Q.   Okay.  How do physicians determine whether a
2  pain medication is effective for a particular patient?
3     A.   It's a combination of the -- it's a
4  combination of experience, the subjective, and the
5  objective.  So we have an idea from experience what's
6  likely to be needed.  And you know your patient a little
7  bit too.  And, I mean, there's other contexts too.
8  People who are substance abusers or drinkers or whatever
9  you know are going to need more because they have these
10  enzymes that get geared up and they chew up pain
11  medicines.
12         So part of it's the nature of the patient;
13  part of it is what we know from experience; part of it
14  is what the patient says; and part of it is just
15  objectively when, you know, you are like looking at the
16  person.  What the patient says is significant.  But, for
17  example, I never refill pain medicine over the phone.
18  If people say that they are having excess pain, come in
19  because, you see, the thing you want to do is get rid of
20  root causes, you know.  If I have a knee patient that's
21  having a lot of pain after this, there's no way in heck
22  you should have a lot of pain after this.  And if
23  patients tell me this -- and sometimes they do.  I had
24  one not long ago who said he was in terrible pain.  And



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                    Pages 110..113

Page 110

1   I said, Come in, maybe there's something wrong. And so
2   we put those people on crutches and you take a little
3   weight off the leg and the pain goes away. You know
4   what I mean? So you deal with root causes, but just
5   jacking up the meds is not a good idea.
6       Q.   So going back to Mr. Burton, I suppose, in
7   that 24 hours following surgery, he continued to
8   complain of pain regularly in those 24 hours; isn't that
9   correct?
10      A.   Well, on the 20th there was a note. And I
11  think this is a quote from the nurse that says, No
12  complaints of pain or discomfort at this time. So that
13  was the next day.
14      Q.   So that was the next day; but from the 19th in
15  the afternoon when he was brought in through overnight
16  into the following morning, Mr. Burton continued to
17  complain of pain, correct?
18      A.   Well, I'm sure he had some pain. I'm sure he
19  had some pain. How much, I don't know. There's a note
20  from 3:00 a.m., that's the morning, you know, the night
21  of where it says patient, quote, slept good. So, I
22  mean, you could have pain and sleep. But slept good,
23  probably not a ton of pain, you know.
24      Q.   Mr. Burton received, I believe, seven doses of

Page 111

1   Tylenol 3 with codeine under Dr. Ghosh; is that correct?
2       A.   I think that's right.
3       Q.   Now, if those medications were prescribed PRN,
4   wouldn't he have to request them to receive the dosage?
5       A.   Yes.
6       Q.   So the fact that he was given seven doses
7   reflects that he was regularly complaining of pain
8   during that time?
9       A.   Oh, yeah. I mean, every -- you would -- I do
10  have patients, by the way, that say they have no pain
11  after these, I really do after these. But most patients
12  have some pain for sure.
13      Q.   Okay. So as we know, when he was released
14  from the infirmary, Dr. Ghosh substituted Mr. Burton's
15  medication from Tylenol 3 with codeine to Motrin
16  400 milligrams. And Motrin is ibuprofen, correct?
17      A.   Yes.
18      Q.   And you said that this was a necessary and
19  appropriate downward modification of his pain medicines.
20  Is that your opinion?
21      A.   It was certainly appropriate. So is that your
22  question? Was it appropriate? Yes, it was appropriate.
23      Q.   Was it necessary?
24      A.   Was it necessary? I don't know. Could he

Page 112

1   have been left on Tylenol 3? Necessary is probably too
2   strong a word. I think it was appropriate. I think it
3   was a good idea. Would he absolutely have had to do
4   that? Could he have been left on Tylenol 3? Maybe.
5   Although necessary? Absolutely necessary, no. But
6   advisable maybe would be better.
7       I think anytime you can get people off of
8   narcotics in general, (a). (B) someone who is taking
9   other psychoactive drugs, (b). And (c) -- Well, so I
10  think it was a good idea. Could have been left on
11  T3s? Maybe.
12      Q.   And so you say that Dr. Ghosh substituted
13  Motrin. He prescribed it; is that correct?
14      A.   I think so. Yes, he did.
15      MR. O'HARA: Let's skip the next one there and hand
16  me the one after.
17          (WHEREUPON, the document was tendered
18          to Counsel.)
19  BY MR. O'HARA:
20      Q.   I'm holding what I'm going to be marking as
21  Plaintiff's Exhibit 4. These are the medication
22  administration records taken from the IDOC records.
23  They have Bates stamps of IDOC28 and 36 and IDOC288
24  through 344.

Page 113

1           (WHEREUPON, a certain document was
2           marked Plaintiff's Deposition
3           Exhibit No. 4, for identification,
4           as of 01/04/2018.)
5   BY MR. O'HARA:
6       Q.   Are you familiar with these documents,
7   Dr. Prodromos?
8       A.   Well, am I familiar with them? I would be
9   lying if I said I could tell by looking at this I can
10  tell if it's one of the things I looked at before. But
11  if these are the medication records when he was there,
12  then I guess.
13      Did you ask if I recognize them?
14      Q.   Are these the documents you reviewed as part
15  of your report?
16      A.   Yes.
17      Q.   If you turn to the IDOC page 325, the Bates
18  stamps are in the far right corner.
19      A.   IDOC325?
20      Q.   Correct.
21      A.   Okay.
22      Q.   Do you see a handwritten note for Tylenol 3
23  dated 10/19/10?
24      A.   I see Tylenol 3. And -- right, so it was

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Pages 114..117

Page 114

1  written and crossed out.  That's what you're talking
2  about?
3      Q.    Yes.
4      A.    Yes.
5      Q.    So for someone who's not as familiar with
6  medical shorthand, can you describe that, kind of, bar
7  running across and what it's saying?
8      A.    I have to tell you, I'm not either.
9      Q.    Okay.  Fair enough.
10      A.    I don't do these.  The nurses and anesthesia
11  people do them.  But it looks like it's crossed out,
12  so...
13      Q.    So this medical administration record records
14  that he was given Tylenol number 3 on 10/19/10; is that
15  correct?
16      A.    Yes.
17      Q.    But nothing in the medical administration
18  records in these packets show that Mr. Burton received
19  Motrin or ibuprofen following his dismissal from the
20  infirmary following surgery; isn't that correct?
21      A.    So there's an order for ibuprofen PRN on
22  page 327 and there's a date that I can't read.  Is it
23  20?  The one below is -- I can't tell.
24      Q.    These are difficult to read.  My belief is

Page 115

1  that this page shows sometime between April and June,
2  possibly August 2010.
3      A.    Yeah.  420.  So that's probably not relevant,
4  right?  Yeah.  So your question is:  Is this something
5  showing that the patient got ibuprofen?
6      Q.    Yes.  Is there anything in the medical
7  administration record showing that he received ibuprofen
8  following his dismissal from the infirmary?
9      A.    When was this dismissal?
10      Q.    October 20, 2010, the day after the surgery,
11  which is the date Ghosh prescribed the Motrin.
12      A.    So this record that I have is a record of
13  medications administered in the general population.
14      Q.    I believe it's both insofar as it includes the
15  Tylenol 3, which was only given to him in the infirmary.
16      A.    Yeah.  So I -- So two things:  Number one, I
17  don't see anything showing he was given ibuprofen;
18  number two, I have to tell you quite honestly I'm not --
19  so maybe he didn't get anything.  That could well be.
20  But I'm not really sure of what I'm looking at here.  So
21  I don't know if this, in fact, is a record of everything
22  that he was given.  And if it's not listed, then maybe
23  he didn't get it.  And if that's what you are saying,
24  you are probably right.  I don't know that to be true is

Page 116

1  what I'm saying.
2      Q.    Okay.
3      A.    Because I read a note in there someplace that
4  said he had ibuprofen available to him in his cell.  Did
5  you read that?  And I wasn't sure I knew what that
6  meant, honestly.  So I read it was prescribed.  And the
7  first day was pretty clear to me.  After that, I'm not
8  sure that I know.
9          So, I mean, if it was available in his cell,
10  then maybe it didn't have to be administered.  But I
11  honestly don't know.  So maybe you're right.
12      Q.    Okay.  Also in your report -- Strike that.
13          It's your belief that 400 milligrams of
14  ibuprofen is an extremely effective treatment for
15  acute postoperative pain?
16      A.    Not 400.  2400.  2400 of ibuprofen, which is
17  the daily dose, if indeed he got it, is the equivalent
18  of 10 of hydrocodone.  So that would basically be two
19  Vicodin in a day.  So for a second postoperative day for
20  what he had -- did I say 400?  Maybe I should have
21  specified the full dose.
22      Q.    Well, we can say -- why don't we say
23  400 milligrams ibuprofen, what is that Q4H?
24      A.    It was 800.  It was 400, two tablets, QH.  So

Page 117

1  it's 800 three times a day, so that's 2400.  So you are
2  reading from my thing here, right?
3      Q.    Yes.
4      A.    That part, that's what it says.  So, yeah, 400
5  of ibuprofen a day, I think, should have been fine.
6      Q.    Okay.  Would less than that amount of
7  ibuprofen have been proper?
8      A.    See, again, you just don't know.  And even
9  ibuprofen -- you know, it's better than opioids, but
10  there was an issue in him later where he said he
11  couldn't take nonsteroidals too.  So, you know, all
12  drugs are bad, basically.  So it's -- nothing is
13  appropriate unless you have to have it.  Like I said,
14  our go-to thing is we use partial weightbearing, ice.
15  And my patients swear by ice.  My patients like their
16  ice better than their narcotics.  So if you can get by
17  with him with very little done, get him partial
18  weightbearing with crutches and put ice on it and take
19  nothing, you are better off.  If you can't, then you can
20  take ibuprofen.  But at that point, I think that would
21  have been enough if he needed something more.
22      Q.    Could you estimate how many of your patients
23  start taking ibuprofen alone within one day of their
24  surgeries?


JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                    Pages 118..121

Page 118

1      A.   So I don't use ibuprofen that way because so
2   much of my surgery is repairing things, although this
3   one is not.  But I do have a fair number of patients go
4   to plain -- So I step down to Tylenol.  We do ice and
5   then narcotic, if they need narcotic, and then Tylenol.
6   So we step down to Tylenol.  And for this kind of
7   procedure, it's not uncommon.
8           I mean, I will have a patient who will tell me
9   they took nothing or took one -- I couldn't give you
10  exact numbers, you know.  But so this amount of
11  ibuprofen is a bigger amount of pain medicine because
12  ibuprofen is a little stronger than Tylenol.
13     Q.   Again, maybe you won't know this, but do you
14  know how many of your patients continue narcotic
15  medications for more than one day?
16     A.   It depends what kind of surgery.  For bigger
17  stuff, most of them, for -- and, by the way, I don't do
18  too many scopes like this either because there was so
19  little done, but for minor scopes -- How many keep
20  narcotics for more than a day?  A majority do.
21     Q.   Okay.
22     A.   But, again, you know, it's of the choices they
23  are giving.  And they might take like one tablet a day,
24  which might be less than the ibuprofen, you know.  And

Page 119

1   some take more, you know, they do.  Not all my patients
2   are pain-free.
3      Q.   Would you say there's a standard time frame
4   they continue to take it?  I know you mentioned earlier
5   that many times they don't finish the whole bottle.
6      A.   There's absolutely no standard time frame.
7   And I will tell you -- and as you probably know --
8   thinking has evolved greatly on this to the point -- To
9   tell you the truth, I'm considering not giving
10  hydrocodone at all because it's more -- the big patients
11  is something else, you know, but it's more than most of
12  my patients need.  And I'm really fussy about narcotics
13  to begin with.  I don't use any pediatrics drugs in my
14  practice for anything except for some of this after
15  surgery.  So I think -- I don't want to throw stones,
16  but I think they are clearly -- let's just say that the
17  general usage of these is maybe more than I think it
18  needs to be.
19     Q.   Okay.  Does the efficacy of ibuprofen depend
20  on the size of the patient, all things being equal?
21     A.   Sure.
22     Q.   Okay.  So you would expect ibuprofen to be
23  less effective in a large man like Mr. Burton than a
24  smaller patient?

Page 120

1      A.   Yeah, right.  So the 2400 -- the
2   2200 milligrams that I posited -- so for a guy, his
3   size, maybe it should be 2800 or something.
4      Q.   Are you aware of any cases of, let's say, a
5   230-pound man suffering respiratory suppression while
6   taking the prescribed dose of Tylenol 3?
7      A.   No.
8      Q.   Do you know -- I know you are not an
9   anesthetist or anesthesiologist, but do you know if
10  Tylenol 3 has a greater, lesser, or same risk of
11  respiratory suppression as Norco?
12     A.   In equianalgesic doses, they are all pretty
13  much the same.
14     Q.   Okay.
15     A.   So the two T3s should be the same as one
16  hydrocodone 10.
17     Q.   Okay.  You mentioned earlier Tramadol is not
18  considered an opioid --
19     A.   Uh-huh.
20     Q.   -- medication.
21     A.   Yes.
22     Q.   Can Tramadol cause respiratory suppression?
23     A.   Well, I think it could.  It's an -- I mean, I
24  guess you would have to give a lot of it.  It's a funny

Page 121

1   drug.  I'm not an absolute expert in that; but, yeah, I
2   mean, they all could suppress respiration.
3      Q.   Okay.  In your opinion, did Dr. Ghosh violate
4   the standard of care when he prescribed Mr. Burton a
5   month's worth of Tramadol in March 2010 for knee pain?
6      A.   Before the surgery?
7      Q.   Before the surgery.
8      A.   You know, I didn't look closely at that.  I
9   don't think -- I need to see the context.  How often was
10  it?  50 milligrams every four hours?  Do you know?
11     Q.   I would have to pull up the record.  Maybe we
12  can return to that question after a break if we have a
13  chance to look it up.
14     A.   Okay.
15     Q.   I'm going to quote from your -- this is Burton
16  page -- no -- Burton page 6, in the large paragraph
17  second from the bottom.  In the middle, you see
18  "furthermore"?
19     A.   Uh-huh.
20     Q.   Furthermore, the high prescription strength
21  dose of ibuprofen he received is equivalent in analgesic
22  effect to a moderate dose of narcotics but without the
23  risk of death from respiratory suppression.
24          What's the basis of your claim that


JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018
Pages 122..125

Page 122

1  400 milligrams of ibuprofen is a high prescription
2  strength dose?
3      A.   So, number one, why is it a prescription dose?
4  Because anything more than 200 is prescription.  So you
5  can't get 400 -- they come in 4s, 6s, and 8s.  They are
6  all prescription.  So it's prescription.  Why is it
7  high?  Because he was prescribed six a day.
8      Q.   Gotcha.
9      A.   Two tablets, three times a day.  The maximum,
10  by the way, maximum recommended for ibuprofen is 3200
11  milligrams.  So it's not the most that you can
12  prescribe, but it's in that ballpark.
13     Q.   Now, can you identify any equianalgesic tables
14  demonstrating that a 400-milligram dose of ibuprofen is
15  equivalent to an analgesic effect of a moderate dose of
16  narcotics?
17     A.   I can find you a table -- I don't have it
18  right here -- that says that -- I got this from a table.
19  It's -- and these notes that you have of mine, all of
20  these are taken from the chart.  There are two
21  italicized comments here that are my comments to myself
22  for this and one of them mentions the 2220.  So it's
23  standard information.  So 2220 is listed as the same as
24  10 of hydrocodone.  And I could get you that.  I think I

Page 123

1  have a link someplace, but it's readily available.
2      Q.   We will make a request to have a copy of that
3  after the deposition.
4      A.   Sure.
5      Q.   Would any doctors disagree with the claim that
6  a 400-milligrams dose of ibuprofen is equivalent to a
7  moderate dose of narcotics?
8      A.   So, again -- I mean, again, the best way to
9  state these things is quantitatively.  So I'm saying
10  moderate to be clear here.  No doctor would disagree
11  that 2220 milligrams of ibuprofen -- so you said 400,
12  but it's not 400; it's 2400, basically, in this case.
13  So no doctor should disagree that 400 milligrams of
14  ibuprofen are equianalgesic to 10 of hydrocodone.  It's
15  in black and white unless there's some super
16  sophisticated pharmacologist that could quibble at the
17  edges.  But that's standard medical information.
18     Q.   Okay.  You state that the decision to go to
19  Motrin was an excellent choice for Dr. Ghosh.  And we are
20  on the same paragraph there on the bottom.
21        From the time of this excellent clinical
22  decision made by Dr. Ghosh, Mr. Burton's pain would only
23  diminish over time.  Records from Stateville indicate
24  that this is, in fact, what occurred.  So you say that

Page 124

1  it would only diminish after time, but isn't aggravation
2  of pain possible following a knee arthroscopy?
3      A.   It is possible.  But it's only possible and
4  always -- and I mentioned below, there's only two ways
5  that it can possibly happen.  One is if he gets an
6  infection, which he clearly didn't.  The other is if
7  your activity level is too great for that period.  And I
8  see this with my patients, by the way.  I see patients
9  who have virtually no pain after surgery and come in
10  and, wow, this is great, you know, and then a week later
11  they are hurting.  And it's always because they are
12  doing too much.  And I warn people.  My point is, the
13  answer to that is that you are doing too much, get off
14  your leg, use crutches, that kind of thing, and then it
15  goes away, always, 100 percent, unless it's an
16  infection.
17     Q.   And you are aware, Doctor, that in an
18  incarcerated setting, a certain amount of movement for
19  most prisoners is essentially unavoidable?
20     A.   You can move.  You just use crutches to take
21  some of the weight off.  I'm not saying he should stay
22  in bed all day.  He should not do that.  What I'm saying
23  is that sometimes people feel pretty good, maybe better
24  than they expected, and then they overdo it.  And

Page 125

1  overdoing it is relative.  They are not running
2  marathons.  Do you know what I mean?  But the answer is
3  always that they are doing more than what's appropriate
4  for your knee.  And the answer is always to use
5  protected weightbearing, you know, be on it less, that's
6  part of it, or use protected weightbearing when you're
7  on it.  But the answer is never more pain medicines.
8      Q.   Whose responsibility is it to determine what
9  the appropriate amount of movement is for the knee
10  following surgery?
11     A.   Well, what one tells the patient is -- I think
12  in pretty much every case.  I mean, I think every doctor
13  would do this -- is that you would tell the patient,
14  Your knee is going to be kind of sore; you have to take
15  it easy; and just don't push it through pain.  The wrong
16  answer, which is out there too much, is, you know, if it
17  hurts, take more pain meds.  That's always the wrong
18  answer and it gets everybody into trouble.  The right
19  answer is you tell the patient you self-adjust -- you
20  should; I certainly do -- and I'm sure Dr. Ghosh did --
21  you tell the patient -- it's kind of obvious, right?  I
22  mean, don't do things that make it hurt.
23     Q.   And then you go on to say that after that,
24  Records from Stateville indicate that this is, in fact,



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                Pages 126..129

Page 126

1  what occurred, this is being a diminishment of pain.
2      A.    Right.
3      Q.    Which records in particular support that
4  contention, that Mr. Burton's pain decreased over time?
5      A.    Yeah, I don't know.  That's October.  I didn't
6  copy down absolutely everything.  But I've got one from
7  February 9th, which is three and a half months later, I
8  belive, that says, No complaints of pain or discomfort.
9  So that one.
10     Q.    So several months afterward?
11     A.    Yeah.  And I don't know.  Maybe I should have
12 written more stuff down from the time in between.
13     Q.    You are not able to identify any records
14 showing that he had diminished pain in the week
15 following his surgery?
16     A.    I wouldn't say I'm not able to do it.  I
17 didn't focus on that because you just don't get
18 increased pain unless you are overdoing or there's an
19 infection.  So, you know, to me most of this -- I looked
20 at all the stuff long term kind of for context, you
21 know.  So I don't know.  I guess I could look throughout
22 records again.
23         But to me the main issue here was what
24 happened pretty much in that first time after surgery.

Page 127

1  But I would be happy to go back and try to -- see --
2  well...
3      Q.    So let's say you have a patient -- one of your
4  patients has a similar surgery, is sent out, and they
5  are complaining of pain, there's no infection, and so it
6  would be your understanding that they were too active on
7  the knee; is that correct?
8      A.    Yes.
9      Q.    What advice would you give them?
10     A.    I tell them -- I say, Be on it less, don't be
11 walking around a lot, but don't stay in bed all day, you
12 know.  And we either get people crutches or a walker
13 depending on how old they are.  And I tell them, If you
14 take some pain [sic] off of your leg, I will guarantee
15 that 100 percent of your pain will immediately and
16 permanently go away, and it does.  I tell every patient
17 that.  And it never doesn't work.
18     Q.    Would there be other options, treatments that
19 you're -- not even treatments -- other things they can
20 do?
21     A.    Yeah.  And let me be clear, if you take weight
22 off, it always works.  The real issue would be, you
23 know, maybe you do a scope in an arthritic knee and they
24 are having some pain and they have to take weight off

Page 128

1  and then maybe a little while later, they put more
2  weight on and they have pain.  Well, in a case like
3  that, maybe the scope didn't work, maybe they need
4  something else.  But the taking some weight off always.
5  It sort of can't not work.  And the only other thing
6  that would be out there from my perspective is if I'm
7  missing some remote diagnosis.
8          I had one patient -- pretty unusual that I
9  remember well -- that had this burning pain on their leg
10 no matter what -- and it turned out -- and I had the
11 patient come in, you know, and they had developed a
12 sciatic herniated disc making the pain run down the leg.
13 You know, so I always want to make sure I'm not missing
14 something else.  So I would bring the patient in and
15 examine them.
16         You can have pain in the knee from the hip.
17 So I would examine the hip and say, Gosh, what am I
18 missing here?  Do you know what I mean?  But otherwise
19 it's just always a matter of weightbearing and people
20 don't like to hear this because it's inconvenient.
21 People would always rather get a drug, so you have to be
22 very careful.  And people will complain of pain and say
23 they really want pills, but our responsibility is just
24 not -- is to treat the root cause, you know.  So it's

Page 129

1  always weightbearing for something like this or ruling
2  out other obscure diagnoses.
3      Q.    Could they use ice as well?
4      A.    Oh, yeah.  And -- I'm sorry.  Yeah, ice is a
5  given.  It's always ice.  So yeah.  I'm sorry.  I should
6  have said --
7      Q.    I just wanted to clarify.
8      A.    Yeah.  It's always ice and weightbearing.
9      Q.    And your patients also have the option of the
10 medication you prescribed them too?
11     A.    Yeah, they do.  But it's a limited amount and,
12 you know, I don't prescribe more absent very unusual
13 circumstances.  So, yeah, that's part of the spectrum,
14 for sure.
15     Q.    Gotcha.
16         So just to loop back, I guess, on that one
17 question.  When you say that Mr. Burton's pain
18 diminished over time, you are referring to in the months
19 following rather than the week immediately following the
20 surgery?
21     A.    I don't know.  I probably should have written
22 more down.  The only thing I've got documented here is
23 the month following.  I don't remember the whole medical
24 record and I didn't document it beyond that.  So that's



Page 130

1    the only thing that I could cite.  I don't know.
2        Q.   Okay.  Doctor, have you ever left sutures from
3    an arthroscopy in for 44 days?
4        A.   I don't think for 44 days.  We -- Here and
5    there, I have had one or two that have been left in for
6    several weeks or the nurse just didn't see it kind of
7    thing.
8        Q.   In your opinion, does leaving sutures in for
9    44 days meet the standard of care?
10       A.   Well, here's the thing, leaving sutures in --
11   they are inert.  It doesn't cause pain and it doesn't do
12   harm.  Does it meet the standard of care?  I don't know.
13   You like to take them out and we do and most people do.
14   Sometimes people miss one here and there.  So does it
15   meet the standard of care?  Gosh, I don't know.  It's a
16   funny word, you know, I mean, if it doesn't, it violates
17   it in an unimportant way.
18       Q.   But leaving sutures in for 44 days might
19   violate the standard of care?
20       MR. LOMBARDO:  Objection, form.
21   BY THE WITNESS:
22       A.   So could I ask you to define what the standard
23   of care means?
24       Q.   I actually can't.

Page 131

1        A.   You know, honestly, it just makes something
2    insignificant sound really bad to say that.  You know
3    what I mean?  So I don't know what to say.  Is it best
4    practice?  Should you try to take them out?  Yes.  Was
5    it kind of an error not to take them out?  Yes.  Is it a
6    good thing -- is it a bad thing to leave them in?  Yes.
7    Is it a harmful thing to leave them in?  No.
8        Q.   Okay.  Let's see.  Right at the end, at the
9    very bottom line on 6, you say, Hereupon his release
10   from the infirmary, Dr. Ghosh provided Plaintiff with
11   crutches, an immobilizing knee brace, and a permit for a
12   low bunk.  And you said that this treatment included
13   medical apparatuses and other accommodations that were
14   effective in treating any symptoms of minor pain that
15   Mr. Burton may have been experiencing.  Would -- You
16   don't opine that the use of crutches, a brace, and a low
17   bunk would be effective in treating moderate or severe
18   pain; is that correct?
19       A.   Let me see.  Well, yeah.  I didn't say it,
20   but -- I didn't say it because it wouldn't be something
21   that -- Let me put it this way:  I didn't say it because
22   he wouldn't have severe pain unless something else had
23   happened.  Like an infection.  And in that case -- so to
24   be clear -- and this is an important point -- you don't

Page 132

1    want -- it's really important to not be giving patients
2    things that can treat severe pain when severe pain ought
3    not to be part of their course.  If they are having
4    severe pain, the answer is not to give them things that
5    could mask it; the answer is to tell them to come in or
6    to call or something.  You know what I mean?
7        Q.   Uh-huh.  Okay.
8            Moving on.  Right after that, you say,
9    Furthermore, Dr. Ghosh referred Plaintiff to physical
10   therapy at Stateville, which, according to the medical
11   records, alleviated Mr. Burton's symptoms and increased
12   the range of motion in his knee.  In factoring his
13   follow-up evaluations at UIC, Dr. Chmell noted that
14   Mr. Burton was doing well after surgery.
15           Do you know the length of time between when
16   Mr. Burton was referred to PT and when he received it?
17       A.   I don't think I can tell you exactly.
18       Q.   Does it sound correct that it was nearly six
19   months?
20       A.   As I recall, it was kind of a long time.  I
21   recall him complaining -- Mr. Burton -- that it was
22   taking them forever.  So it seems to me like it was a
23   while.
24       Q.   So in your opinion, the prescription of

Page 133

1    physical therapy didn't do anything to alleviate the
2    postsurgical pain in the weeks following surgery; is
3    that right?
4        A.   Yes.  But you have to understand that we don't
5    start physical therapy -- So in here -- It was kind of
6    interesting, in here he does physical therapy and he
7    feels that physical therapy helped him.  Right?  I don't
8    prescribe -- First of all, I don't always prescribe
9    physical therapy at all for these things.  Secondly, I
10   don't prescribe physical therapy in the first three
11   weeks because physical therapy actually induces pain.
12   So if you -- And not every doctor practices this way;
13   but, you know, you are sitting in a PT clinic.  So I
14   employ physical therapists.  But physical -- If you take
15   a knee that -- it gets inflamed from the arthroscopic
16   procedure.  And if you take that knee and you start
17   doing physical therapy which involves bending and
18   strengthening and that kind of stuff, it tends to make
19   people sore.  So I'm very careful to not do physical
20   therapy in the immediate postoperative period and just
21   let people leave it alone.
22       Q.   Okay.  So if you do refer someone to physical
23   therapy, what's the standard time after surgery you
24   would want them to begin?



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                    Pages 134..137

Page 134

1    MR. LOMBARDO: Objection. Form. Calls for
2  incomplete hypothetical.
3  BY THE WITNESS:
4    A.  It depends on the procedure. For rotator cuff
5  repairs, I wait ten weeks because early therapy has been
6  associated with an increased risk of tears. For a
7  typical arthroscopic meniscectomy, I wait three.
8    Q.  **Three weeks?**
9    A.  Uh-huh.
10    And I see them back and I make sure they are
11  quieted down. And if they are not -- usually they are,
12  you know. And if they are not quieted down -- they get
13  quite really quick, maybe two weeks, maybe three. And
14  if they are very inflamed, I could wait longer. But
15  usually three for something like this.
16    Q.  **Gotcha.**
17    A.  And by the way -- sorry -- I don't think
18  there's any -- so later on he was kind of stiff, you
19  know, and they did the physical therapy for motion, and
20  I think that was useful. In general, I don't think
21  there's any need for physical therapy at all after what
22  he had done, by the way.
23    Q.  **Okay. One brief thing I just want to make**
24  **sure I'm understanding, you say, right at the end of**

Page 135

1  **that paragraph, the top one on 7, It should also be**
2  **pointed out that Mr. Burton's psychoactive drugs he was**
3  **taking during this time frame increased the risk of**
4  **using opioids even more and represent another reason for**
5  **avoiding a prolonged use by Mr. Burton.**
6    **Is it your opinion that psychoactives --**
7  **psychoactive drugs cause an increased risk of opioid**
8  **abuse or that patients taking psychoactive drugs are at**
9  **a higher risk of opioid abuse?**
10    **Does that make sense?**
11    A.  So let me just tell you, I think maybe the
12  sense that I was using this word is not what you are
13  taking from it. So you -- I think you just said
14  "abuse." Right?
15    Q.  **I did.**
16    A.  So I wasn't -- I didn't use the word "abuse."
17  I used the word "use." So what I was referring to there
18  was not the abuse potential. Psychiatrists can tell you
19  better than me. I mean, it probably does, actually. I
20  don't know. But what I was talking about was being on
21  psychoactive drugs increases the risk of using opioids
22  because of the aggregated side effects, that if you have
23  a drug -- and I don't know what he was taking for his
24  bipolar -- but if you are taking -- all of those drugs

Page 136

1  work on your brain. And while opioids, you know, work
2  on the pain center, they do more than that, and opioids
3  can make people loopy; they can make people do weird
4  things. And whenever you're -- In fact, I don't even
5  give people sleeping pills if they are on these things
6  because if you are taking one drug that works on your
7  brain and you take another drug that works on your
8  brain, the fact that he is taking the bipolar drugs to
9  begin with increases the -- then if you add opioids to
10  it, the chances of having a weird neurologic side effect
11  goes up because you are taking two -- the fact of being
12  loopy, being out of your head a little bit, that kind of
13  thing.
14    So I wasn't talking about abuse like being a
15  drug addict. I was talking that using opioids in people
16  that are on psychoactive drugs. You see what I'm
17  saying?
18    Q.  **Yes. That's really a helpful clarification.**
19  **Thank you.**
20    **Talking about opioids, you also mention later**
21  **on that the United States is in the midst of an opioid**
22  **epidemic, some of it fueled by excessive prescriptions**
23  **by medical practitioners. Dr. Ghosh is to be commended**
24  **for his excellent, appropriate, and judicious use of**

Page 137

1  **opioid pain medicines for Mr. Burton. That's your**
2  **opinion, correct?**
3    A.  Yes.
4    Q.  **What is the risk of, I suppose, the relevance**
5  **of the opioid epidemic to Mr. Burton's treatment?**
6    A.  One thing we didn't talk about here -- We
7  talked about respiratory suppression, which -- and
8  constipation, for example, which can get to be a big
9  problem. But the other thing is when you are on these
10  things for any length of time, like several days, you
11  get habituated to them. And you get -- not your fault,
12  you know, doctor gives them to you. And then when you
13  stop taking them, one of the things that happens is you
14  have trouble sleeping and other things. So it's yet
15  another reason to get people off of them. And I'm just
16  trying to point out here because I gather part of the
17  issue in this case is whether Dr. Ghosh acted
18  appropriately. And, as I said before, I commend him
19  because I'm just putting context -- maybe I didn't need
20  to do this. I hope it didn't sound preachy -- but that
21  we have got a real problem, and doctors who -- and it's
22  hard -- by the way, the path of least resistance of a
23  doctor is just to give people things. You know? And so
24  when you restrict people with drugs, you run this kind



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Pages 138..141

Page 138

1  of risk, for example, you know, the patient gets upset
2  and they go after the doctor, one thing or another.
3          So he showed -- I think he did the right
4  thing. I think it's a difficult thing and he is sitting
5  there in a prison, you know, and these guys are probably
6  kind of intimidating. So I'm just trying to point out
7  that there's a larger concept to this whole thing that
8  having a foot soldier in the war on drugs like him who
9  has the guts to do the right thing is just important in
10 general.
11     **Q.   So, as you said, it's sort of in general.**
12 **That was -- Your point of making that statement, was**
13 **that about opiates more broadly? You weren't claiming**
14 **that Mr. Burton was at any specifically increased risk**
15 **for opioid abuse?**
16     MR. LOMBARDO:  Object to form.
17 BY THE WITNESS:
18     A.   You mean as to your prior question?
19     **Q.   Yes.**
20     A.   I don't know. I think that he probably is,
21 but I didn't want to say that because I really don't
22 know. I really can't back it up.
23     **Q.   There's nothing in the record to indicate**
24 **that, correct?**

Page 139

1      A.   Yes. And not anything against Mr. Burton
2  either, you know; but, you know, people who are on one
3  form of medication and, you know, maybe being in that
4  environment, but I don't know. I don't know. But, no,
5  I wasn't -- I wasn't talking about him being at
6  increased risk.
7          And like you asked earlier, are prisoners
8  different than other people. They are not. The only
9  reason I paused before is I was thinking about context,
10 like if they are in danger because another thing that
11 occurred to me is -- you know, and it happens here
12 too -- people will kill and rob -- I mean, Vicodin is,
13 like, I'm told, 25 bucks on the street to kids, you
14 know. So if you're -- if you're in possession -- so we
15 tell people to keep it secret. Right? If you are in
16 possession of -- and some are more abusable than
17 others -- of narcotics, you are at risk of being robbed
18 or worse because you are carrying contraband. You know?
19 So is that a bigger risk in there? You know, I don't
20 know.
21          I don't mean to be saying too much, but I was
22 just talking about not him being any different than
23 anybody else.
24     **Q.   Okay. In your opinion, when is the use of**

Page 140

1  opioid drugs appropriate?
2      A.   Well, you know, it's an individual thing.
3  There are different circumstances. It's appropriate
4  when there are not other drugs, non-opioids, that you
5  think are appropriate. I mean, it's appropriate in
6  hospice. Right? You know, that's one place, in a
7  controlled environment. In my world it's appropriate
8  for postoperative pain. And I don't know. You know,
9  maybe I should be using even less then. I don't
10 otherwise use them except in rare circumstances, you
11 know. I mean, I do here and there, but very little.
12          So, I mean, it's an individual case. Is
13 risk-benefit analysis, you know. And every patient
14 is -- I've had patients who have been drug addicts and
15 alcoholics who tell me after surgery, Doctor, I don't
16 want any of the stuff, you know. So maybe the pain will
17 be appropriate but the context isn't. So it's all
18 individual.
19     **Q.   Okay. Is there any possibility that his prior**
20 **treatment -- We know he had, I think, a month's worth of**
21 **Tramadol in March and then perhaps Motrin regularly --**
22 **I'd have to go back to the records to find out**
23 **exactly -- could that length of treatment affect his**
24 **pain perception or drug tolerance?**

Page 141

1      A.   Well, so there's this thing called the
2  cytochrome P450 enzymes in your liver. And when you
3  take a lot of liver-metabolized drugs, like enzymes will
4  get revved up and you need more drugs. So like alcoholics,
5  alcohol uses this stuff. So alcoholics are notoriously
6  harder to treat for pain meds. I don't think
7  Tramadol -- I'm not sure, to tell you the truth. I
8  mean, Tramadol is not one of those drugs you usually
9  think of like this. I don't think so with ibuprofen
10 either. I mean, maybe. Maybe a little. I'm not enough
11 of an expert on pharmacology.
12          The things we know and what's been studied is
13 that people who are given heavy-duty opioids like
14 hydrocodone beforehand -- there's studies on this -- if
15 you get people who are in pain before surgery, just get
16 people off the stuff because if they are taking
17 hydrocodone before the surgery, the hydrocodone is going
18 to be less effective and then you have to give more of
19 the stuff and then the risk goes up. Alcohol, we know.
20          Beyond that, there are things that part of the
21 common perception. I mean, maybe a smarter doctor than
22 me would know some others, but that's what we generally
23 think of. So I would sort of doubt it to answer your
24 question.



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                         Pages 142..145

Page 142

1    Q.    Gotcha.
2         And right toward the end, the last part of
3    your discussion, you say, Moreover, any complaints of
4    problems after the first week after surgery are
5    unrelated to his postoperative acute pain and it would
6    not be clinically appropriate to treat any such symptoms
7    with dangerous opioid medication; is that correct?
8    A.    Yes.
9    Q.    It's possible for postoperative acute pain to
10   continue for up to a week?
11   A.    Yes.  To some degree, I think it does.
12   Q.    Have you ever had patients experience
13   postsurgical acute pain for more than a week?
14   MR. LOMBARDO:  Objection.  Form.
15   BY THE WITNESS:
16   A.    Yeah.  It depends what it is.  So people with
17   ACL reconstruction -- and, again, there's pain and
18   there's pain, you know.  So postoperative -- so what
19   I -- Yeah.  So the idea is that after a procedure like
20   this, I mean, so he would have an incisional tenderness.
21   I mean, if you poke on it, you know, it would hurt and
22   maybe have a little pain, but it should be minor.  You
23   know, my patients -- yeah, my ACL reconstructions have
24   pain, most of them, not all of them.  I mean, they have

Page 143

1    some pain, but it diminishes a lot.  So my point with
2    this was that after the first week if he is hurting a
3    lot, it's not from the surgery.
4    MR. O'HARA:  Okay.  I apologize.  I'm going longer
5    than I hoped.  I could use five minutes just to rally up
6    the last line of questioning for a last go if that's
7    okay with you.
8    MR. LOMBARDO:  I have a very short follow-up.
9    MR. O'HARA:  Yeah.  I do want to leave you some
10   time for that.
11   THE VIDEOGRAPHER:  Off the record at 7:28 p.m.
12        (WHEREUPON, a brief break
13        was had.)
14   THE VIDEOGRAPHER:  Back on the record at 7:37 p.m.
15   BY MR. O'HARA:
16   Q.    Dr. Prodromos, as you know, you are still
17   under oath.
18   A.    Yes.
19   Q.    I just want to follow up on a few last points.
20        We have discussed two other doctors really
21   specifically during our conversation, Dr. Chmell and
22   Dr. Ghosh.  And you said you are sure Dr. Chmell is a
23   good surgeon.  Just curious, do you know Dr. Chmell at
24   all?

Page 144

1    A.    I do not.
2    Q.    Okay.  Are you familiar with his work in any
3    way?
4    A.    I am not except from his operative note here.
5    I don't otherwise know him.
6    Q.    You don't know him by reputation?
7    A.    I actually don't.
8    Q.    Okay.  And then for Dr. Ghosh, have you ever
9    met Dr. Ghosh?
10   A.    No.
11   Q.    Are you familiar at all with his work?
12   A.    I am not.
13   Q.    Are you familiar with his reputation?
14   A.    No.
15   Q.    Okay.  I want to turn back about -- I know
16   we've been discussing this some, but -- what your
17   patients can do besides take more medicine if they are
18   having pain postsurgery.
19   A.    So the idea is that pain occurs for a reason.
20   I tell my patients that pain is your friend because it
21   tells you that there's something wrong and what to do
22   about it.  So this is what I live by in my practice.
23   And, you know, after surgery, they are going to have
24   some pain and you give them some medications.  But the

Page 145

1    best way to practice medicine is to focus on the causes
2    of the pain and not the pain.  So for lower extremity
3    surgery, it's virtually always protected weightbearing.
4    And, obviously -- and I will see people.  If I get
5    something saying I have a lot of pain, I will see them
6    because maybe they are getting an infection.  In
7    32 years I've never had one after a scope, but could be
8    the next one, right?  So that's the thing.  You want to
9    focus on causes and you want to focus on biomechanical
10   things and, you know, ice, coolness.  You have to be
11   careful not to ice the skin so you don't get an ice
12   burn, and then medications judiciously.
13   Q.    And the medications could include the opioids
14   that are prescribed or, say, Tylenol?
15   A.    Yes.
16   Q.    They could go to the store and buy
17   over-the-counter medications?
18   A.    Yes.  And I -- and Tylenol is -- yeah.  And
19   sometimes there are occasions where Tramadol, I'll give
20   them, but usually not.  Usually it's ice, a narcotic, or
21   no narcotic, and Tylenol, and protective weightbearing.
22   Q.    And they have ice machines, typically, we
23   assume?
24   A.    Yeah.  It's a little chore to get the

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Page 146

1  insurance company to pay for them, so we work very hard
2  to do that. And if not that, then just continuously
3  icing with ice packs.
4      Q.   And if the pain is not improving, they can
5  come and see you, correct?
6      A.   Correct. We insist on that. My staff all
7  knows. If they -- I just don't give them -- because I
8  might be missing something, you know? So I will see
9  them the same day. So yeah.
10     Q.   Okay. Great.
11          Turning to your report, you didn't personally
12 meet with Mr. Burton at any point, did you?
13     A.   No.
14     Q.   You didn't perform an examination?
15     A.   No.
16     Q.   The report, in particular, did you personally
17 draft this report?
18     A.   That we have been reading?
19     Q.   The one we've been reading.
20     A.   Yes.
21     Q.   Okay. So I want to go back to your list of
22 opinions that we discussed at the beginning of our --
23 toward the beginning of our conversation.
24     A.   Where is that?

Page 147

1      Q.   That is on BUR5. Excuse me, BUR7.
2      A.   Yes.
3      Q.   So we -- I think I asked you a question about
4  what were the bases for your opinion and that started a
5  long conversation between us and we didn't quite -- I
6  didn't quite close off that discussion. And so I want
7  to ask you: As far as this broad opinion number 1 that
8  Ghosh and the medical staff complied with the standard
9  of care, you said because they adequately treated his
10 pain; is that correct?
11     MR. LOMBARDO: Objection. Mischaracterizes his
12 previous testimony.
13 BY THE WITNESS:
14     A.   Well, I mean, the sum and substance of what he
15 needed, right. He adequately -- and I think, as I said,
16 I think he went -- he made two changes in the
17 medication, which I don't think he had to do. So I
18 think, you know, from the Norco to the Tylenol 3 to the
19 ibuprofen, that I thought was very good. The nurses
20 mentioned that they, you know, checked the wound and
21 cleaned it and covered it with Betadine. There wasn't a
22 heck of a lot else to do for those. And he got him
23 crutches; he got him the low bunk; prescribed the
24 physical therapy even though I think that -- well,

Page 148

1  physical therapy. So yeah. So that's pretty much it.
2      Q.   Okay. Great.
3          On the second one, the arthroscopic knee
4  surgery that Mr. Burton underwent is a minimally
5  invasive procedure and cannot be attributed to causing
6  Mr. Burton's significant pain. Is it fair to say that
7  that opinion is based on your experience as a surgeon?
8      A.   Can I tell you something?
9      Q.   Yes.
10     A.   There's one part about that opinion I don't
11 like in looking at it now. And is it based on my
12 experience? It is. But what I should have said there,
13 and maybe I meant to say, I don't know, but it says, And
14 cannot be attributed to causing significant pain. I
15 should have said severe pain because it does cause
16 significant pain. That's just my using the wrong word,
17 and I apologize. So if you put severe in there, that's
18 more of what I really wanted to say. But is it based on
19 my experience? It is based -- you know, it's kind of
20 like what it says at the top. It's my -- at this point
21 I have been doing this for so long, it's based on my
22 experience but it's based on my education, experience,
23 training, knowledge, all this kind of stuff.
24     Q.   And was it also based on your review of the

Page 149

1  surgical notes?
2      A.   Yes. In this case it is, right, because of
3  the nature of the scope.
4      Q.   Any other bases for that opinion?
5      A.   No.
6      Q.   Okay. Thanks.
7          Tylenol -- You say, Tylenol 3 is an
8  appropriate substitute for Norco in treating Mr. Burton
9  for any acute pain he may have been experiencing
10 immediately following the surgery.
11          Again, could you briefly describe your bases
12 for that opinion? It could be your experience,
13 education, training, and knowledge.
14     A.   Yeah, it's all of that. It's kind of the
15 equianalgesic doses that the Tylenol 3 -- so the two
16 Tylenol 3s have as much narcotic as 10 of the
17 hydrocodone. Actually, the reason -- I was thinking
18 about this: Why don't people use Tylenol 3 like they
19 used to? And, actually, the reason is, I think, that I
20 think the 300 milligrams of Tylenol in it -- so the
21 thing is -- one of the things that limits the use of
22 these narcotics is acetaminophen -- which is Tylenol --
23 toxicity. So it has a lower ratio of narcotic to
24 acetaminophen. So you couldn't push the narcotic as



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018                                    Pages 150..153

Page 150

1  much because you would take too much Tylenol, although
2  for him it's fine because he wasn't needing a ton of
3  them.
4        So I didn't mean to digress.  Did I answer
5  your question?
6        Q.  Sure.  Well, let me just re-ask it or kind of
7  re-summarize it.
8        So your education, experience, training, and
9  knowledge, and this equianalgesic table in particular
10 were what you relied on to develop Opinion 3?
11       A.  Yes.
12       Q.  Anything else?
13       A.  No.  Well, the medical record, you know, that
14 he wasn't in -- he shouldn't have been, but he wasn't in
15 horrible, severe pain.
16       MR. O'HARA:  Gotcha.
17            That's it for me right now.  If you do a short
18 direct, I would just reserve a minute or two.
19                   EXAMINATION
20 BY MR. LOMBARDO:
21       Q.  Dr. Prodromos, you state in your report that
22 you have done thousands of knee surgeries, but I would
23 like to get a little more specific.
24

Page 151

1            (WHEREUPON, there was a brief
2                    interruption.)
3        THE VIDEOGRAPHER:  Back on the record at 7:47 p.m.
4  BY MR. LOMBARDO:
5        Q.  Dr. Prodromos, how many right knee
6  arthroscopies have you performed in your career?
7        A.  I don't know.
8        Q.  Over 1,000?
9        A.  Yeah.  I mean, I guess, yeah.  I mean, do a
10 few hundred a year and I've been doing this for
11 30 years.  So but -- So maybe it's a quarter of them, so
12 a thousand probably.  I don't know if the right knee --
13 the right knee is different than the left knee.
14       Q.  Have you done over 100 partial lateral
15 menisectomies in your career?
16       A.  Yes.
17       Q.  Have you done over 100 chondroplasties in your
18 career?
19       A.  Yes.
20       Q.  Have you done over 100 procedures that involve
21 removal of loose bodies from the knee in your career?
22       A.  Yes.
23       Q.  I believe you testified that you often testify
24 as an independent treating physician.

Page 152

1        A.  Well, testify, that means court?
2        Q.  No.  At depositions.
3        A.  Yeah.  I get deposed for patients probably, I
4  don't know, six or seven a year, probably.
5        Q.  Would you say that you advocate on behalf of
6  your patients during these depositions?
7        A.  Yeah.
8        Q.  Is it your understanding that your patients
9  are plaintiffs in personal injury lawsuits the reason
10 you are taking those depositions?
11       A.  It's either personal injury or work comp.
12       Q.  I would first like to draw your attention to
13 the medication administration record, which I believe
14 was Plaintiff's Exhibit 4.  And I'm looking specifically
15 at IDOC327.
16       Now, Doctor, you are not familiar with the
17 IDOC's medication administration record, are you?
18       A.  Not really.
19       Q.  Do you have any understanding regarding
20 whether some pills are kept on the prisoner's person as
21 opposed to given on a watch-take basis?
22       A.  The only hint you got from that, as I mentioned
23 before, is that somewhere in there there was a note that
24 said he had ibuprofen in his cell.  So I don't know

Page 153

1  anything other than that.  I don't really know what they
2  do specifically.
3        Q.  In fact, I had informed you of that
4  information, that there's a difference between
5  watch-take medication and a medication that prisoners
6  kept in their cell.
7        A.  Yeah.
8        Q.  And I also advised you that ibuprofen is a
9  medication that's kept in the cell.
10       MR. O'HARA:  Object to the form.
11 BY THE WITNESS:
12       A.  Yes.
13       Q.  Okay.  Looking at IDOC327, while it's
14 difficult to appear, the third medication down, is that
15 ibuprofen 400 milligrams?
16       A.  Yes.
17       Q.  And what date does it appear that that
18 prescription ended?
19       A.  Well, it's written in there at 10/30/10, so
20 I'm assuming that's an accurate thing that's written in
21 there.
22       Q.  Assuming that's true, would Mr. Burton have
23 had his ibuprofen 400 prescription current through
24 October 30, 2010?

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Pages 154..157

Page 154

1     A.   Yes.
2     Q.   And that would have been 11 days after
3  surgery?
4     A.   Yes.
5     Q.   If my math is correct.
6     A.   Yes.
7     Q.   The next exhibit I would like to show you is
8  the UIC records, which are marked as Plaintiff's
9  Exhibit 3.  Dr. Prodromos, did you read Dr. Chmell's
10 orthopedic notes in connection with forming your
11 opinions?
12    A.   I read his operative note.  You mean his notes
13 from before surgery?
14    Q.   Yes.
15    A.   Not much.
16    Q.   How about immediately following surgery?
17    A.   I honestly don't remember.  I probably looked
18 at it, but I don't remember.
19    Q.   I'm going to direct your attention to UIC22.
20 Could you please read the second, third, and forth
21 sentence of that section called History of Present
22 Illness?
23    A.   He states that he has been doing well in the
24 interim but has a little bit of knee stiffness and some

Page 155

1  pain.  He has been using crutches to assist with
2  ambulation.  He states he has been able to put more
3  weight on the knee without discomfort.
4     Q.   Okay.  What is the date of that UIC note?
5     A.   10/25/2010.
6     Q.   So approximately how long is that after
7  surgery?
8     A.   Six days.
9     Q.   What is your assessment of plaintiff's
10 condition according to Dr. Chmell at that time?
11 MR. O'HARA:  Objection.  Form and foundation.
12 BY THE WITNESS:
13    A.   I mean, I think he is doing pretty well.
14 First of all, the doctor concluded that he is, quote,
15 doing well and he said he has a little bit of knee
16 stiffness and pain.  And presumably that would be --
17 he's on ibuprofen and he says he was able to put more
18 weight on the knee without discomfort.  So, yeah, he is
19 doing pretty well.
20    Q.   I want to go to the questioning about removal
21 of sutures.  Do you have any opinion regarding leaving
22 in the sutures for 44 days impacted Mr. Burton's
23 recovery from surgery?
24    A.   I don't think it did.

Page 156

1     Q.   I'm sorry.  So you do have an opinion?
2     A.   I do have an opinion that it did not.
3     Q.   That it did not...
4     A.   Impact his recovery after surgery.
5     Q.   I'm sorry.  I lost you there.
6          Would leaving in sutures for 44 days be
7  attributed to pain in the knee after this type of
8  surgery?
9     A.   No.
10    Q.   Do you have any opinions regarding the
11 preoperative care provided to Mr. Burton?
12    A.   Not really.
13    Q.   Were all of the opinions you gave today made
14 to a reasonable degree of medical certainty?
15    A.   Yes.
16 MR. LOMBARDO:  That's all I have for now.
17 MR. O'HARA:  One minute.
18 THE VIDEOGRAPHER:  Off the record at 7:54 p.m.
19           (WHEREUPON, a recess was had.)
20           (WHEREUPON, the record was read
21            as requested.)
22 THE VIDEOGRAPHER:  Back on the record at 8:01 p.m.
23
24

Page 157

1              EXAMINATION
2  BY MR. O'HARA:
3     Q.   Dr. Prodromos, were you told to make any
4  assumptions in drafting your report?
5     A.   No, I don't think so.
6     Q.   Okay.  Turning to IDOC327, which I suspect
7  Mr. Lombardo has handed to you.  Mr. Lombardo, before we
8  just had a brief break, made some representations to you
9  about what prisoners may or may not be able to take
10 medication in their cell.  Do you recall that?
11    A.   Yes.
12    Q.   Your report contains no information about what
13 type of medication prisoners can take in or out of their
14 cell; is that right?
15    A.   Correct.
16    Q.   Okay.  You have no opinion as to what
17 medication prisoners may be able to take in or out of
18 their cell?
19    A.   Well, Mr. Lombardo just told me what -- some
20 things they can and can't, so I guess I have an opinion
21 now.
22    Q.   But that opinion is not contained in your
23 report?
24    A.   No.

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Pages 158..161

Page 158

1    Q.   Okay.  And it's not based on the medical
2  records that you reviewed?
3    A.   Correct.
4    Q.   And it's not based on your personal knowledge
5  of the procedures at the prison?
6    A.   Correct.
7    Q.   Thank you.
8         And, finally, if you take a look at that
9  middle entry on IDOC327 where it says ibuprofen,
10 400-milligram tablets, on the furthest left, there are a
11 series of dates.  It looks like it may say, Original
12 order and discontinue, if you are able to read.
13   A.   Yes.
14   Q.   Counsel represented to you that the
15 discontinue date there was 10/30/10, I believe.
16   A.   Yes.
17   Q.   Are you able to read that line?
18   A.   Well, it's written over in pen.
19   MR. LOMBARDO:  Maybe you should look at the
20 original because I think I might have -- I will help
21 you.
22   MR. O'HARA:  We will object that he was shown an
23 exhibit with Counsel's writing on it.
24 BY THE WITNESS:

Page 159

1    A.   So the first digit of the month is cut off.
2  The day looks like 20 and the year looks like 10.  And I
3  can't tell what comes in front of it, honestly.  And it
4  could be the day is 30 and the year is 10.  And I can't
5  read the month.
6    MR. O'HARA:  Okay.  That's fair.  I have no further
7  questions.
8    MR. LOMBARDO:  Do you want to reserve signature or
9  waive?
10   THE WITNESS:  Waive.
11   THE VIDEOGRAPHER:  Off the record at 8:03 p.m.
12        (WHEREUPON, the following proceedings
13        were had off the video record:)
14   THE REPORTER:  Do you need to order the transcript?
15   MR. O'HARA:  Yes.  E-tran.
16   THE REPORTER:  Do you need a copy, sir?
17   MR. LOMBARDO:  E-tran only, please.
18        FURTHER DEPONENT SAITH NOT.
19
20
21
22
23
24

Page 160

1  STATE OF ILLINOIS    )
                        )  SS:
2  COUNTY OF C O O K    )
3         I, KAREN ORENSTEIN, CSR No. 84-4693, a
4  Certified Shorthand Reporter of the State of Illinois,
5  and a Registered Professional Reporter, do hereby
6  certify:
7         That previous to the commencement of the
8  examination of the witness, the witness was duly sworn
9  to testify the whole truth concerning the matters
10 herein;
11        That the foregoing deposition transcript was
12 reported stenographically by me, was thereafter reduced
13 to typewriting under my personal direction and
14 constitutes a true record of the testimony given and the
15 proceedings had;
16        That the said deposition was taken before me
17 at the time and place specified;
18        That I am not a relative or employee or
19 attorney or counsel, nor a relative or employee of such
20 attorney or counsel for any of the parties hereto, nor
21 interested directly or indirectly in the outcome of this
22 action.
23
24

Page 161

1         IN WITNESS WHEREOF, I do hereunto set my hand
2  at Chicago, Illinois, this 18th day of January, 2018.
3
4
5
6
7         KAREN ORENSTEIN, CSR, RPR,
8         CSR Certificate No. 84-4693
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: $1,000..accoutrements

**$**

**$1,000** 29:13 31:2,8
**$2,000** 30:17
**$4,000** 29:12 30:24
**$500** 31:9

**(**

**(a)** 112:8
**(b)** 112:8,9
**(c)** 112:9

**-**

**-caine** 82:5

**0**

**01/04/2018** 6:18
29:23 67:4 113:4

**1**

**1** 6:14,17 26:22 34:3
37:18 45:5 47:22
48:18 68:1,8 103:3,4,
19 108:7 147:7
**1,000** 151:8
**10** 47:22 48:23 50:24
51:5,7 68:10 90:8
102:15,16 103:19,20
105:10 106:3 108:7
116:18 120:16 122:24
123:14 149:16 159:2,4
**10-milligram** 101:7,
14
**10/19/10** 113:23
114:14
**10/19/2010** 103:18
**10/25/2010** 155:5
**10/30/10** 153:19
158:15
**100** 73:4,5 124:15
127:15 151:14,17,20

**10s** 90:16
**11** 154:2
**11:30** 49:23
**12** 102:1,7
**12-something**
104:12,20
**12:15** 104:22
**12:25** 104:22
**12:40** 104:21
**12:45** 104:22
**12:50** 104:21 105:8
**12:55** 104:23
**12s** 104:20
**143** 16:5
**15** 7:11 8:12 16:5
26:10
**17** 6:14 76:3
**19** 30:4 41:22 42:1,7
43:4
**19th** 110:14

**2**

**2** 29:19,22 32:22 37:9
41:24 68:2,9 100:17
**20** 93:13 114:23
115:10 159:2
**200** 5:10 51:3 122:4
**2010** 41:22 42:1,7
43:4 115:2,10 121:5
153:24
**2016** 8:11 10:18
**2018** 4:3
**20th** 110:10
**2200** 50:21 120:2
**2220** 51:1 122:22,23
123:11
**230-pound** 120:5
**24** 110:7,8
**2400** 50:23 116:16
117:1 120:1 123:12

**25** 13:1,4 39:13 87:7
139:13
**26(a)(2)** 6:11
**2800** 120:3

**3**

**3** 29:16 42:4,10,19
48:8,16,22 49:2,8,10
52:22 66:19 67:3 68:2
69:14 96:11 105:13,
21,24 106:2 111:1,15
112:1,4 113:22,24
114:14 115:15 120:6,
10 147:18 149:7,15,18
150:10 154:9
**30** 48:16 50:19 88:2
91:6,20 93:9,10
151:11 153:24 159:4
**300** 149:20
**32** 5:10 145:7
**3200** 122:10
**325** 113:17
**327** 114:22
**33** 30:4
**344** 112:24
**36** 112:23
**3:00** 49:14 110:20
**3:50** 103:18 105:7
**3:55** 47:24 104:1
**3s** 149:16

**4**

**4** 4:3 42:9,17 49:10
68:3 69:14 112:21
113:3 152:14
**4-millimeter** 63:13
77:4
**400** 50:18 111:16
116:13,16,20,23,24
117:4 122:1,5 123:11,
12,13 153:15,23
**400-milligram**
122:14 158:10

**400-milligrams**
123:6
**400s** 50:21
**420** 115:3
**44** 130:3,4,9,18 155:22
156:6
**4:26** 4:3
**4s** 122:5

**5**

**5** 42:23 47:21 88:18
90:9,11 102:16
103:19,20 105:9
**5-** 101:7
**5-milligram** 48:19
**50** 51:22 101:13,24
102:6 121:10
**508** 21:9
**5:00** 49:6

**6**

**6** 43:5 48:18 68:9
101:23 103:5 121:16
131:9
**62** 67:16
**69** 66:20
**6:21** 100:14
**6:31** 100:18
**6s** 122:5

**7**

**7** 67:16 135:1
**75** 9:2
**79** 9:21
**7:28** 143:11
**7:37** 143:14
**7:47** 151:3
**7:54** 156:18

**8**

**8** 102:15
**800** 116:24 117:1
**85** 12:11
**87** 10:15,17
**8:01** 156:22
**8:03** 159:11
**8s** 122:5

**9**

**90** 72:18
**9th** 126:7

**A**

**A.B.** 9:6
**a.m.** 49:14,23 110:20
**above-referenced**
44:11
**absent** 35:15 129:12
**absolute** 121:1
**absolutely** 51:16
107:21 112:3,5 119:6
126:6
**absorb** 84:16
**absorber** 72:15
**abstract** 37:2
**abusable** 139:16
**abuse** 49:13 135:8,9,
14,16,18 136:14
138:15
**abused** 84:17
**abusers** 109:8
**academic** 13:18
**access** 61:11
**accommodations**
131:13
**accoutrements**
28:15



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: accurate..basically

**accurate** 7:15 44:20 66:13 153:20

**acetaminophen** 90:18 149:22,24

**ACL** 7:10 8:10 13:22 14:6,17 16:2 62:7 88:9 90:14 91:9,12 93:23 106:22 108:22 142:17, 23

**act** 59:13

**acted** 137:17

**action** 54:12

**active** 127:6

**activity** 124:7

**actual** 102:8

**acute** 42:6,11,19 43:7 116:15 142:5,9,13 149:9

**add** 51:12 136:9

**added** 6:13

**addict** 136:15

**addicts** 140:14

**addition** 43:2

**additional** 78:14

**addressing** 14:20

**adequate** 52:24

**adequately** 49:21 147:9,15

**adhesions** 64:18

**adjacent** 63:17

**adjusted** 102:11

**administered** 102:9 115:13 116:10

**administration** 112:22 114:13,17 115:7 152:13,17

**admission** 55:12

**admit** 19:24

**advice** 127:9

**advisable** 112:6

**advised** 153:8

**advocate** 152:5

**affairs** 8:24

**affect** 59:13 140:23

**afternoon** 110:15

**afterward** 95:14,19 126:10

**aggravation** 124:1

**aggregate** 33:11

**aggregated** 135:22

**aggressively** 79:8

**aggressiveness** 63:5

**agreement** 28:5,18

**agreements** 28:24

**ahead** 6:1,12 44:15 71:2 90:4 101:1

**airway** 85:8

**alcohol** 141:5,19

**alcoholics** 140:15 141:4,5

**Alicia** 22:16

**alive** 98:24

**allergic** 96:7

**alleviate** 133:1

**alleviated** 132:11

**allograft** 14:22 15:3

**alluded** 73:16

**Alnoraindus** 4:9 53:16

**alter** 11:14,15

**ambulation** 155:2

**American** 21:4

**amount** 102:10 117:6 118:10,11 124:18 125:9 129:11

**analgesia** 96:6

**analgesic** 48:21 50:20 121:21 122:15

**analysis** 13:16 140:13

**anesthesia** 81:6,13, 17 82:1,11,14 114:10

**anesthesiologist** 82:16 83:2 85:13 87:18 120:9

**anesthesiologists** 87:3

**anesthetic** 81:11,21 92:14 94:10,15,19 96:17

**anesthetics** 82:4,5 93:14

**anesthetist** 120:9

**anonymous** 22:7

**answering** 5:20

**answers** 5:17

**anti-inflammatories** 52:18

**anti-inflammatory** 43:3

**anymore** 48:15

**anytime** 99:2 112:7

**apologize** 21:1,2 38:13 53:11 103:2 143:4 148:17

**apparatuses** 131:13

**appears** 49:17

**applies** 65:23

**apply** 19:10

**appropriately** 137:18

**approximately** 155:6

**April** 115:1

**area** 9:14 11:13 87:20

**arrived** 105:3

**Art** 9:8

**arthritic** 78:21,22 127:23

**arthritis** 75:14,15 78:17,18

**arthroscope** 77:3,8

**arthroscopic** 14:2,4, 7,8 41:24 42:7 43:4 46:1,4,5,6 55:5 58:23

**arthroscopically** 61:12 62:13

**arthroscopies** 97:8 151:6

**arthroscopy** 46:2 47:10 65:16 68:1 78:7 92:15 100:4 124:2 130:3

**article** 37:20

**articles** 14:19

**articular** 47:5 61:18 71:22 72:6,12,23 73:4, 8 74:23 75:12 78:2 93:22 94:13

**arts** 9:5

**asleep** 81:1,15 87:16

**assess** 69:5

**assessment** 155:9

**assignment** 29:1,2

**assist** 155:1

**assistant** 13:1,3 79:14,15,16

**assistants** 79:22

**Association** 21:18

**assume** 6:2 145:23

**assuming** 153:20,22

**assumptions** 157:4

**Atlantic** 21:4

**attached** 63:13,19

**attaching** 32:24

**attempted** 57:13

**Attending** 67:20

**attention** 28:20 87:12,23 152:12 154:19

**attentive** 50:6

**attests** 10:10

59:7,18,21 60:2,6 62:7,22 63:10 65:17, 20,23 76:5,12,14,18 78:16 81:17 88:2,3,6 89:5 91:24 93:6 94:16 133:15 134:7 148:3

**attorney** 24:7 25:15 27:7

**attorneys** 39:20

**attributed** 42:2 148:5, 14 156:7

**August** 12:11 115:2

**author** 16:8

**autologous** 15:18

**avoiding** 135:5

**awake** 86:13

**aware** 52:14 92:21 120:4 124:17

---

**B**

**B.S.** 9:4

**baccalaureate** 9:8

**bachelor's** 9:5

**back** 5:22 12:5 14:10 19:24 34:3 37:9 45:10 53:4 76:24 83:10 95:10 100:17 104:2 105:3 110:6 127:1 129:16 134:10 138:22 140:22 143:14 144:15 146:21 151:3 156:22

**background** 7:18

**bad** 51:18 82:14,24 83:3 107:2 108:12 117:12 131:2,6

**Badowski** 21:13

**ballpark** 26:14 122:12

**bar** 11:4 114:6

**base** 103:14

**based** 41:15 44:18 53:11 83:4 98:22 106:15,21 148:7,11, 18,19,21,22,24 158:1, 4

**bases** 44:9,22 45:2,17 147:4 149:4,11

**basically** 11:1,2 13:12 32:20 47:10 59:20 60:14 116:18 117:12 123:12

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: basics..charge

**basics** 63:10

**basis** 22:20,21 31:4 121:24 152:21

**Bates** 6:13 14:11 30:4 34:4 112:23 113:17

**Bates-stamped** 67:15

**bearing** 22:24

**bed** 124:22 127:11

**begin** 12:8 59:16 119:13 133:24 136:9

**beginning** 14:11 41:12 92:16 146:22,23

**begins** 53:5 100:17

**behalf** 4:11,14 17:3 23:10 33:13 152:5

**belief** 114:24 116:13

**belive** 126:8

**bell** 18:13,17

**bending** 133:17

**beneficial** 52:20

**beneficially** 11:15

**bent** 69:13

**Betadine** 50:3,11 147:21

**bibliography** 14:12 37:19

**big** 10:24 46:13 59:3 61:20 78:4 86:11 87:3 93:22 96:14 107:1 119:10 137:8

**bigger** 90:15 93:21 118:11,16 139:19

**bill** 28:13

**bills** 31:18

**binder** 29:15

**biology** 8:23,24

**biomechanical** 145:9

**bipolar** 52:15 64:16 135:24 136:8

**bit** 28:10 38:19 58:21 59:15 79:20 96:10

106:21 109:7 136:12 154:24 155:15

**bite** 64:11

**biting** 46:11 64:8 70:23 72:19,21

**black** 123:15

**bleed** 92:19 96:10,13

**bleeding** 50:3

**block** 94:6

**blocks** 94:2 95:8,9,15, 19

**blood** 73:10,11 106:11

**board** 10:9,13 20:16

**board-certified** 10:5 11:9

**bodies** 68:3,11 74:9 75:11 76:4 151:21

**body** 18:6 19:11 46:22 64:6 76:16 78:3 79:10

**bolster** 80:5

**bone** 47:8 59:5 61:7,9 62:8 64:15 70:5 71:22 72:13 73:7

**bones** 47:8

**book** 19:5 31:3

**border** 46:16 73:14 74:6 78:2

**bottle** 119:5

**bottom** 67:16 121:17 123:20 131:9

**bouncing** 78:9

**brace** 43:1 131:11,16

**brain** 136:1,7,8

**break** 6:3 35:18 36:24 100:8,11,15 121:12 143:12 157:8

**breathing** 82:21

**briefly** 8:16 10:8 11:10,21 12:19 13:2 35:19 149:11

**bring** 36:17 128:14

**bringing** 40:4

**broad** 46:6 59:8 147:7

**broadly** 138:13

**Brookside** 21:17

**brought** 36:19 41:3 104:2 110:15

**brush** 74:3

**Bruszniewski** 21:4

**bucks** 139:13

**bump** 59:15

**bunk** 43:1 131:12,17 147:23

**BUR1** 6:13

**BUR14** 14:11

**BUR5** 34:4 53:4 88:19 147:1

**BUR6** 97:1

**BUR7** 41:12 147:1

**burn** 145:12

**burning** 128:9

**Burton** 4:9 5:3,4 14:11 15:3 24:22 30:4 41:20 42:1,5,22,24 52:14 53:16 54:7 55:24 65:10,15 77:17 82:10 83:13 96:17 97:2 101:13 102:14 110:6,16,24 114:18 119:23 121:4,15,16 131:15 132:14,16,21 135:5 137:1 138:14 139:1 146:12 148:4 149:8 153:22 156:11

**Burton's** 11:18 42:3, 11,20 43:6 102:21 103:10 111:14 123:22 126:4 129:17 132:11 135:2 137:5 148:6 155:22

**business** 66:10

**busy** 4:24

**buy** 51:2 145:16

**C**

**cadaver** 15:1

**calcify** 75:6

**call** 39:2,4 46:17 60:3 66:13 132:6

**called** 4:19 19:11 27:7 45:10 47:4 62:11 71:8 76:9 82:22 90:8 93:6 141:1 154:21

**calling** 107:3

**calls** 38:20 39:18 79:24 90:2 134:1

**calm** 85:15 91:18

**camera** 64:21 65:1,3 69:9

**candidate** 82:14

**Cannestra** 34:15 48:11

**Cannestra's** 34:15

**cardiovascular** 82:24 83:5

**care** 24:10 41:2,5,19 42:10,18,24 45:7 48:7 49:20,21 51:14 52:4,8 53:15,20 54:1,8,16 56:15 98:9 121:4 130:9,12,15,19,23 147:9 156:11

**career** 151:6,15,18,21

**careful** 128:22 133:19 145:11

**carrying** 139:18

**cartilage** 8:9 15:8,18, 19 47:5,6,9 61:8,18 68:18 70:4 71:16,22 72:1,5,6,7,12,23 73:1, 3,4,6,8 74:22,23,24 75:5,8,12 78:1,2 80:11 82:6,9 93:6,7,22 94:14

**case** 11:12,18 13:24 16:17,24 17:21,24 18:4,5,8,11 21:2 24:16,24 25:11,13 26:9 27:1,6 28:7,10 29:4,8 30:7,13,17,22 31:16 32:17 36:2,10

40:6,9 41:13,17 43:16 46:8,15 48:9 62:20 63:16 64:3,4,12 65:23 72:16 74:24 79:9 82:10 85:7 87:18 92:7, 24 97:4,24 99:4 102:22 103:10 123:12 125:12 128:2 131:23 137:17 140:12 149:2

**cases** 10:23 13:15 16:14,15 19:18 20:20 23:1 25:6 40:15 79:15 96:6 120:4

**Cassidy** 25:1,6,17 27:12,13 31:19 34:1 39:8

**categories** 19:6

**category** 59:8

**caused** 77:21

**causing** 42:2 148:5, 14

**CCS** 96:11

**cell** 11:13 116:4,9 152:24 153:6,9 157:10,14,18

**cells** 61:7 82:6

**center** 53:7,14 66:21 136:2

**central** 46:16 61:10 73:13 74:6 78:2

**certainty** 41:15 156:14

**certificate** 8:23

**certificates** 11:7

**certification** 10:9,14

**Chadwick** 4:2,18 6:7

**chance** 121:13

**chances** 136:10

**change** 50:12,14 100:9

**changed** 50:9,10

**chapters** 16:5,8 93:24

**charge** 28:12,13 31:4, 7 87:18



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: charged..count

charged 30:17

charging 30:24

chart 30:18 84:6
122:20

check 29:12 96:20
104:14

checked 147:20

chew 109:10

Chicago 10:1 34:12
66:21

Chmell 65:17 67:20
79:21 92:8 97:20
132:13 143:21,22,23
155:10

Chmell's 154:9

choice 123:19

choices 118:22

chondral 64:13 68:9

chondrocyte 15:19

chondroplasties
151:17

chondroplasty
15:16,20 47:2 68:3
71:15

chondrotoxic 82:6

choose 106:14

chore 145:24

circumstances
129:13 140:3,10

citations 37:11

cite 130:1

City 20:2

claim 44:9 121:24
123:5

claiming 138:13

clarification 57:17
136:18

clarify 30:9 57:5,12,
13 58:12 129:7

classic 48:19

cleaned 147:21

cleaning 22:16 61:23

clear 20:18 116:7
123:10 127:21 131:24

clerical 32:8

client 17:4

clinic 133:13

clinical 123:21

clinically 43:7,11
142:6

clinics 84:22

clipped 107:8

clipper 75:22,23 76:6,
9,11,14,19

close 147:6

closed 49:18,24 50:3,
19 51:11

closely 121:8

closer 61:16

coating 72:12

coats 71:22 72:13

codeine 42:4,11,19
48:4,16,17 105:13
111:1,15

collateral 62:6

colleague 5:2

College 21:9

combination 81:22
90:17 109:3,4

comfortable 49:19

comma 68:17,18

commend 137:18

commended 51:16
136:23

comments 122:21

Commissioner 20:5

common 141:21

commonest 88:8

commonly 64:7
84:14,17 87:9,11 88:5
94:6

communicate 107:4

communicated 28:9

communications
40:8

Community 21:9

comp 19:3 152:11

company 20:11 24:10
146:1

comparing 56:9

compartment 69:19,
22,24 70:1,7,9,16
71:16

compartments 69:4

compensation 18:20
19:13 29:7 31:15

competence 10:12

competent 99:1

complain 110:8,17
128:22

complaining 111:7
127:5 132:21

complaint 34:7,8,9

complaints 43:5
51:10 110:12 126:8
142:3

complete 7:17 10:21
14:14 35:7 43:18 44:4

completed 5:19

completely 35:9
73:21

complex 108:14

compliance 52:17

complication 93:5

complications 99:5

complied 41:19 42:9,
17,23 45:6 53:7,14,24
54:8 147:8

complies 48:7

Comprehensive
16:2

computer 35:13,19

computerized 13:16

concept 138:7

concerned 38:4

concluded 155:14

condition 155:10

Condominium 21:17

condyle 47:3 68:10
71:20 72:7 74:22

confidential 18:3

conform 33:1

confused 25:12

confusing 72:6

Congratulations
16:9

connection 29:8
154:10

consequences
99:15

considered 83:23
120:18

consists 6:23

constipation 137:8

contact 73:24

contacted 27:14

contained 157:22

contention 48:8
126:4

context 56:6 57:14
97:16 105:18 107:11
108:9 121:9 126:20
137:19 139:9 140:17

contexts 109:7

continue 80:18
118:14 119:4 142:10

continued 110:7,16

continuous 94:9

continuously 146:2

contraband 139:18

contract 27:24

control 55:4,9,15,21
56:12 57:7 58:10

controlled 57:2 85:8

140:7

convenient 67:9

conversant 37:24

conversation 143:21
146:23 147:5

conversations 39:7

Cook 18:19 21:11

coolness 145:10

copies 37:11

copy 36:22 67:8 123:2
126:6 159:16

corner 113:18

corporation 12:18,22
20:13

correct 5:7 7:1 8:20
11:19 15:4 16:18 18:1
25:14 28:7 30:15,18
32:13,15 37:16 43:22
44:12,24 53:18 54:4
55:6 56:17,21 58:15
59:24 64:24 65:5,11
68:18 76:22 77:6
78:19 80:20 81:6
83:14,24 91:23 96:18
97:5 101:8 102:2,12,
15 104:2,6,11 105:11
106:16 110:9,17
111:1,16 112:13
113:20 114:15,20
127:7 131:18 132:18
137:2 138:24 142:7
146:5,6 147:10 154:5
157:15 158:3,6

Correctional 53:7,14

Corrections 34:13
35:4

correctly 15:11 85:4

correlated 93:8,14

correlation 60:24

costs 31:11,14

counsel 4:6 30:12
37:7,14 38:16,18,24
39:8,22 66:17 101:1
102:24 112:18 158:14

Counsel's 158:23

count 18:23



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: counter..dose

**counter** 51:2

**County** 18:19 21:11

**couple** 5:11 8:2 13:12
17:10 24:1 26:12 30:9
39:6 40:23 46:10
96:15

**court** 4:13 5:5,21 22:8
152:1

**cover** 6:23

**covered** 50:3,11
147:21

**cranking** 46:12,24
79:4

**creating** 5:5

**credentials** 11:8

**crossed** 114:1,11

**crutches** 43:1 110:2
117:18 124:14,20
127:12 131:11,16
147:23 155:1

**crux** 38:2

**Cuadrado** 18:14,15,
20 20:1

**Cuadrados** 18:11,13

**cuff** 108:22 134:4

**curious** 11:4 143:23

**current** 25:4 153:23

**cut** 59:12 62:8,13
64:17 66:11 159:1

**cutting** 46:23 60:16
62:15 63:7 64:15,16,
18 74:16

**CV** 7:1,4,6,14 14:10
37:15,16,19

**cytochrome** 141:2

---

**D**

**daily** 116:17

**damage** 8:10 71:22
80:11 82:9

**damaging** 61:18

**danger** 139:10

**dangerous** 42:21
43:8,12 91:19 142:7

**date** 4:3 29:11 103:17
114:22 115:11 153:17
155:4 158:15

**dated** 113:23

**dates** 37:3 158:11

**day** 12:11 45:12 47:20
50:14,23 51:8,9 91:13
95:12,14 110:13,14
115:10 116:7,19
117:1,5,23 118:15,20,
23 122:7,9 124:22
127:11 146:9 159:2,4

**days** 45:12 50:19
82:16 89:3 92:5 99:14
102:1 130:3,4,9,18
137:10 154:2 155:8,22
156:6

**days'** 91:22

**deal** 46:13 61:20
93:21 96:14 110:4

**deals** 11:12

**death** 121:23

**debride** 70:15 71:13

**debrided** 69:20,21,22
70:10,17,20 71:1,2,5

**debridement** 15:8,
11,12 68:17 70:21

**debrides** 70:16

**decided** 36:10

**deciphering** 87:8

**decision** 123:18,22

**decreased** 126:4

**deep** 81:20

**defect** 68:9 74:22

**defendant** 24:17 34:8
51:15

**defendant's** 23:3

**defendants** 4:12

**Defendants'** 6:10

**defense** 23:4,7,15
24:2,5,11,14

**define** 15:24 17:1
55:20 65:17,20 130:22

**definition** 56:3 73:13

**degree** 9:3 41:14
65:22 82:18 142:11
156:14

**delivering** 54:23

**demonstrating**
122:14

**Department** 34:13
35:4

**depend** 119:19

**dependent** 31:16

**depending** 80:4 90:6
127:13

**depends** 15:24 55:18,
20 56:5 59:9 92:23
105:17 108:19 118:16
134:4 142:16

**DEPONENT** 159:18

**deposed** 5:7 16:24
21:3 22:15 23:2 152:3

**deposition** 4:2 5:4
6:12,16 17:5,19 20:24
29:13,18,21 34:10,15
36:18 38:4,17,19,21
39:1 67:2 100:21,24
113:2 123:3

**depositions** 20:18
152:2,6,10

**derive** 24:9

**describe** 38:7,9 60:1
63:10 68:13 69:2
71:17 74:11 106:18
114:6 149:11

**describing** 89:8

**description** 76:1,2
98:21

**detail** 59:10

**details** 19:22

**determination** 83:4

**determine** 109:1
125:8

**develop** 14:8 150:10

**developed** 43:15
44:5 128:11

**device** 63:20 64:16
76:8

**diagnoses** 68:5
129:2

**diagnosis** 68:6,7
128:7

**diagnostic** 19:8
68:24 78:7

**diameter** 63:13

**dictate** 76:9

**dictation** 70:19

**die** 89:15 108:4

**difference** 72:24
153:4

**differences** 72:10

**difficult** 114:24 138:4
153:14

**digit** 159:1

**digital** 33:3

**digress** 48:9 150:4

**diminish** 123:23
124:1

**diminished** 126:14
129:18

**diminishes** 143:1

**diminishment** 126:1

**direct** 150:18 154:19

**directed** 37:14

**directly** 31:18

**disagree** 123:5,10,13

**disc** 33:21 100:17
128:12

**discharge** 50:2

**disclosure** 6:11

**disclosures** 6:11,24
16:17

**discomfort** 51:11
110:12 126:8 155:3,18

**discontinue** 158:12,
15

**discrepancy** 51:13

**discs** 32:5 35:14

**discussed** 37:18 66:2
77:20 78:1 143:20
146:22

**discussing** 144:16

**discussion** 53:5,8
65:15 77:2 142:3
147:6

**dismissal** 114:19
115:8,9

**dissolve** 75:16

**dissolved** 75:1

**dissolves** 75:18 93:7

**dissolving** 75:2

**distance** 73:10

**District** 21:9

**doctor** 14:16 19:1
30:2 41:23 47:17
51:18,20 52:5 53:3
57:22 67:6 70:13 98:2
99:1 101:3 123:10,13
124:17 125:12 130:2
133:12 137:12,23
138:2 140:15 141:21
152:16 155:14

**doctors** 24:2 52:9
92:21 106:14,20 123:5
137:21 143:20

**document** 6:15,20
7:8 8:1 29:17,20 30:2,
6,10 38:1 66:16 67:1
112:17 113:1 129:24

**documented** 102:23
103:13 129:22

**documents** 17:17
32:16,24 33:15,17,24
36:9,17 37:6,13,15
39:22 40:6 45:7,15
113:6,14

**dosage** 90:1 102:8
106:15 111:4

**dosages** 101:7,10

**dose** 48:17 49:4,12
50:24 51:6 52:23,24
86:24 87:4 91:15
105:2 116:17,21 120:6



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: dosed..feel

121:21,22 122:2,3,14,
15 123:6,7

**dosed** 84:12 104:4
105:10

**doses** 50:21 83:21
84:3 101:13 104:10
110:24 111:6 120:12
149:15

**doubt** 141:23

**downward** 102:11
111:19

**draft** 7:6 146:17

**drafted** 7:24

**drafting** 157:4

**draw** 152:12

**dressing** 50:8,10,12

**dressings** 50:15

**drill** 61:7 64:14 73:6

**drilling** 61:8

**drinkers** 109:8

**drive** 13:10

**drowsy** 108:3

**drug** 98:13 107:12
121:1 128:21 135:23
136:6,7,15 140:14,24

**drugs** 52:15,21 87:1,
14 112:9 117:12
119:13 135:2,7,8,21,
24 136:8,16 137:24
138:8 140:1,4 141:3,4,
8

**due** 70:12

**duly** 4:17,19

**DV** 22:4,5,6

**DVD** 100:6

**dying** 91:16

**E**

**e-mail** 32:19 33:20

**e-mails** 30:14 32:23
33:9,10,16,23

**E-TRAN** 159:15,17

**earlier** 10:19 37:18
58:22 59:8 61:4 65:18
73:16 92:13 107:18
119:4 120:17 139:7

**early** 134:5

**earned** 9:3 11:8

**easiest** 51:16

**easily** 51:19

**easy** 61:11 81:20
125:15

**edge** 61:13

**edges** 71:23 123:17

**edited** 16:4,7,8

**edition** 7:10 16:1,3

**editor** 16:1

**education** 7:24 8:16
10:3 41:16 44:10,18,
23 53:11 148:22
149:13 150:8

**educational** 7:18

**effect** 48:21 95:9
121:22 122:15 136:10

**effective** 42:21 55:3,
9,15 57:1,7 109:2
116:14 119:23 131:14,
17 141:18

**effects** 85:18 135:22

**efficacy** 119:19

**elaborated** 58:18
59:10

**Ellis** 4:9 5:2

**Elvis** 108:2

**employ** 133:14

**encompassed** 54:19

**end** 14:12 43:10 44:11
69:13 71:21 72:1
88:13 92:14 96:24
100:6 131:8 134:24
142:2

**ended** 153:18

**ending** 73:15

**endings** 46:19 47:6,9
59:14 73:6,7,9,12
74:1,2,5

**endlessly** 108:14

**endotracheal** 82:21

**ends** 62:9

**engineer** 9:6

**enlarge** 78:5

**entail** 30:20

**entered** 69:6,17

**enters** 99:13

**entitled** 29:17

**entrances** 68:21

**entry** 158:9

**environment** 139:4
140:7

**enzymes** 109:10
141:2,3

**epidemic** 136:22
137:5

**epidural** 81:22 82:3

**epinephrine** 92:18
96:9,12

**equal** 62:19 78:20
119:20

**equianalgesic** 48:17,
21 49:4,12 50:21,24
51:6 84:3 120:12
122:13 123:14 149:15
150:9

**equivalent** 51:5 58:7
97:12 106:3 116:17
121:21 122:15 123:6

**error** 131:5

**essence** 61:2

**essentially** 64:21
99:3 124:19

**estimate** 26:19
117:22

**euphemistic** 66:9

**European** 8:8

**evaluated** 52:6 102:9

**evaluations** 132:13

**Evanston** 20:2

**evidence** 56:24 58:5
78:6,21

**evolved** 119:8

**exacerbating** 19:9

**exact** 60:24 118:10

**exam** 10:23,24 11:3

**examination** 4:21
146:14 150:19 157:1

**examinations** 10:10

**examine** 128:15,17

**examined** 4:20 50:11

**exceeded** 52:8

**excellent** 123:19,21
136:24

**excess** 109:18

**excessive** 136:22

**Excuse** 18:15 33:23
147:1

**executed** 28:18

**exhibit** 6:8,14,17
29:19,22 30:11 32:22
34:3 37:9,18 66:15,19
67:3 103:3,4 112:21
113:3 152:14 154:7,9
158:23

**exist** 93:4,16

**expect** 99:18 119:22

**expected** 124:24

**expenses** 31:10,13,
14

**experience** 7:24
11:22 41:15 44:10,19,
23 78:22 97:10 98:22
99:9 109:4,5,13
142:12 148:7,12,19,22
149:12 150:8

**experienced** 77:17
102:11

**experiencing** 42:6,22
91:7 102:14 131:15
149:9

**expert** 16:14,15,23
19:19 23:2,7 24:17,19,
21 26:4,20 27:21 31:5
32:2 34:3,14 40:13,14

121:1 141:11

**experts** 40:9

**explain** 8:5 11:10
12:19 58:22 60:18

**exposure** 84:23

**extent** 18:2 80:19

**extra** 65:8

**extremely** 46:21
116:14

**extremity** 145:2

**eyes** 83:16

**F**

**face** 31:8

**facility** 41:20 53:17

**fact** 33:7 47:12 49:3,4,
16 57:6,21 59:6,14,21
63:6 89:4 96:5 111:6
115:21 123:24 125:24
136:4,8,11 153:3

**factoring** 132:12

**factors** 19:10 82:13

**facts** 45:20

**fair** 14:16 36:16 68:14
86:14 87:9 107:14
114:9 118:3 148:6
159:6

**fairly** 48:14 61:5

**familiar** 5:12 67:6
87:2 101:12 113:6,8
114:5 144:2,11,13
152:16

**family** 98:3

**fashion** 49:11 80:6

**fastidious** 107:6

**fatty** 71:12

**fault** 137:11

**fax** 30:13

**February** 126:7

**feel** 80:24 81:2,10
85:15 124:23



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: feeling..Harvard

**feeling** 91:16

**feels** 133:7

**fellow** 13:8

**fellowship** 12:1 14:5

**felt** 51:13

**femoral** 47:2 68:10 71:20 72:7 74:22

**femur** 71:21 72:2

**Fentanyl** 83:14,17,21, 23 84:7,9,10,12,14,15 85:5,10 86:2,14,17 87:2,13 104:10

**fiberoptic** 63:14,22

**field** 10:12 13:20

**file** 33:3

**files** 32:19 33:6,8

**filmy** 71:12

**finagle** 89:23

**finally** 74:9 76:21 158:8

**find** 65:13 122:17 140:22

**fine** 49:12 67:10 92:9, 10 117:5 150:2

**finish** 92:1 119:5

**finished** 11:22 12:10

**Fire** 21:4

**firm** 5:1 6:12 28:6 31:19,24 34:1

**firstly** 45:9,24

**five-minute** 100:11

**flake** 75:1,13

**flap** 71:17

**flaps** 72:19

**flip** 68:19

**float** 74:16 75:4

**floating** 46:23 74:14 75:11

**fluid** 63:21,23 77:5,11 82:15

**fluid-based** 63:22

**focus** 9:14 14:17 15:21 126:17 145:1,9

**follow** 17:19 143:19

**follow-up** 40:12 132:13 143:8

**fooled** 71:8

**foot** 138:8

**forever** 132:22

**forget** 23:19 104:16

**forgive** 27:22 102:24 105:16

**form** 44:13 54:9 57:9 58:16 75:17 77:22 79:24 81:7 82:1 90:2 105:5 130:20 134:1 138:16 139:3 142:14 153:10 155:11

**formal** 28:15,18

**formally** 27:20,23

**forming** 154:10

**forms** 94:18

**found** 102:22 103:12

**foundation** 155:11

**founder** 12:17

**four-hour** 29:13

**frame** 119:3,6 135:3

**France** 8:7

**frankly** 83:12

**free** 62:13 71:16

**frequently** 48:18

**friend** 144:20

**fronds** 47:4 71:24

**front** 63:16,17 159:3

**frying** 72:13

**fueled** 136:22

**full** 6:5 97:1 103:7 116:21

**function** 102:10 107:10,11

**funny** 89:20 120:24 130:16

**furthest** 158:10

**fussy** 119:12

**G**

**gait** 13:16

**gaps** 10:3

**gather** 48:8 137:16

**gave** 52:6 86:4 156:13

**geared** 109:10

**general** 12:2,4 72:17 81:6,12,19,20 82:2,11, 14 83:11 95:16 112:8 115:13 119:17 134:20 138:10,11

**generally** 23:1 37:21 63:12,15,20 72:21 89:11 100:21 106:23 141:22

**get all** 74:7

**Ghosh** 5:4 24:17 41:18 42:9,17,23 45:6 49:21 51:15 52:4 53:6, 13,23 55:2,14 57:22 111:1,14 112:12 115:11 121:3 123:19, 22 125:20 131:10 132:9 136:23 137:17 143:22 144:8,9 147:8

**Ghosh's** 34:8,10

**Gilkey** 21:17

**give** 29:4 32:5 35:16 51:17 82:18,20 89:11, 14,17,24 90:8,20,24 92:14,16,19 93:4 98:11,18 99:21 107:1, 12 108:12,23 118:9 120:24 127:9 132:4 136:5 137:23 141:18 144:24 145:19 146:7

**giving** 84:22 86:2 92:9 99:2 108:6 118:23 119:9 132:1

**go-to** 117:14

**God** 93:9

**good** 48:3 49:18 50:5, 20 52:5 53:1 54:16 57:22 78:10 83:16 98:2 110:5,21,22 112:3,10 124:23 131:6 143:23 147:19

**Goodman** 20:15

**Gorsky** 25:20,21,22

**gosh** 27:15 128:17 130:15

**Gotcha** 29:6 85:3 95:22 122:8 129:15 134:16 142:1 150:16

**grab** 74:17

**grabber** 47:1 64:8 76:15

**grabbing** 64:4 74:14

**grabs** 74:15

**graduate** 9:1,12,19

**graduated** 9:17

**graduating** 9:22

**graft** 15:1

**gratuitously** 80:16

**great** 6:22 7:3 15:6 16:12 24:15 26:8 37:1 90:18 124:7,10 146:10 148:2

**greater** 26:15 89:4 97:14 120:10

**greatly** 119:8

**grievances** 34:14

**grossly** 57:20

**ground** 5:14

**grounds** 79:3

**Grove** 20:15

**grow** 61:8

**grown** 11:14

**guarantee** 35:16 127:14

**guess** 10:11 12:17 13:20 22:15 27:4 30:9, 16 36:3 37:17 45:10 54:18 56:10 60:8,11 65:6 69:8 78:7 81:4

83:17 85:23 86:17 87:16 91:20 93:17 95:20 96:23 103:24 105:18,24 106:4 113:12 120:24 126:21 129:16 151:9 157:20

**guns** 86:12

**gussy** 95:13

**guts** 138:9

**gutter** 76:4

**guy** 17:10 120:2

**guys** 11:6 36:23 39:9 138:5

**H**

**habituated** 137:11

**hairs** 70:15

**half** 88:7 90:9 91:1 107:23 126:7

**half-hour** 39:10

**Hammerl** 22:2

**hand** 29:14 66:14 112:15

**handed** 157:7

**handwritten** 113:22

**handy** 35:14

**hangs** 79:13

**happen** 51:18 74:8,23 75:13 124:5

**happened** 17:14 28:14 58:3 78:6 86:7 93:9 126:24 131:23

**happy** 127:1

**hard** 64:7 75:17 79:2 80:8 83:18 137:22 146:1

**hardened** 75:3

**harder** 141:6

**harm** 130:12

**harmful** 131:7

**Harvard** 12:1



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: hate..instruments

**hate** 18:17

**head** 26:1 85:14 136:12

**healing** 11:15 108:22, 24

**health** 99:2

**healthcare** 54:12

**healthy** 93:11

**hear** 70:19 76:10 128:20

**heard** 84:19

**heart** 83:3 107:7

**heavily** 14:5 61:24 62:10,15

**heavy-duty** 141:13

**heck** 54:15 80:14 109:21 147:22

**held** 12:23

**helped** 14:8 107:22 133:7

**helpful** 19:22 36:7 37:4 62:21 63:9 136:18

**Hernandez** 21:7

**herniated** 128:12

**high** 82:2 121:20 122:1,7

**higher** 135:9

**Hilton** 20:13

**hint** 152:22

**hip** 18:7 128:16,17

**History** 154:21

**hold** 35:9,11

**holding** 6:10 29:17 112:20

**holes** 47:8 61:6,7 64:14

**home** 35:21,22

**honestly** 28:19 115:18 116:6,11 131:1 154:17 159:3

**honorable** 28:23

**hope** 137:20

**hoped** 143:5

**Hopkins** 9:13,20,23

**horrible** 84:19 93:5 150:15

**horribly** 82:8

**hospice** 140:6

**hospital** 12:2 22:11 51:21

**Hotels** 20:13

**hour** 29:13 31:2,7,9

**hourly** 31:4

**hours** 46:10 50:19,22 91:14,22 94:8 96:15 101:23 102:4 105:3,10 110:7,8 121:10

**house** 97:17

**Howard** 4:10 5:2 29:14

**human** 8:24

**hundred** 5:11 151:10

**hurt** 61:9,20 62:1,16 81:11 95:14 100:1 125:22 142:21

**hurting** 124:11 143:2

**hurts** 125:17

**hydrocodone** 48:17, 19,23 49:2,13 50:24 51:7,23 58:7 89:11,14, 17,24 90:18 91:1,23 97:3,8,11,13 99:16 100:3 104:10 106:3 107:19 108:17 116:18 119:10 120:16 122:24 123:14 141:14,17 149:17

**hypothetical** 90:3 134:2

**hypotheticals** 58:19

---

**I**

**ibuprofen** 42:10,18 50:19 51:6 52:11

111:16 114:19,21 115:5,7,17 116:4,14, 16,23 117:5,7,9,20,23 118:1,11,12,24 119:19,22 121:21 122:1,10,14 123:6,11, 14 141:9 147:19 152:24 153:8,15,23 155:17 158:9

**ice** 48:1,7 98:7,8 107:22 108:17 117:14, 15,16,18 118:4 129:3, 4,5,8 145:10,11,20,22 146:3

**iced** 47:24 48:3

**icing** 146:3

**idea** 49:24 83:8,9 107:2 109:5 110:5 112:3,10 142:19 144:19

**identification** 6:17 29:22 67:3 113:3

**identify** 4:6 54:3,5 122:13 126:13

**IDOC** 34:14 112:22 113:17

**IDOC's** 152:17

**IDOC28** 112:23

**IDOC288** 112:23

**IDOC325** 113:19

**IDOC327** 152:15 153:13 157:6 158:9

**Illinois** 12:8,13 18:19 19:6 22:10 34:12,13 35:4 66:21

**Illness** 154:22

**IME** 18:22

**immediately** 9:9 42:7 127:15 129:19 149:10 154:16

**immobilizing** 42:24 131:11

**immune** 11:15

**Impact** 156:4

**impacted** 155:22

**impaired** 19:7

**impairment** 18:23 19:2,4,10,12,20 23:21, 22 24:4

**implantation** 15:19

**important** 131:24 132:1 138:9

**impossible** 107:4

**improving** 146:4

**inadequate** 57:20

**incarceral** 124:18

**incarcerated** 40:16

**inch** 59:3

**incision** 59:6 60:15 65:16 66:2,6,10 94:23 95:1,24

**incisional** 142:20

**incisions** 66:13

**include** 7:21 14:2 44:2 145:13

**included** 131:12

**includes** 115:14

**including** 108:17

**income** 26:20

**incomplete** 90:3 134:2

**inconvenient** 128:20

**incorporated** 12:12

**increased** 78:17 126:18 132:11 134:6 135:3,7 138:14 139:6

**increases** 135:21 136:9

**incredibly** 82:5

**incumbent** 52:3

**independent** 151:24

**indicating** 49:19 80:8

**indication** 96:16

**individual** 140:2,12, 18

**induces** 133:11

**impaired** 19:7

**induction** 87:14

**ineffective** 82:4

**inert** 130:11

**infection** 124:6,16 126:19 127:5 131:23 145:6

**infirmary** 45:10 111:14 114:20 115:8, 15 131:10

**inflamed** 133:15 134:14

**inflated** 77:5,15

**inflates** 63:21

**inflating** 77:14

**information** 7:14,21, 23 122:23 123:17 153:4 157:12

**informed** 153:3

**infusion** 94:9

**inherently** 46:2 97:22 98:1,12

**initial** 10:24

**initially** 10:15,21 58:8 75:5

**inject** 94:7,22

**injecting** 95:18

**injection** 95:24

**injury** 18:5 19:8 20:20 152:9,11

**innervated** 61:24 62:10,15 78:12

**inserted** 63:19

**inside** 75:8

**insignificant** 131:2

**insist** 146:6

**instructed** 90:10

**instructing** 13:11,21

**instructor** 13:2,8

**instrument** 61:17 64:2,4,15 74:15 76:18

**instruments** 63:24 64:9 65:2,4 66:4



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: insurance..loss

72:19,21 73:23

**insurance** 20:11 24:10 146:1

**interchangable** 65:1

**interchanged** 64:1

**interested** 28:11

**interesting** 75:20 133:6

**interfere** 108:21,23

**interim** 154:24

**interject** 36:5

**International** 8:9 15:18

**internship** 9:24 10:1

**interrupted** 60:10

**interruption** 151:2

**intimidating** 138:6

**Intravenous** 84:12

**introduced** 77:4

**introduction** 77:8,11

**invasive** 42:2 46:2,7, 13 47:7 55:5 58:23,24 59:7,16,17,21 60:2,5, 8,12,14,20,21,23 62:19 65:18 70:22 148:5

**invasiveness** 59:22 60:17 62:22 63:2,6

**involve** 17:5 46:10,11 72:19 151:20

**involved** 14:5 18:6 19:19 47:13 61:22 62:4 66:2,6 68:17,21

**involves** 61:19 133:17

**issue** 11:17 48:10 50:6 117:10 126:23 127:22 137:17

**issues** 52:17 99:23

**italicized** 122:21

**Iwona** 21:20

**J**

**jacking** 110:5

**Jackson** 108:1

**jail** 40:22 41:1,4,5

**January** 4:3

**JD** 11:4

**jeez** 95:20

**Jensen** 4:4,14

**job** 12:19

**Joe** 4:11 27:8 30:14 104:18

**Johns** 9:13,19,23

**joint** 61:17,19 93:15

**Joseph** 30:12

**judgment** 76:20

**judicious** 136:24

**judiciously** 145:12

**June** 115:1

**K**

**Kaplan** 4:10 5:3 29:16

**Karroll** 21:15

**Kenyon** 20:2

**kids** 139:13

**kill** 82:6 139:12

**kind** 10:1,24 11:14,16 13:6 14:7 15:24 23:6 25:19 27:23 46:16,22 47:3 48:2,23 52:1 56:23 57:18 59:5,9 66:9 69:16 71:11,23 73:16,17 74:15,24 75:3,4 80:6,8 84:13 85:2,7,14,15 86:6,7 87:12 88:15 89:10,19 90:20 92:23 105:20 107:6,12 114:6 118:6, 16 124:14 125:14,21 126:20 130:6 131:5 132:20 133:5,18 134:18 136:12 137:24 138:6 148:19,23

**kinds** 62:8 72:5 93:1,2

**Kirkland** 4:8 5:2

**Kleiber** 21:15

**knee** 14:2 18:7 41:24 42:8 43:1,4 46:1,12, 20,23,24 47:14 49:23 59:15 61:14,21,22 62:6 63:7,12,17,18,19, 21 64:23 65:16,24 66:4 68:1,6,7,22 69:3, 4,6,17 70:2,3 71:10,11 73:17,23 74:14 75:4, 11,15,22 77:5,14 78:9, 22,23,24 79:4,7,12,16, 23 80:7 88:2,3,6,8 89:5 92:14,24 93:1,10, 19,21 94:12,15 95:4, 21 97:8 100:4 109:20 121:5 124:2 125:4,9, 14 127:7,23 128:16 131:11 132:12 133:15, 16 148:3 150:22 151:5,12,13,21 154:24 155:3,15,18 156:7

**knees** 62:4 95:18

**knew** 116:5

**knife** 66:11

**knowledge** 7:15 10:11 28:17 35:7 41:15 44:19,24 98:22 148:23 149:13 150:9 158:4

**Kolovos** 21:11

**L**

**labeled** 35:1

**laboratory** 13:17

**large** 119:23 121:16

**larger** 138:7

**lateral** 46:8 62:12 64:17 68:2,6,8 69:19, 22,24 70:1,9,17,20 72:8 76:4 151:14

**law** 5:1 6:12 34:7 99:14

**lawsuits** 152:9

**lawyer** 25:10 26:5 27:12

**lawyer's** 25:24

**lawyers** 17:17

**learn** 13:24 27:5

**leave** 50:15 82:16 83:1 131:6,7 133:21 143:9

**leaving** 130:8,10,18 155:21 156:6

**left** 55:22 70:1,2 76:16 91:12 112:1,4,10 130:2,5 151:13 158:10

**leg** 110:3 124:14 127:14 128:9,12

**legal** 4:4 28:24

**Leger** 21:24

**length** 132:15 137:10 140:23

**lengths** 90:19

**lesser** 120:10

**letter** 6:23

**level** 10:11 124:7

**Levy** 20:11

**licenses** 11:8

**lidocaine** 82:5 94:12

**Life** 20:11

**ligament** 61:19 62:6,9 70:5 71:7,9 93:23

**Ligaments** 62:9

**ligamentum** 71:6 78:11,13

**light** 63:14,22

**limited** 57:6 129:11

**limits** 149:21

**lining** 71:10

**link** 123:1

**list** 14:14 19:18 34:21 35:7,15 41:12 43:18 44:4 146:21

**listed** 16:17 22:6 34:21 37:20 52:14

56:14 115:22 122:23

**listing** 34:5

**lists** 37:19

**literature** 37:24 94:1

**Litigation** 4:5,14

**live** 31:2 144:22

**liver** 141:2

**liver-metabolized** 141:3

**LMA** 82:22

**local** 81:17,23 82:4 92:14,17,19 93:4,14 94:15,19,23 95:17 96:4,10,17

**Lombardo** 4:11 18:14 35:23 36:5,22 37:2 44:13 54:9 57:9 58:16 77:22 79:24 81:7 88:20 90:2 100:19 103:7 104:17,22 105:5 130:20 134:1 138:16 142:14 143:8 147:11 150:20 151:4 156:16 157:7,19 158:19 159:8,17

**long** 23:12 39:7,12 41:6 44:8 54:9 69:14 77:15 79:4 100:9 104:1 109:24 126:20 132:20 147:5 148:21 155:6

**longer** 50:15 99:15 134:14 143:4

**longitudinally** 66:12

**looked** 38:14 45:14 50:5 108:10 113:10 126:19 154:17

**loop** 129:16

**loopy** 90:12 136:3,12

**loose** 46:22 64:6 68:3, 11 71:23 74:9 75:11 76:4,16 78:3 79:10 151:21

**Los** 21:20

**lose** 33:14

**loss** 106:11


JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: lost..Motrin

**lost** 156:5

**lot** 16:10 17:6 20:23 24:2 28:19,20 48:23 49:10 52:2,9 58:7 61:23 86:3,10 87:3,12, 15,22 95:2,3 98:9 107:24 108:20 109:21, 22 120:24 127:11 141:3 143:1,3 145:5 147:22

**lots** 51:17

**low** 43:1 131:12,16 147:23

**lower** 145:2 149:23

**lucid** 86:13 106:4 108:13

**Luis** 18:20

**lying** 113:9

**Lyon** 8:7

---

**M**

**M.D.** 4:18 9:15,17 34:15 65:17

**machines** 145:22

**made** 61:3 63:16 74:20 75:5,7 123:22 147:16 156:13 157:8

**main** 53:2 126:23

**major** 8:13,22,23 56:9

**majority** 118:20

**make** 15:14 33:12,14 36:22 59:19 60:22 61:15 62:18 65:8 68:19 82:13 85:15,18 95:13 99:22 102:24 108:6 123:2 125:22 128:13 133:18 134:10, 23 135:10 136:3 157:3

**makes** 58:22 59:7 90:12 131:1

**making** 60:15 128:12 138:12

**malpractice** 18:3

**man** 119:23 120:5

**managing** 105:14

**manifested** 58:11

**manipulate** 79:22 80:3

**manipulation** 78:24

**marathons** 125:2

**marble** 75:4,18

**marbles** 74:13

**Marcaine** 82:5 95:4 96:11

**March** 121:5 140:21

**mark** 29:19 52:5

**marked** 6:13,16 29:21 67:2 113:2 154:8

**market** 24:3

**marking** 6:14 66:19 112:20

**Marriott** 22:20

**Martinez** 20:9

**Marziarz** 22:16

**mask** 82:22 132:5

**Mass** 12:4

**Massachusetts** 12:2

**materials** 34:5,18,20 35:8,12

**math** 154:5

**matter** 5:4 18:20 27:5, 21 29:1 31:15 32:2 35:8 43:19 46:13 60:20 82:1 94:13,14 97:15 98:18 128:10,19

**matters** 49:12

**maximum** 91:9,13,20 122:9,10

**meaning** 57:13

**means** 10:9 27:23 98:14 130:23 152:1

**meant** 70:18 71:20 116:6 148:13

**medial** 47:2 62:5 68:10 71:16,20 72:6 74:22

**medical** 9:13 12:1 16:14 18:3 34:11,12 41:14,18 45:6,7,23 53:6,14,24 54:3,20 55:2,15 66:20,21 67:12 83:3 97:19 102:23 103:13,14,15 105:4 114:6,13,17 115:6 123:17 129:23 131:13 132:10 136:23 147:8 150:13 156:14 158:1

**medicated** 107:11

**medication** 42:21 43:3,9,12 55:1 57:24 88:16 89:1 106:20 107:16 109:2 111:15 112:21 113:11 120:20 129:10 139:3 142:7 147:17 152:13,17 153:5,9,14 157:10,13, 17

**medications** 48:2 111:3 115:13 118:15 144:24 145:12,13,17

**medicine** 8:8,9 11:9, 11,17 12:3,9,13 13:20 50:21 57:15 82:18 89:20 98:6 99:3 102:9 106:9,15 109:17 118:11 144:17 145:1

**medicines** 43:8 52:7 89:2,8 109:11 111:19 125:7 137:1

**medium** 63:23

**meds** 49:15 54:23 110:5 125:17 141:6

**meet** 4:24 38:16 130:9,12,15 146:12

**meeting** 39:12,14

**meetings** 39:23

**meniscal** 14:21 61:10 68:7,8 72:7 88:10

**menisci** 93:22

**meniscus** 46:11,19 61:10 64:3,12 69:15 70:18,20,22 71:1 72:15,22 73:8,24 78:3 95:21

**menisectomies** 46:9,21 72:18 151:15

**menisectomy** 14:20, 24 46:9,17 64:10,11 68:2 70:22 88:8,9 94:16 134:7

**mention** 136:20

**mentioned** 20:1 25:2 49:6 64:18 88:1 93:3 119:4 120:17 124:4 147:20 152:22

**mentions** 122:22

**messages** 30:14

**met** 38:18,24 144:9

**metal** 69:13 94:12

**metaphysical** 81:9

**method** 31:21 105:14

**methods** 108:17

**Michael** 108:1

**microfracture** 47:8 61:5 62:2 64:14 88:9

**middle** 67:16 77:1 99:18 121:17 158:9

**midst** 136:21

**migrated** 13:7

**milligrams** 48:16 50:23,24 51:3,5,7,22 87:7 111:16 116:13,23 120:2 121:10 122:1,11 123:11,13 149:20 153:15

**millimeters** 68:9,10 69:14

**mind** 37:10

**mine** 122:19

**minimal** 59:22

**minimally** 42:1 46:2 55:5 58:23 59:7,16,17, 20 60:5,14,20,21,23 62:19 65:18 148:4

**Minnesota** 20:11

**minor** 46:21 55:4 56:1,6,7,10,13 57:4,7 58:11 65:15,17,20,22, 24 68:17 80:20,23

**menisectomies** 84:7 85:11 89:5 97:14, 16 102:22 103:12,21, 24 105:16 106:1,4,12, 19 107:3,10 118:19 131:14 142:22

**minor-moderate** 105:22

**minute** 150:18 156:17

**minutes** 39:13 100:7, 10 143:5

**mischaracterizes** 44:14 147:11

**mishear** 96:1

**missing** 33:12 128:7, 13,18 146:8

**mitigating** 19:9

**mode** 48:1

**moderate** 55:9,16,19 56:16,19 57:8,15,19 58:15 89:1,2,7,19 98:9 103:24 105:15,17 106:4,12,19 107:3,10 121:22 122:15 123:7, 10 131:17

**moderator** 8:8

**modification** 111:19

**modifier** 55:23

**Mohamad** 20:13

**monitor** 92:10

**monitoring** 52:1

**Montalbano** 22:10,12

**month** 20:19 129:23 159:1,5

**month's** 121:5 140:20

**months** 16:4 25:8 27:16,17 39:6 126:7, 10 129:18 132:19

**morning** 50:13 110:16,20

**morphine** 84:2 93:17

**Morton** 20:15

**motion** 132:12 134:19

**Motrin** 50:17,18 51:3 52:19 111:15,16



112:13 114:19 115:11
123:19 140:21

**move** 54:24 79:19
80:7 124:20

**movement** 124:18
125:9

**movements** 5:16

**moving** 59:14 88:13
97:1 132:8

**mucosa** 78:11,13

**mucosum** 71:6

**multiple** 33:8 52:21

**muscle** 59:5 60:16

**N**

**nails** 107:8

**narcotic** 52:23 104:5
118:5,14 145:20,21
149:16,23,24

**narcotics** 51:17
52:12,18 85:6,12,14
105:10 112:8 117:16
118:20 119:12 121:22
122:16 123:7 139:17
149:22

**narrative** 68:13

**nature** 100:22 109:12
149:3

**necessarily** 17:4
20:23 40:14 87:1

**needed** 49:5 79:7
98:14 109:6 117:21
147:15

**needing** 150:2

**needle** 83:10

**neglected** 50:8

**negligible** 88:15,24

**nerve** 46:19 47:6,9
59:14 73:6,7,12,14,24
74:2,4,5 94:2,5,6,8,10
95:8,9,15,19

**nerves** 95:9,19

**nerving** 73:9

**neurologic** 136:10

**night** 99:18 102:22
103:13 110:20

**nod** 5:16

**non-opioids** 140:4

**nonarthritic** 78:23

**nonprosthetic** 94:11

**nonsteroidal** 52:18,
24

**nonsteroidals**
117:11

**Norco** 42:5 90:8 97:3,
20 101:7,14 120:11
147:18 149:8

**Northwestern** 13:2

**notch** 62:9

**note** 47:21 49:7 50:16
96:21,22 103:16 105:4
110:10,19 113:22
116:3 144:4 152:23
154:12 155:4

**noted** 49:23 76:4
132:13

**notes** 36:19 38:11,13
39:24 40:1,2,4 45:11
49:14,15,17 56:3
100:20,21,23 122:19
149:1 154:10,12

**notoriously** 141:5

**NSAIDS** 108:17,19,
21,23

**numb** 95:2,9

**number** 19:10 29:16
33:6 37:19 41:24 42:4,
9,17,23 43:5 45:5,14
47:18,19 68:1,2,3,8,9
73:14,16 100:17
104:16 114:14 115:16,
18 118:3 122:3 147:7

**numbers** 118:10

**numbs** 94:8

**nurse** 47:21 49:14
50:6,10 51:10 110:11
130:6

**nurse's** 45:11 49:17
103:15

**nurses** 54:21,22
114:10 147:19

**O**

**O'HARA** 4:8,22 5:1
6:8,9,19 18:15 29:14,
17 30:1,3 36:4,6,8,24
37:4,5 66:14,18 67:5
100:6,11 101:2 104:18
105:1 112:15,19 113:5
143:4,9,15 150:16
153:10 155:11 156:17
157:2 158:22 159:6,15

**oath** 101:4 143:17

**object** 44:13 54:9
77:22 81:7 90:2
138:16 153:10 158:22

**Objection** 57:9 58:16
79:24 105:5 130:20
134:1 142:14 147:11
155:11

**objective** 106:10,12
109:5

**objectively** 109:15

**obscure** 129:2

**obstreperously** 86:7

**obvious** 125:21

**occasional** 83:7

**occasions** 145:19

**occurred** 123:24
126:1 139:11

**occurs** 63:11 144:19

**October** 41:22 42:1,7
43:4 115:10 126:5
153:24

**OD** 100:2

**offer** 58:13 107:19

**offhand** 17:14 35:6,17

**office** 31:22 38:22

**on-site** 38:19

**one-page** 36:21

**open** 46:20 61:18 62:6
63:8 79:16

**opening** 46:12

**operate** 13:14 64:23

**operating** 45:14
63:13 77:4 87:19

**operation** 77:24

**operations** 77:20

**operative** 67:18
96:20,22 144:4 154:12

**opiates** 138:13

**opine** 55:8 131:16

**opinion** 23:5 45:5,8,
18,21 48:6 53:6,10,13,
23 54:6 55:8,14,24
56:15 57:5,6 77:16
103:14 105:21 111:20
121:3 130:8 132:24
135:6 137:2 139:24
147:4,7 148:7,10
149:4,12 150:10
155:21 156:1,2
157:16,20,22

**opinions** 29:5 37:14
41:13,14,17 43:15,18,
20,23 44:5,9,23 45:3
53:18 55:6 56:14
58:14 146:22 154:11
156:10,13

**opioid** 43:9,12 48:21
90:22,23 120:18
135:7,9 136:21 137:1,
5 138:15 140:1 142:7

**opioids** 117:9 135:4,
21 136:1,2,9,15,20
141:13 145:13

**opposed** 31:20
152:21

**opposing** 30:12

**option** 107:19 108:16
129:9

**options** 127:18

**oral** 10:23

**order** 61:17 114:21
158:12 159:14

**ordered** 48:22 49:16

**original** 158:11,20

**orthopedic** 10:5 12:2,

21,22 13:21,21 16:2
98:24 154:10

**outcome** 31:16

**outer** 70:2

**outpatient** 41:3 84:11

**over-the-counter**
145:17

**overdo** 124:24

**overdoing** 125:1
126:18

**overly** 107:6

**overmedicate** 85:7

**overmedicated**
52:10

**overnight** 110:15

**overprescribe** 99:16

**oxycodone** 89:15

**P**

**p.m.** 4:3 49:6 100:14,
18 103:18 104:1
143:11,14 151:3
156:18,22 159:11

**P450** 141:2

**packets** 114:18

**packs** 146:3

**paid** 17:12 19:16
29:10 31:24

**pain** 14:24 15:23 16:7
42:3,6,22 43:7 47:12,
13,20 48:1 49:15
51:10 55:4,10,12,16,
21 56:1,4,6,8,10,12,
13,16,23 57:2,7,8,14,
16,19,24 58:1,5,9,15
59:4 60:4 61:1 72:24
73:2,15,18 77:2,9,11,
17,21 78:2,3,4,6,14,
17,22 79:5 80:19,22,
24 81:10 84:7,13,15,
22 85:5,11 86:3,10,15,
16,21,22 87:5,10,19
88:14,16,23 89:5,7,15
90:11 91:7 93:3,14,18
94:3,4,5,11,14,18
95:15 97:4,10,14,16,



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: pain-free..possibility

24 98:6,8,9,10 99:3,4,
10,17,18 102:9,10,12,
15,22 103:12,19,20
105:9,15 106:1,3,11,
16,18,20,23 107:15,23
108:11 109:2,10,17,
18,21,22,24 110:3,8,
12,17,18,19,22,23
111:7,10,12,19 116:15
118:11 121:5 123:22
124:2,9 125:7,15,17
126:1,4,8,14,18 127:5,
14,15,24 128:2,9,12,
16,22 129:17 130:11
131:14,18,22 132:2,4
133:2,11 136:2 137:1
140:8,16,24 141:6,15
142:5,9,13,17,18,22,
24 143:1 144:18,19,
20,24 145:2,5 146:4
147:10 148:6,14,15,16
149:9 150:15 155:1,16
156:7

**pain-free** 73:4,5
119:2

**pain-inducing** 60:18,
23 62:18

**painful** 60:22 61:4,16
81:5,10,14 82:19 98:5

**painfulness** 63:3,4

**painkiller** 83:23

**painkillers** 102:1
104:5

**painless** 73:21

**pan** 72:13

**Panatera** 25:13 27:8
30:12,14 32:23 39:3,4

**panel** 19:13

**paper** 14:21 15:1 30:8
32:5,21

**papers** 7:11 15:7,15
68:19 84:18

**paperwork** 28:15
31:9

**paragraph** 53:5,9
65:14 77:1 97:2 103:7
121:16 123:20 135:1

**paraphrase** 45:22

**part** 6:24 7:1,4 11:5
15:20 18:6 19:11
40:15 53:10 59:6
61:10 69:8 70:3,4
71:21 72:8 73:13,14,
18 74:11 80:7 87:17
98:2 109:12,13,14
113:14 117:4 125:6
129:13 132:3 137:16
141:20 142:2 148:10

**partial** 46:9 68:2,8
117:14,17 151:14

**partially** 7:9

**parts** 29:5 30:10
67:12 73:20,24 77:24

**party** 40:15

**Paschen** 18:21

**pass** 10:9 11:4

**past** 16:18 18:9 40:21

**patches** 84:9,16,21

**patella** 62:14

**path** 137:22

**pathology** 69:5

**patient** 22:12 23:10
24:7 47:20,23 49:18
50:8 52:6 55:22 82:2
83:7 85:11 86:12 90:6
92:10 97:24 99:9,17,
23 102:10 108:8,10
109:2,6,12,14,16,20
110:21 115:5 118:8
119:20,24 125:11,13,
19,21 127:3,16 128:8,
11,14 138:1 140:13

**patient's** 57:24
107:15

**patients** 20:23 24:9
40:20 48:1 53:21
78:17 81:12,16 88:16,
24 89:2,4 90:7,8,10
92:1,8 97:8,10 100:4
105:14 106:1 108:5,16
109:23 111:10,11
117:15,22 118:3,14
119:1,10,12 124:8
127:4 129:9 132:1
135:8 140:14 142:12,
23 144:17,20 152:3,6,
8

**paused** 139:9

**pay** 26:6 28:19 87:11,
22 146:1

**pediatrics** 119:13

**pen** 158:18

**pending** 6:4

**Pension** 20:15

**people** 8:10 16:6,22
17:16 28:23 33:5 49:9
51:13,17 52:10,21
61:1 62:4 71:8 75:2,
17,18 79:21 81:19
82:19,20 83:9 84:15,
21 85:6,7,15 86:5
87:1,16 89:11,13,15,
17,18,19 90:16,17,19,
20 91:1,17 93:4 94:2,
5,7,10,14,21,22 95:3,
12,17 96:7 99:24
109:8,18 110:2 112:7
114:11 124:12,23
127:12 128:19,21,22
130:13,14 133:19,21
136:3,5,15 137:15,23,
24 139:2,8,12,15
141:13,15,16 142:16
145:4 149:18

**percent** 19:10 26:22
72:18 73:4,5 124:15
127:15

**percentage** 26:19

**perception** 86:11
140:24 141:21

**perfectly** 52:24

**perform** 88:4 146:14

**performance** 68:24

**performed** 32:8
41:21 53:17 65:16
67:21 68:14 71:16
88:3 151:6

**period** 23:5 54:15
84:8,15 89:3 124:7
133:20

**periodicals** 37:12

**perioperatively**
84:23,24 87:15

**peripheral** 61:9 73:18

**periphery** 61:16
73:10 74:7 79:17 80:8

**permanently** 127:16

**permit** 43:1 131:11

**person** 14:23 18:18
32:11 38:24 93:10,11
109:16 152:20

**personal** 18:5 20:20
152:9,11 158:4

**personally** 146:11,16

**perspective** 128:6

**persuasive** 45:24
48:6 51:9

**Pettigrew** 22:18

**pharmacologist**
123:16

**pharmacology**
141:11

**phone** 30:18,23 38:20
39:7,18 99:15 109:17

**Phonetic** 25:16

**phrase** 55:19

**phrased** 89:10

**physical** 5:16 43:1
132:9 133:1,5,6,7,9,
10,11,14,17,19,22
134:19,21 147:24
148:1

**physician** 12:24
19:21 23:17 40:14,21
107:3 151:24

**physicians** 109:1

**pick** 87:23

**picks** 64:13

**picture** 52:4 63:23

**piece** 64:7 69:13
74:24

**pieces** 30:7 46:11
64:12 70:23

**pills** 91:20 128:23
136:5 152:20

**pins** 64:14

**place** 28:6 76:15
140:6

**places** 33:4

**plain** 118:4

**plaintiff** 4:9,10 5:3
23:13,15 24:5,6,8,22
51:15 53:16 55:3
131:10 132:9

**plaintiff's** 6:14,16
22:6 23:3 29:19,21
30:11 34:7,9,11,12,13
67:2 112:21 113:2
152:14 154:8 155:9

**plaintiffs** 152:9

**plasma** 11:13

**platelet-rich** 11:12

**play** 62:24

**Poierier** 21:7

**point** 6:3 28:5 35:12,
18 48:8,11 49:1 50:1
51:2 66:1 72:14 80:11
117:20 119:8 124:12
131:24 137:16 138:6,
12 143:1 146:12
148:20

**pointed** 52:13 104:15
135:2

**pointing** 107:9

**points** 53:2 143:19

**poke** 61:6

**poked** 47:8 142:21

**Police** 20:15

**Pontiac** 34:24 35:1,3
105:3

**pops** 25:24

**population** 115:13

**portal** 74:18

**portals** 92:17

**posited** 120:2

**position** 12:16,23
100:21

**positioned** 63:14

**possession** 139:14,
16

**possibility** 99:9
140:19



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: possibly..ratings

**possibly** 19:19 99:21
115:2 124:5

**post-arthroscopy**
48:13

**Postal** 22:2,4,18

**poster** 15:17

**postoperative** 42:12,
20 43:7 47:22 55:4,10
56:4 57:7,8 68:4,7
116:15,19 133:20
140:8 142:5,9,18

**postsurgery** 144:18

**postsurgical** 15:23
133:2 142:13

**potential** 49:13
135:18

**practice** 5:10 12:6,11,
22 13:7 14:4,6 49:9
88:6 92:22 98:23
119:14 131:4 144:22
145:1

**practiced** 106:9

**practices** 133:12

**practitioner** 12:12,20
99:2

**practitioners** 136:23

**pre-** 68:4

**preachy** 137:20

**precaution** 97:4,21,
22,23 98:22 100:4

**precautionary** 99:4

**preop** 87:20

**preoperative** 68:6
156:11

**preparation** 38:5,7

**prepare** 17:3

**preparing** 38:16

**prescribe** 51:24
84:10 97:7 100:3
106:20,21 122:12
129:12 133:8,10

**prescribed** 51:4,5,21
84:7,8 92:2 97:3,13,
20,23 99:8 101:13,16
107:18 111:3 112:13

**115**:11 116:6 120:6
121:4 122:7 129:10
145:14 147:23

**prescribing** 106:15

**prescription** 51:4
89:24 92:1 98:21
121:20 122:1,3,4,6
132:24 153:18,23

**prescriptions** 91:5
136:22

**present** 39:14,17
154:21

**presentation** 15:17
37:20

**presentations** 7:11
8:3,6 37:15

**president** 12:18,20

**Presley** 108:2

**pretty** 7:7 13:9 24:9
35:15 37:23 45:15
50:20 52:23 54:21
57:2 83:2 116:7
120:12 124:23 125:12
126:24 128:8 148:1
155:13,19

**previous** 25:6 39:17
147:12

**primarily** 48:1

**primary** 14:16 45:17
47:24

**Princeton** 8:19 9:1,10

**prior** 16:13,15 24:24
38:18,20 39:1 56:24
138:18 140:19

**prison** 40:22 138:5
158:5

**prisoner's** 152:20

**prisoners** 41:5 53:21
124:19 139:7 153:5
157:9,13,17

**private** 12:5,12

**privilege** 100:22

**PRN** 50:19 98:13,14,
15 111:3 114:21

**probe** 69:6,8,11,12

**problem** 52:7 74:4
137:9,21

**problems** 43:5 142:4

**procedure** 14:22
41:21 42:2 45:24 46:3
53:17 55:5 56:7,13
58:23 59:16 60:2,6,15,
21,23 61:15 62:19
65:16,18,21 68:13,17,
21 73:21 76:1,2 77:3
78:16,20 79:12 80:20
81:5 82:19 90:15 93:7
94:11 95:4 98:5
106:22 107:13 108:19
118:7 133:16 134:4
142:19 148:5

**procedures** 5:12
56:6,10 59:18,23 61:1
62:23 67:21,23 77:18
81:17 88:3,4 91:24
151:20 158:5

**proceedings** 159:12

**process** 71:17 74:12
87:15

**Prodromos** 4:2,18,23
6:7,20 29:18 30:11
35:24 100:20 113:7
143:16 150:21 151:5
154:9 157:3

**produce** 26:4 59:4
60:4 63:23

**produced** 26:11 73:1
77:2 88:14,23

**production** 11:1

**professional** 7:18
11:7 54:13

**professor** 13:1,3

**prolonged** 135:5

**pronouncing** 15:10

**proper** 78:8 117:7

**proportional** 82:18

**protected** 125:5,6
145:3

**Protection** 21:5

**protective** 145:21

**protocols** 93:1,2

**provide** 19:22 23:19
28:6 35:24 37:7

**provided** 35:23 41:20
53:16 54:13 55:2,15
66:20 131:10 156:11

**providing** 21:3 42:24

**Psychiatrists** 135:18

**psychoactive** 52:15,
19,21 112:9 135:2,7,8,
21 136:16

**psychoactives** 135:6

**PT** 132:16 133:13

**publication** 14:17
16:10

**publications** 7:24
14:14,18 37:19

**publish** 15:7 16:1

**published** 14:19,21
15:1,15,22 37:12

**pull** 69:12,15 74:16,17
76:15 121:11

**pump** 93:18 94:4,9,
11,14,15,19

**pumps** 63:20 93:4,14
94:5 95:16

**puncture** 63:18,24
78:5 96:5,9

**punctures** 46:3 59:2
62:14 63:16 64:20
65:10 66:3 95:2 96:2

**puncturing** 66:11

**push** 125:15 149:24

**put** 59:4 61:12 63:24
65:1,2,3 79:10 81:12
82:7,10 92:17 94:9,12,
13 95:3 96:4,12,13
108:9 110:2 117:18
128:1 131:21 148:17
155:2,17

**puts** 69:3,14

**putting** 26:8 70:17
85:1 87:16 95:18,24
137:19

**Q**

**Q4h** 116:23

**Q6** 102:5

**Q6h** 101:16,22,24

**QH** 116:24

**quantitatively** 123:9

**quarter** 59:3 151:11

**question** 5:20,21,24
6:1,4 7:20 16:19,20
38:2 49:1,16 56:2
67:14 72:21 75:15
81:4,9 86:17,18,19
90:24 111:22 115:4
121:12 129:17 138:18
141:24 147:3 150:5

**questioning** 143:6
155:20

**questions** 5:15
17:10,12 159:7

**quibble** 123:16

**quick** 81:19 100:7
134:13

**quieted** 134:11,12

**quote** 37:15 44:10,11
45:22 49:18,23,24
50:2,4,18,19 51:10,11
69:9 110:11,21 121:15
155:14

**quoting** 54:22

**R**

**R.N.** 103:19

**rally** 143:5

**range** 18:13 59:22,23
60:2,7 106:16 132:12

**ranges** 88:15,24

**rare** 140:10

**rated** 105:9

**rating** 18:23 19:2,4,
12,20

**ratings** 23:21,22 24:4



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: ratio..rid

**ratio** 149:23

**re-ask** 150:6

**re-summarize** 150:7

**reach** 17:16

**reached** 27:8

**reaching** 45:8,20

**read** 5:22 41:16,23
44:19,20,22 67:23
68:4 83:18 84:18
85:22 102:16 114:22,
24 116:3,5,6 154:9,12,
20 156:20 158:12,17
159:5

**readily** 123:1

**reading** 44:8 117:2
146:18,19

**reaffirm** 56:22

**real** 59:6 127:22
137:21

**realize** 86:6

**reason** 22:7 48:15
49:11 75:3 80:12
81:24 96:8 135:4
137:15 139:9 144:19
149:17,19 152:9

**reasonable** 41:14
101:20 156:14

**reasons** 61:2 92:19
95:7

**rebound** 95:8

**recall** 20:2,4 21:3 33:2
35:6 132:20,21 157:10

**receive** 10:13 32:16
111:4

**received** 29:7 33:16,
23,24 83:13 96:17
110:24 114:18 115:7
121:21 132:16

**recent** 16:9

**recently** 11:14 23:24
26:13 41:8 65:3

**recess** 156:19

**reclassified** 90:23

**recognize** 6:20 30:2,6
113:13

**recollection** 33:1

**recommended**
122:10

**reconstruction**
13:23 62:7 88:9 90:15
91:10 106:22 142:17

**reconstructions**
8:10 14:7 142:23

**record** 4:1 5:6 6:6
30:3 45:23 67:13
96:16 100:14,18
114:13 115:7,12,21
121:11 129:24 138:23
143:11,14 150:13
151:3 152:13,17
156:18,20,22 159:11,
13

**recorded** 57:23

**records** 30:21,22
32:5,7,14 33:4 34:11,
12,23,24 35:3 44:11
45:9,16 54:15 66:20
67:6 97:19 101:18
102:23 103:13,14,15
112:22 113:11 114:13,
18 123:23 125:24
126:3,13,22 132:11
140:22 154:8 158:2

**recourse** 99:19

**recover** 82:7

**recovery** 83:14 85:2,
23 86:1 87:20,24
102:17,18,19,20
155:23 156:4

**redundant** 33:10
65:22

**redundantly** 33:13

**refer** 133:22

**reference** 37:12
108:1

**referenced** 37:16

**referred** 61:4 132:9,
16

**referring** 70:21 75:23
129:18 135:17

**refers** 63:6

**refill** 109:17

**reflected** 5:18

**reflects** 111:7

**refresher** 5:15

**regenerative** 11:9,
11,17

**regional** 81:21

**regularly** 88:4 97:7
110:8 111:7 140:21

**reimbursed** 31:10

**relate** 50:7

**relating** 30:7

**relative** 78:18 125:1

**relaxed** 85:15

**release** 62:12 64:17
131:9

**released** 16:3 111:13

**relevance** 137:4

**relevant** 29:5 36:12
37:3 49:5 54:13,14
106:19 115:3

**relied** 38:2 48:5
150:10

**relief** 48:1

**relies** 37:13

**relieve** 86:15,21

**rely** 36:11 37:20,23
45:20

**remember** 8:14 10:22
12:14 13:9 17:14
19:23 20:22,23 22:12
23:13,14,24 25:19
26:10,11 27:16,18
28:16 30:7 39:5 67:13
104:13 128:9 129:23
154:17,18

**remind** 101:3

**remote** 128:7

**removal** 68:3 151:21
155:20

**remove** 47:1 64:6
71:16

**removed** 46:22 74:9
75:22 76:5,6,7,12

**Removing** 78:3

**repair** 15:18 88:10

**repairing** 108:21
118:2

**repairs** 134:5

**repeated** 5:21

**rephrase** 5:24 54:18
65:19

**replacement** 93:13

**replacements** 92:24
93:2

**report** 6:24 17:3,13
21:3 26:5,7,11 34:4,14
40:13 41:11 44:1,2,5
45:13,17 53:4 56:15
58:13 65:13 67:18
68:16 70:10,11 75:21
76:24 80:19 88:13
97:1 103:4 105:24
113:15 116:12 146:11,
16,17 150:21 157:4,
12,23

**reporter** 4:13 5:5,22
42:13 159:14,16

**reports** 17:11

**represent** 4:7,9 5:3
83:20 91:22 135:4

**representation** 7:17

**representations**
157:8

**represented** 158:14

**represents** 44:4

**reputation** 144:6,13

**request** 37:10 111:4
123:2

**requested** 37:11
156:21

**require** 97:11

**required** 10:15

**requirements** 10:20

**research** 13:5,15,16,
19

**reserve** 150:18 159:8

**residency** 10:22

11:23,24

**resident** 13:23 80:15

**residents** 13:13,14,
18

**resistance** 137:22

**respect** 70:13

**respiration** 121:2

**respirator** 98:17

**respiratory** 89:16
91:19 108:4 120:5,11,
22 121:23 137:7

**response** 29:18
30:10 37:14

**responses** 11:15

**responsibilities**
12:20

**responsibility** 125:8
128:23

**responsible** 54:12

**responsive** 106:8
107:15

**restrict** 137:24

**resulted** 55:4

**retained** 17:2,8,23
26:4 27:20,23

**retainer** 28:18

**retinacular** 62:12

**retinaculum** 62:13

**retired** 13:4

**return** 45:12 121:12

**review** 16:23 29:4
30:18 32:6,12 34:1,20
35:5 39:22 40:6 44:11
148:24

**reviewed** 30:22 32:17
34:5,18,22 35:8,12
36:9,10,14 37:7 38:6,
11 40:2 54:14 94:1
113:14 158:2

**reviewing** 17:9 28:11
30:21 32:19

**revved** 141:4

**rid** 109:19



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: Rider..stamps

**Rider** 29:18 30:11

**ring** 18:17

**risk** 80:10 82:1,2,13, 17 120:10 121:23 134:6 135:3,7,9,21 137:4 138:1,14 139:6, 17,19 141:19

**risk-benefit** 140:13

**rob** 139:12

**robbed** 139:17

**role** 12:24 65:7

**room** 79:22 83:14 85:23 86:1 87:19,20, 24 102:17,18,19

**root** 109:20 110:4 128:24

**rotating** 10:1

**rotator** 108:22 134:4

**rough** 78:8

**rubric** 46:6

**Rule** 6:11

**rules** 5:14 19:5

**ruling** 129:1

**run** 107:1 128:12 137:24

**running** 114:7 125:1

**Rush** 11:24 13:2,4,11

**S**

**S-T-I-E-P-F-O-L-D** 25:23

**safe** 55:3,15 57:6

**SAITH** 159:18

**Samuel** 65:17 67:20

**scale** 47:22 103:19

**scar** 75:8

**Schade** 25:1

**schedule** 38:22

**school** 9:10,12,13 12:1

**sciatic** 128:12

**science** 8:24

**scope** 47:14 48:24 59:9,11,14 63:7,11,12, 14,18,19,20 68:24 69:3 73:5,22 76:17,19 78:9 79:9,13,19 80:10 92:17 93:19 95:21 96:13 106:24 127:23 128:3 145:7 149:3

**scopes** 59:20 93:10, 21 118:18,19

**scored** 90:9

**sealed** 76:21

**secondarily** 48:2

**secret** 139:15

**section** 16:6 93:24 154:21

**Security** 20:5

**self-adjust** 125:19

**semantics** 60:13 62:24

**send** 8:15 16:22 17:11 31:18

**sense** 85:18 106:16 135:10,12

**sentence** 53:11 55:1 88:20 97:2 154:21

**series** 30:13 32:22,24 158:11

**served** 16:14 24:16, 19,21 26:3

**Service** 22:2,4,16,18

**services** 28:6 31:5

**serving** 26:20

**setting** 86:12 124:18

**setups** 80:4

**severe** 47:23 55:9,12, 16,19 56:16,19 57:8, 15,19 58:1,5,9,15 86:15,16,21,23 87:5 98:8 99:17 102:12 105:17 106:4,13,19 107:4,10 131:17,22 132:2,4 148:15,17

150:15

**severely** 50:1

**shave** 62:9 64:3 71:24 79:20

**shaved** 61:11 72:16 79:10,11

**shaver** 46:18 61:12, 13 64:2,7 69:17 70:20 71:1 72:22,23 76:11, 13

**shaving** 46:15 47:4 68:17 70:6,8 72:1 73:3,5,12 78:1,2,11,13

**sheath** 63:15

**Sheriff** 21:11

**shock** 72:15

**short** 143:8 150:17

**shorthand** 114:6

**shortly** 12:10 87:17 100:7

**shoulder** 88:6 93:10, 12

**show** 80:15 114:18 154:7

**showed** 39:24 138:3

**showing** 66:19 115:5, 7,17 126:14

**shown** 158:22

**shows** 115:1

**shrug** 5:16

**sic** 127:14

**sick** 38:13

**side** 13:18 23:3 24:5 66:3 69:9,10 70:1,2 85:17 135:22 136:10

**sign** 27:23 28:4,20

**signature** 159:8

**signed** 30:12 103:18

**significance** 72:9

**significant** 42:3 52:23 99:10 107:22 109:16 148:6,14,16

**significantly** 60:1

**similar** 61:1 127:4

**simple** 48:24

**simply** 37:21

**single** 48:21

**sir** 159:16

**sit** 23:12,14

**site** 95:24 104:5

**sitting** 133:13 138:4

**situation** 52:1 70:23 82:24

**situations** 85:5

**size** 90:1 119:20 120:3

**skin** 46:3 59:3 84:16 94:23 96:5,10,14 145:11

**skip** 112:15

**skipped** 53:10

**sleep** 83:8 85:1 87:16 110:22

**sleeping** 136:5 137:14

**slender** 69:13

**slept** 49:18 110:21,22

**slightly** 49:24 50:1

**slow** 42:13

**slurring** 108:10

**small** 63:16 68:11 86:24 87:4

**smaller** 95:23 119:24

**smarter** 11:6 141:21

**Smith** 21:9

**so-called** 95:11

**Social** 20:5

**Society** 8:8,9 15:18

**soldier** 138:8

**solicited** 16:7 24:11

**Solutions** 4:5,14

**someplace** 116:3 123:1

**sophisticated** 123:16

**sore** 125:14 133:19

**Sorkin** 21:22

**sort** 10:10 94:21 99:14 128:5 138:11 141:23

**sound** 131:2 132:18 137:20

**sounds** 57:18 101:20 105:8

**source** 63:14,22 78:14

**space** 80:10

**speaking** 23:1 63:15

**spear** 47:15

**specialist** 4:4

**specialized** 88:1

**specific** 70:13 71:19 150:23

**specifically** 38:1 55:1 90:10 138:14 143:21 152:14 153:2

**specious** 36:14

**spectrum** 56:9 59:17 61:1 129:13

**speculation** 80:1 90:3

**spinal** 81:21 82:3 83:6,9

**split** 70:15

**spoke** 30:22

**spongy** 71:12

**sports** 8:8,9 12:3,9,13

**stabbed** 47:14

**stabilization** 80:5

**staff** 32:1 41:18 45:6 53:6,14,24 54:3,6,20 55:2,15 146:6 147:8

**stage** 42:19

**stamp** 14:11 34:4

**stamps** 6:13 30:4 112:23 113:18

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: standard..testify

**standard** 41:19 42:9, 18,23 45:7 48:7 49:20 52:8 53:15,20 54:1,8 89:23,24 106:10,12 119:3,6 121:4 122:23 123:17 130:9,12,15, 19,22 133:23 147:8

**standpoint** 72:10

**stapled** 67:8

**start** 100:19 107:3 117:23 133:5,16

**started** 13:3 14:3,6 49:9 147:4

**state** 6:5 18:2 42:11 56:15 80:18 97:20 102:8,21 105:13 123:9,18 150:21

**stated** 47:20 48:11

**statement** 105:18 138:12

**states** 19:6 103:19 136:21 154:23 155:2

**Stateville** 34:22 35:3 38:14 41:18 45:6,9,16 47:19 53:7,14,24 54:7, 20 55:2,14 103:15 105:4 123:23 125:24 132:10

**status** 83:5

**stay** 124:21 127:11

**stem** 11:13 61:7

**step** 118:4,6

**step-off** 93:22

**Steve** 25:22

**stiches** 50:9

**stick** 46:18 47:1 79:13,19 80:9

**sticking** 47:13 59:1 63:7 83:9

**Stiepfold** 25:16,19

**stiff** 134:18

**stiffness** 154:24 155:16

**stones** 93:5 119:15

**stop** 137:13

**stopped** 17:11

**store** 145:16

**strangely** 89:10

**street** 139:13

**strength** 51:4 89:2,7 106:16,18 121:20 122:2

**strengthening** 133:18

**stretch** 46:16 80:6

**stretches** 44:8

**stretching** 61:19

**Strike** 104:8 116:12

**strong** 49:8 83:23 112:2

**stronger** 84:2 95:10 118:12

**strongest** 99:21

**stubbing** 97:17

**studied** 141:12

**studies** 95:11 141:14

**study** 8:19

**stuff** 28:20 33:11 49:9 51:2 62:8 75:16 79:20 82:7,20 84:22 87:1 93:3 95:13 107:21 108:4,7,12 118:17 126:12,20 133:18 140:16 141:5,16,19 148:23

**Sub-s** 12:21

**subject** 8:5 100:22

**subjective** 108:8 109:4

**subjects** 13:11

**submit** 10:23

**subsequent** 41:21 43:3 53:17

**substance** 37:23 40:13 99:23 109:8 147:14

**substantive** 32:12

**substitute** 42:5 149:8

**substituted** 42:10,18 111:14 112:12

**suburbs** 13:7

**suffering** 120:5

**sum** 37:23 147:14

**Sun** 21:22

**super** 123:15

**support** 32:1,3 37:13 126:3

**suppose** 31:21 68:13 82:23 83:2,17 89:23 110:6 137:4

**supposed** 38:12 91:8

**suppress** 121:2

**suppressant** 89:16 91:19

**suppression** 108:4 120:5,11,22 121:23 137:7

**surface** 74:2

**surgeon** 12:21 13:13 45:14 46:4 52:2,3 78:10 97:3,23 98:4,24 143:23 148:7

**surgeon's** 70:10

**Surgeons** 16:3

**surgeries** 117:24 150:22

**surgery** 10:6 12:2,22 13:21 14:2,4,17 41:24 42:8 43:4,6 45:13,17 46:1,5,6 47:21 54:8 55:3 59:7 63:10 74:11 79:1,23 80:23 83:13 84:17 85:12,17,19 86:5,15,22 87:13 88:2, 7,15,17 89:1,5 93:6,23 94:20 95:12 97:4 102:11,15,23 103:13 104:2,5,9 110:7 114:20 115:10 118:2, 16 119:15 121:6,7 124:9 125:10 126:15, 24 127:4 129:20 132:14 133:2,23 140:15 141:15,17

**substitute** 42:5 149:8

142:4 143:3 144:23 145:3 148:4 149:10 154:3,13,16 155:7,23 156:4,8

**surgical** 10:1 56:6 72:10,14 88:6 149:1

**surgically** 72:20

**suspect** 157:6

**sutures** 76:22 130:2, 8,10,18 155:21,22 156:6

**swear** 4:15 117:15

**switched** 49:2

**swollen** 49:24 50:1

**sworn** 4:17,20

**symptoms** 43:11 131:14 132:11 142:6

**synovectomy** 61:23 62:3

**synovial** 59:15

**synovium** 61:24 71:9, 10

**system** 11:16 63:22

---

**T**

**T-S** 20:6

**T-S-A-K-A-L-A-K-I-S** 20:5,7

**T3s** 58:8 112:11 120:15

**table** 122:17,18 150:9

**tables** 122:13

**tablet** 48:16,19 90:9 91:2 118:23

**tablets** 49:8 50:18,22 51:22 91:4 116:24 122:9 158:10

**tabs** 101:24

**takes** 74:14

**taking** 4:23 41:1 52:4, 16,17,21 88:16 89:1,2 91:21 112:8 117:23 120:6 128:4 132:22

135:3,8,13,23,24 136:6,8,11 137:13 141:16 152:10

**talk** 27:4 50:20 99:22 137:6

**talked** 27:10 98:2 137:7

**talking** 26:11 92:24 114:1 135:20 136:14, 15,20 139:5,22

**talks** 31:23

**tasks** 32:8

**teach** 13:14,24

**teaching** 12:23 13:18

**tear** 61:10 68:7,8 69:16

**tears** 134:6

**technically** 66:12

**technique** 78:8

**techniques** 14:8

**Teflon** 72:13

**telescope** 63:13 77:4

**tells** 125:11 144:21

**ten** 10:17 26:14,18 58:7 134:5

**tend** 64:24 66:9 86:11 87:1

**tendered** 66:16 100:19,24 112:17

**tenderness** 142:20

**tendon** 63:17,18

**term** 23:20 126:20

**terminology** 70:14 71:19

**terms** 105:23

**terrible** 83:4 109:24

**Terrific** 12:7 40:11 101:6

**testified** 4:20 151:23

**testify** 17:4 151:23 152:1



Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

**testifying** 17:1

**testimony** 23:16
34:16 147:12

**testing** 11:5

**textbook** 7:10 16:2

**textbooks** 37:11

**theoretical** 79:3

**theoretically** 81:23

**theory** 79:6

**therapeutically** 71:13

**therapists** 133:14

**therapy** 43:2 132:10
133:1,5,6,7,9,10,11,
17,20,23 134:5,19,21
147:24 148:1

**theses** 43:15

**thigh** 80:5

**thin** 73:14

**thing** 11:16 36:21
46:22 47:3,7,16 48:12,
13 51:17 53:1 56:11
59:5 60:14 62:11
69:16 75:14 76:16
85:2 87:13,21 91:14
92:23 95:6,23 99:13,
21 105:17,20,23
108:8,14 109:19
117:2,14 124:14 128:5
129:22 130:1,7,10
131:6,7 134:23 136:13
137:6,9 138:2,4,7,9
139:10 140:2 141:1
145:8 149:21 153:20

**things** 13:12 14:1
16:22 18:3 31:23 32:4
33:13 38:6 43:24
45:23 47:7 49:22
51:14,18 56:9 60:18,
22 61:15 62:17 69:12
72:11 73:20 76:10
82:15 83:1 88:5 95:18
105:19 107:3 113:10
115:16 118:2 119:20
123:9 125:22 127:19
132:2,4 133:9 136:4,5
137:10,13,14,23
141:12,20 145:10
149:21 157:20

**thinking** 26:21 54:21
58:20 119:8 139:9
149:17

**thought** 36:14 48:3
52:21,24 54:16 147:19

**thousand** 151:12

**thousands** 88:3
150:22

**throw** 93:5 119:15

**tight** 80:10

**time** 4:3,23 10:17
17:15 23:6,12 30:18,
24 31:2,8 38:12,15
39:1 41:6 44:7 49:22
50:17 51:11 52:11,16
54:16,22 65:6 79:4
84:14,23 85:11 104:1,
4,7 105:9 110:12
111:8 119:3,6 123:21,
23 124:1 126:4,12,24
129:18 132:15,20
133:23 135:3 137:10
143:10 155:10

**times** 5:9 50:19,23
83:14,17 117:1 119:5
122:9

**tiny** 66:13

**tip** 69:13

**tissue** 59:4,13 62:15
64:17 70:16 71:10,12,
24 72:20 75:9

**title** 12:16 67:21

**titled** 6:10

**titrate** 57:23 91:15

**Tlueka** 21:20

**today** 4:13,24 29:12
31:1 38:19,21 39:1,12,
15 64:11 156:13

**today's** 4:2 38:4

**Todd** 20:9

**toe** 97:17

**told** 28:10,12 40:3
139:13 157:3,19

**tolerance** 140:24

**ton** 110:23 150:2

**tool** 64:22 69:9,10

**tools** 64:19

**top** 135:1 148:20

**torn** 70:24

**torque** 46:20 61:14
73:17

**torquing** 61:21,22
62:4

**torturing** 91:17

**total** 14:24 33:6 39:8
56:8 95:18 96:11

**totality** 33:18,19

**totally** 93:12

**touch** 92:8

**touched** 58:21

**toxicity** 149:23

**track** 17:7 39:10

**trained** 23:23

**training** 41:16 44:17,
18,23 148:23 149:13
150:8

**Tramadol** 89:17
90:21 120:17,22 121:5
140:21 141:7,8 145:19

**transcript** 5:18 34:10
159:14

**transcriptionist**
76:10

**transfer** 15:1

**transplant** 15:20
107:7

**transplantation**
14:22

**traumatize** 59:13

**treat** 20:22 40:20 43:8,
11 87:10 128:24 132:2
141:6 142:6

**treated** 49:21 54:7
147:9

**treater** 20:20 22:15
23:8

**treating** 19:20 23:16
42:5,22 106:1 131:14,

17 149:8 151:24

**treatment** 11:13
15:23 41:20 42:12,20
53:15 55:14 97:11
116:14 131:12 137:5
140:20,23

**treatments** 127:18,19

**Tribune** 21:24

**tricky** 108:7

**trim** 62:5

**trouble** 107:2 125:18
137:14

**true** 34:18 57:11 81:16
95:15 102:14 105:18
115:24 153:22

**trust** 76:20

**truth** 28:2 55:17 77:13
119:9 141:7

**Tsakalakis** 20:4

**tube** 82:21,22

**turn** 7:4 14:10 16:13
34:4 37:9 41:11 45:5
53:4 67:15 68:12
113:17 144:15

**turned** 128:10

**Turning** 76:24 146:11
157:6

**Tylenol** 42:4,10,19
48:4,8,16,22 49:2,8,10
52:22 89:19 90:19
98:7,8 105:13,21,24
106:2 111:1,15 112:1,
4 113:22,24 114:14
115:15 118:4,5,6,12
120:6,10 145:14,18,21
147:18 149:7,15,16,
18,20,22 150:1

**type** 11:17 85:5 96:17
102:8 156:7 157:13

**types** 73:1

**typical** 51:1 134:7

**typically** 17:2,17 23:2
24:5 50:13 59:2 64:2
74:19,21 75:7,10,12
76:11 84:13 90:16
92:14 145:22

**U**

**Uh-huh** 14:13 120:19
121:19 132:7 134:9

**UIC** 41:21 53:17
132:13 154:8 155:4

**UIC1** 66:20

**UIC15** 67:15

**UIC16** 96:22

**UIC22** 154:19

**UIC52** 83:15,16
104:17

**UIC65** 101:19

**unavoidable** 124:19

**uncommon** 118:7

**unconscious** 81:2

**undergo** 15:3

**undergoing** 56:1

**undergrad** 8:19

**undergraduate** 9:9

**undermedicated**
49:3

**undermedicating**
58:2

**underneath** 73:7

**understand** 5:24
13:10 51:13 92:12
98:13 133:4

**understanding**
59:19 85:24 127:6
134:24 152:8,19

**understood** 6:2 16:9
71:4 108:15

**undertook** 38:8

**underwent** 42:1
148:4

**unimportant** 130:17

**unintelligible** 95:12

**unintended** 99:15

**unipolar** 64:16

**United** 136:21


JENSEN
Litigation Solutions

Burton vs Dr. Partha Ghosh and Wexford Health Sources, Inc.
Chadwick Prodromos, M.D. - 01/04/2018

Index: universe..young

**universe** 33:15,17

**University** 9:24 22:10 34:11 66:21

**unknown** 61:2

**unlike** 39:9 52:18

**unrelated** 43:6 142:5

**unruly** 86:9

**unstapled** 96:20

**unusual** 128:8 129:12

**update** 7:8

**updated** 7:9

**upset** 138:1

**urge** 89:12

**usage** 119:17

**usual** 70:22 97:5,24 100:2

**utilizing** 100:23

---

**V**

**vague** 105:5

**variety** 33:4

**vary** 62:23

**VAS** 95:11

**vein** 95:12

**verbally** 5:15

**versus** 107:1

**vessels** 73:11,12

**Vicodin** 48:19 116:19 139:12

**Vicodins** 51:1

**video** 4:2,4 5:17 159:13

**view** 72:14

**Vincent** 34:14

**violate** 121:3 130:19

**violates** 130:16

**virtually** 124:9 145:3

**virtue** 26:24

**visit** 41:4

**visualization** 77:6

**visuals** 64:22

---

**W**

**wait** 5:19 10:15 134:5, 7,14

**waive** 159:9,10

**wake** 86:5 87:17

**waking** 85:1

**walk** 8:16 11:21 97:17

**walker** 127:12

**walking** 127:11

**Wals** 21:13

**wanted** 33:14 129:7 148:18

**war** 138:8

**warn** 124:12

**watch** 89:12

**watch-take** 152:21 153:5

**water** 63:20

**ways** 11:2 19:24 81:18 124:4

**weak** 90:21,23

**weaker** 51:3

**wear-and-tear** 75:14

**wears** 96:15

**wedge-shaped** 72:15

**week** 27:19 43:6 124:10 126:14 129:19 142:4,10,13 143:2

**weeks** 130:6 133:2,11 134:5,8,13

**weight** 110:3 124:21 127:21,24 128:2,4 155:3,18

**weightbearing** 117:14,18 125:5,6 128:19 129:1,8 145:3, 21

**weird** 61:6 136:3,10

**well-documented** 95:8

**Wexford** 24:19 54:6

**Wexford's** 34:9

**whatsoever** 73:2

**white** 74:13 123:15

**William** 4:8 5:1

**woman** 31:22 32:4

**wondering** 60:8,11

**word** 57:4,14 83:18 89:22 101:20 112:2 130:16 135:12,16,17 148:16

**wording** 99:4

**words** 55:11 56:18, 19,21 108:11

**work** 11:21 13:13 16:13 17:20 19:16 24:2 27:4,20 29:8 30:20 32:2 36:10 40:13 127:17 128:3,5 136:1 144:2,11 146:1 152:11

**worked** 18:9 24:24

**workers'** 18:20 19:3, 13

**working** 12:8 17:21 25:11 32:1 73:1 89:20

**works** 37:12 127:22 136:6,7

**world** 51:17 140:7

**worry** 85:17

**worse** 139:18

**worth** 91:22 121:5 140:20

**wound** 50:2 76:21 147:20

**wounds** 50:3,5

**wow** 83:16 124:10

**write** 56:3,4

**writing** 158:23

**written** 5:6,18 10:24

51:21 105:4 114:1 126:12 129:21 153:19, 20 158:18

**wrong** 52:2 94:3 110:1 125:15,17 144:21 148:16

**wrote** 16:5 56:19

---

**X**

**x-rays** 75:7

---

**Y**

**year** 7:10 9:19 10:2,18 12:1,13 26:21 151:10 152:4 159:2,4

**years** 5:10 10:16,17 13:1,4,5 16:18 17:10 18:9 26:10,14 27:19 40:24 88:2 93:13 145:7 151:11

**young** 93:11

312.236.6936
877.653.6736
Fax 312.236.6968
www.jensenlitigation.com

JENSEN
Litigation Solutions